UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NUSBAUM, STEIN, GOLDSTEIN,
BRONSTEIN & KRON, P.A.
20 Commerce Boulevard
Succasunna, New Jersey 07876
(973) 584-1400
Attorneys for Plaintiff

| | |
|---|---|
| BASSEM KANDIL and FLORA KANDIL, his wife, and SAMEH A. ABOELATA and HALLA KANDIL, his wife,<br><br>Plaintiffs,<br><br>v.<br><br>POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, POLICE OFFICER WILLIAM C OELS, III, SERGEANT WILLIAM OELS, JR., POLICE OFFICER EDWARD T. BOBADILLA, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY CORRECTIONAL FACILITY JOHN DOE SUPERVISING OFFICERS 1-10, JOHN DOES 1-10, ABC CORPS. 1-10,<br><br>Defendants. | DOCKET NO. 2:06-cv-4701(JAG)<br><br>CIVIL ACTION<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT MIDDLESEX COUNTY CORRECTIONAL FACILITY |

The matter in difference in the above entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed with prejudice and without costs against either party as to Middlesex County Correctional Facility only.

Case 2:06-cv-04701-DMC -MF   Document 42   Filed 06/09/2008   Page 2 of 2

DATED:

MARTIN, KANE & KUPER

By_____
John W. Harding
Attorneys for Defendant

NUSBAUM, STEIN, GOLDSTEIN,
BRONSTEIN & KRON

By_____
Susan B. Reed
Attorneys for Plaintiff

SO ORDERED:

_____
JOSEPH A. GREENAWAY, JR.    U.S.D.J.

6-16-08