HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732) 545-4717
Attorneys for Defendant, City of New Brunswick, City of New Brunswick Police Department, Sgt. William Oels, Mr. Joseph Catanese

| | |
|---|---|
| Plaintiff(s), <br><br> BASSEM KANDIL and FLORA KANDIL, his wife <br><br> vs. <br><br> Defendant(s), <br><br> POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, POLICE OFFICER WILLIAM C. OELS, III, ET ALS. | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br> NEWARK, NEW JERSEY <br><br> CIVIL ACTION NO. 06CV4701 (JAG) <br><br> **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO PLAINTIFFS, SAMEH A. ABOELATA AND HALLA KANDIL ONLY** |

It is hereby stipulated and agreed by and between the attorneys for the parties that the within action be and the same is hereby dismissed with prejudice as to the Plaintiffs, Sameh A. Aboelata and Halla Kandil only.

NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON
Attorneys for Plaintiff(s), Bassem Kandil and Flora Kandil, his wife, Sameh A. Aboelata and Halla Kandil

By: _____
ROBERT D. KOBIN, ESQ.

HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
Attorneys for Defendant, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department

By: _____
SUSAN K. O'CONNOR, ESQ.

LAW OFFICES OF LAWRENCE Y. BITTERMAN
Attorneys for Defendant, Officer William C. Oels, III

By: _____
   LAWRENCE Y. BITTERMAN, ESQ.


DWYER, CONNELL & LISBONA
Attorneys for Defendant, Officer Gary Yurkovic


By: _____
   WILLIAM T. CONNELL, ESQ.


GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL, LEVITT
& BOYLAN, P.C.
Attorneys for Defendant, Officer William C. Oels, III


By: _____
   GARY S. SPAGNOLA, ESQ.


THE STONE LAW GROUP
Attorneys for Defendant, Officer Anthony M. Abode


By: _____
   MICHAEL JOHN STONE, ESQ.


Dated:  July 24, 2008

tb

Hoagland, Longo,
Moran, Dunst
& Doumas, LLP
Attorneys at Law

40 Paterson Street
P.O. Box 480
New Brunswick, NJ

LAW OFFICES OF LAWRENCE Y. BITTERMAN
Attorneys for Defendant, Officer William C. Oels, III

By: _____
    LAWRENCE Y. BITTERMAN, ESQ.


DWYER, CONNELL & LISBONA
Attorneys for Defendant, Officer Gary Yurkovic

By: *[signature]* _____
    WILLIAM T. CONNELL, ESQ.


GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL, LEVITT & BOYLAN, P.C.
Attorneys for Defendant, Officer William C. Oels, III

By: _____
    GARY S. SPAGNOLA, ESQ.


THE STONE LAW GROUP
Attorneys for Defendant, Officer Anthony M. Abode

By: _____
    MICHAEL JOHN STONE, ESQ.


Dated: July 24, 2008

tb

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

40 Paterson Street
PO Box 480
New Brunswick, NJ

LAW OFFICES OF LAWRENCE Y. BITTERMAN
Attorneys for Defendant, Officer William C. Oels, III

By: _____
    LAWRENCE Y. BITTERMAN, ESQ.

DWYER, CONNELL & LISBONA
Attorneys for Defendant, Officer Gary Yurkovic

By. _____
    WILLIAM T. CONNELL, ESQ.

GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL, LEVITT & BOYLAN, P.C.
Attorneys for Defendant, Officer William C. Oels, III

By: _____
    GARY S. SPAGNOLA, ESQ.

THE STONE LAW GROUP
Attorneys for Defendant, Officer Anthony M. Abode

By: _____
    MICHAEL JOHN STONE, ESQ.

Dated: July 24, 2008

tb

Hoagland, Longo,
Moran, Dunst
& Doukas, LLP
Attorneys at Law

40 Paterson Street
PO Box 480
New Brunswick, NJ

LAW OFFICES OF LAWRENCE Y. BITTERMAN
Attorneys for Defendant, Officer William C. Oels, III

By: _____
    LAWRENCE Y. BITTERMAN, ESQ.

DWYER, CONNELL & LISBONA
Attorneys for Defendant, Officer Gary Yurkovic

By. _____
    WILLIAM T. CONNELL, ESQ.

GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL, LEVITT & BOYLAN, P.C.
Attorneys for Defendant, Officer William C. Oels, III

By: _____
    GARY S. SPAGNOLA, ESQ.

THE STONE LAW GROUP
Attorneys for Defendant, Officer Anthony M. Abode

By: _____
    MICHAEL JOHN STONE, ESQ.

Dated: July 24, 2008

tb

SO ORDERED:

_____
JOSEPH A. GREENAWAY, JR., U.S.D.J.

9-11-08