4-5900.039498
**DWYER CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant POLICE OFFICER GARY YURKOVIC

| | |
|---|---|
| Plaintiff,<br>BASSEM KANDIL and FLORA KANDIL his wife<br><br>vs.<br><br>Defendants,<br>POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ADOBE, POLICE OFFICER WILLIAM C. OELS, III, SERGEANT WILLIAM OELS, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY CORRECTIONAL FACILITY, JOHN DOE SUPERVISING OFFICERS 1-10, JOHN DOES 1-10, ABC CORPORATIONS 1-10 | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>Civil Action Number:<br>06-4701(JAG-MCA)<br><br>**NOTICE OF MOTION FOR AN ORDER GRANTING SUMMARY JUDGMENT ON BEHALF OF DEFENDANT POLICE OFFICER GARY YURKOVIC, DISMISSING THE AMENDED COMPLAINT WITH PREJUDICE,** Returnable October 19, 2009 |

TO:   William T. Walsh, Clerk of the Court
      United States District Court
      Martin Luther King Federal Courthouse & Building
      50 Walnut Street
      Newark, New Jersey  07102

      The Honorable Joseph A. Greenaway, U.S.D.J.
      United States District Court
      Martin Luther King Federal Courthouse & Building
      50 Walnut Street
      Newark, New Jersey  07102

      The Honorable Madeline Cox Arleo, U.S.M.J.
      United States District Court
      Martin Luther King Federal Courthouse & Building
      50 Walnut Street
      Newark, New Jersey  07102

Robert D. Kobin, Esq.
Nusbaum Stein Goldstein Bronstein and Kron
20 Commerce Boulevard
Succasunna, New Jersey 07876

Michael John Stone, Esq.
The Stone Law Group
20 Glenview Drive
Warren, New Jersey  07059

Gary S. Spagnola, Esq.
Golden Rothschild Spagnola Lundell and Levitt, Esqs.
1011 Route 22 West, Suite 300, Box 6881
Bridgewater, New Jersey  08807

Susan K. O'Connor, Esq.
Hoagland Longo Moran Dunst and Doukas, Esqs.
40 Paterson Street, P.O. Box 480
New Brunswick, New Jersey  08903

Lawrence Y. Bitterman, Esq.
247 Livingston Avenue
New Brunswick, New Jersey 08901

SIRS AND/OR MADAMS:

**PLEASE TAKE NOTICE** that on Monday, OCTOBER 19, 2009, at 9:00 a.m. on the forenoon or as soon thereafter as counsel may be heard, the undersigned, attorneys for Defendant Police Officer Gary Yurkovic shall apply to the United States District Court for the District of New Jersey, Trenton, New Jersey, for an Order for granting summary judgment in favor of Defendant Police Officer Gary Yurkovic, dismissing the Amended Complaint with prejudice.  We shall rely upon the annexed Certification, Procedural History, Statement of Facts and Legal Argument in support thereof.

The undersigned waives oral argument unless the within motion is opposed.

A proposed form of Order is annexed.

Respectfully submitted,
DWYER CONNELL & LISBONA

By: /s/ William T. Connell
WILLIAM T. CONNELL

Dated: August 31, 2009