**Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.**
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendant, Anthony Mark Abode
Our File No. 20.70060

Document Electronically Filed

| | |
|---|---|
| **BASSEM KANDIL and FLORA KANDIL, his wife,**<br><br>          **Plaintiffs,**<br><br>     vs.<br><br>**POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE,  POLICE OFFICER WILLIAM C. OELS, III,  SERGEANT WILLIAM OELS,  CHIEF OF POLICE,  CITY OF NEW BRUNSWICK,   CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE,  MIDDLESEX COUNTY CORRECTIONAL FACILITY,  JOHN DOE SUPERVISING OFFICERS 1-10,  JOHN DOES 1-10,   ABC CORPS. 1-10,**<br><br>          **Defendants.** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION<br>NO. 06-4701 (JAG-MCA)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT ON BEHALF OF DEFENDANT, ANTHONY MARK ABODE** |

TO:  Robert D. Kobin, Esq.
     Nusbaum, Stein, Goldstein, Bronstein & Kron
     20 Commerce Boulevard
     Succasunna, NJ  07876
     Attorneys for Plaintiffs, Bassem Kandil and Flora Kandil

     William T. Connell, Esq.
     Dwyer, Connell & Lisbona
     100 Passaic Avenue
     Fairfield, NJ  07004-3573
     Attorneys for  Defendant, Police Officer Gary Yurkovic

     Michael John Stone, Esq.
     The Stone Law Group
     20 Glenview Drive
     Warren, NJ  07059
     Attorneys for  Defendant, Officer William C. Oels, III

Susan K. O'Connor, Esq.
Hoagland, Longo, Moran, Dunst & Doukas
40 Paterson Street
P.O. Box 480
New Brunswick, NJ  08903
Attorneys for  Defendants, City of New Brunswick, New Brunswick Police Department, Director Catanese (designated as "Chief of Police") and  Sergeant William Oels, Jr.

Lawrence Y. Bitterman, Esq.
247 Livingston Avenue
New Brunswick, NJ 08901
Personal Attorney for William Oels, Jr.and Sr. and Gary Yurkovic

PLEASE TAKE NOTICE that on October 19, 2009 or a date set by the Court, the undersigned, attorney for Defendant, Anthony Mark Abode, shall apply to the United States District Court for the District of New Jersey, Newark, New Jersey, for an Order dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode.

PLEASE TAKE FURTHER NOTICE that the Defendant, Anthony Mark Abode, will rely on the attached Certification of Gary S. Spagnola, Esq., Statement of Non-Necessity of Brief, and Certification of Service of Gary S. Spagnola, Esq., submitted in support of the Notice of Motion for Summary Judgment on his behalf together with the Procedural History, Statement of Material Facts, Joint Brief, Affidavit of Julia McClure and Certification of William T. Connell, Esq., and the Exhibits attached to the Certification, submitted by William T. Connell, Esq., in support of the Notice of Motion for Summary Judgment on behalf of Defendant, Gary Yurkovic.

PLEASE TAKE FURTHER NOTICE that oral argument is waived unless

the within Notice of Motion is opposed.

    A proposed form of Order is annexed hereto.

                                         GOLDEN, ROTHSCHILD, SPAGNOLA,
                                         LUNDELL, LEVITT & BOYLAN, P.C.
                                         Attorneys for Defendant,
                                         Anthony Mark Abode


                                         /s/ Gary S. Spagnola
                                         _____
                                         GARY S. SPAGNOLA

Dated: August 31, 2009