**Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.**
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendant, Anthony Mark Abode
Our File No. 20.70060

Document Electronically Filed

| | |
|---|---|
| **BASSEM KANDIL and FLORA KANDIL, his wife,** | UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY |
| Plaintiffs, | CIVIL ACTION NO. 06-4701 (JAG-MCA) |
| vs. | |
| **POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE,  POLICE OFFICER WILLIAM C. OELS, III,  SERGEANT WILLIAM OELS,  CHIEF OF POLICE,  CITY OF NEW BRUNSWICK,   CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE,  MIDDLESEX COUNTY CORRECTIONAL FACILITY,  JOHN DOE SUPERVISING OFFICERS 1-10,  JOHN DOES 1-10,   ABC CORPS. 1-10,** | CERTIFICATION OF GARY S. SPAGNOLA, ESQ. |
| **Defendants.** | |

I, Gary S. Spagnola, certify as follows:

1. I am an attorney at law of the State of New Jersey and am a shareholder in the law firm of Golden, Rothschild, Spagnola, Lundell, Levitt and Boylan, P.C., attorneys for Defendant, Anthony Mark Abode, and I am completely familiar with facts of the within matter.

2. This Certification is made in support of the annexed Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with Prejudice, as to Defendant, Anthony Mark Abode.

3. The Defendants are filing a Procedural History, Statement of Facts, Joint Brief, Affidavit of Julia McClure and Certification

of William Connell, Esq., and the Exhibits attached to the Certification, submitted by William T. Connell, Esq., counsel for Defendant, Gary Yurkovic.

    4. The Defendant, Anthony Mark Abode, will rely on the Procedural History, Statement of Facts, Brief, Affidavit of Julia McClure and Certification of William T. Connell, Esq., and the Exhibits attached to the Certification, submitted to the Court with the Notice of Motion for Summary Judgment filed on behalf of Defendant, Gary Yurkovic.

    5. A Statement of Non-Necessity of Brief pursuant to F.R.C.P. 12 is submitted in support of this Motion for Summary Judgment.

    I hereby certify that the foregoing statements made by me are true. I am aware of any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                      GOLDEN, ROTHSCHILD, SPAGNOLA,
                                      LUNDELL, LEVITT & BOYLAN, P.C.
                                      Attorneys for Defendant,
                                      Anthony Mark Abode

                                      /s/ Gary S. Spagnola
                                      GARY S. SPAGNOLA

Dated: August 31, 2009