**Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.**
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendant, Anthony Mark Abode
Our File No. 20.70060
Document Electronically Filed

| | |
|---|---|
| **BASSEM KANDIL and FLORA KANDIL, his wife,**<br><br>　　　　**Plaintiffs,**<br><br>　　vs.<br><br>**POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, POLICE OFFICER WILLIAM C. OELS, III, SERGEANT WILLIAM OELS, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY CORRECTIONAL FACILITY, JOHN DOE SUPERVISING OFFICERS 1-10, JOHN DOES 1-10, ABC CORPS. 1-10,**<br><br>　　　　**Defendants.** | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>**CIVIL ACTION**<br>**NO. 06-4701 (JAG-MCA)**<br><br>**STATEMENT OF NON-NECESSITY OF BRIEF ON BEHALF OF DEFENDANT, ANTHONY MARK ABODE** |

　　　I, Gary S. Spagnola, Esq., represent the Defendant, Anthony Mark Abode, in this lawsuit and hereby certify in accordance with F.R.C.P. 12 that no Brief is necessary in support of the Defendant, Anthony Mark Abode's, Notice of Motion for Summary Judgment dismissing the Plaintiff's Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode.

　　　　　　　　　　　　　　　　　　GOLDEN, ROTHSCHILD, SPAGNOLA,
　　　　　　　　　　　　　　　　　　LUNDELL, LEVITT & BOYLAN, P.C.
　　　　　　　　　　　　　　　　　　Attorney for Defendant,
　　　　　　　　　　　　　　　　　　Anthony Mark Abode


　　　　　　　　　　　　　　　　　　By:　　/s/ Gary S. Spagnola
　　　　　　　　　　　　　　　　　　　　　GARY S. SPAGNOLA

Dated: August 31, 2009