**Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.**
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendant, Anthony Mark Abode
Our File No. 20.70060

Document Electronically Filed

| | |
|---|---|
| **BASSEM KANDIL and FLORA KANDIL, his wife,**<br><br>　　　　**Plaintiffs,**<br><br>　vs.<br><br>**POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, POLICE OFFICER WILLIAM C. OELS, III, SERGEANT WILLIAM OELS, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY CORRECTIONAL FACILITY, JOHN DOE SUPERVISING OFFICERS 1-10, JOHN DOES 1-10, ABC CORPS. 1-10,**<br><br>　　　　**Defendants.** | **UNITED STATES DISTRICT COURT DISTRICT OF NEW JERSEY**<br><br>　　　CIVIL ACTION<br>　　NO. 06-4701 (JAG-MCA)<br><br>　　　　　ORDER |

　　　This matter having been opened to the Court by Gary S. Spagnola, Esq., Attorney for the Defendant, Anthony Mark Abode, in the above-captioned matter, and the Court having considered the proofs submitted and for good cause having been shown;

　　　IT IS ON THIS _____ day of _____, 2009;

　　　ORDERED that the Motion for Summary Judgment dismissing the Plaintiff's Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, is hereby granted, and it is further

ORDERED that the Plaintiff's Amended Complaint is hereby dismissed, with Prejudice, as to Defendant, Anthony Mark Abode; and it is further

ORDERED that a copy of the within Order be served on all parties to this action within _____ days of receipt hereof.

_____
JOSEPH A. GREENAWAY, JR.,U.S.D.J.