**Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.**
1011 Route 22 West, Suite 300
P.O. Box 6881
Bridgewater, NJ 08807
Telephone: 908-722-6300
Attorneys for Defendant, Anthony Mark Abode
Our File No. 20.70060

Document Electronically Filed

| | |
|---|---|
| **BASSEM KANDIL and FLORA KANDIL, his wife,**<br><br>           **Plaintiffs,**<br><br>     vs.<br><br>**POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE,  POLICE OFFICER WILLIAM C. OELS, III,  SERGEANT WILLIAM OELS,  CHIEF OF POLICE,  CITY OF NEW BRUNSWICK,   CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE,  MIDDLESEX COUNTY CORRECTIONAL FACILITY,  JOHN DOE SUPERVISING OFFICERS 1-10,  JOHN DOES 1-10,  ABC CORPS. 1-10,**<br><br>           **Defendants.** | UNITED STATES DISTRICT COURT<br>DISTRICT OF NEW JERSEY<br><br>CIVIL ACTION NO. 06-4701 (JAG)<br><br>CERTIFICATION OF SERVICE |

I, GARY S. SPAGNOLA, certify as follows:

1.   On August 31, 2009, I electronically filed with signature, the original of the within Notice of Motion for Summary of Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant Anthony Mark Abode, with the United States District Court at njdefiling@njd.uscourts.gov.

2.   On August 31, 2009, I forwarded by regular mail a courtesy copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, to the Honorable Joseph A. Greenaway, Jr.,

U.S.D.J., United States District Court, Frank A. Lautenberg U.S.P.O. and Courthouse Building, P. O. Box 999, Newark, New Jersey 07101-0999.

3. On August 31, 2009, I forwarded by regular mail a courtesy copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, to the Honorable Madeline Cox Arleo, U.S.M.J., United States District Court, Martin Luther King Federal Building and Courthouse, 50 Walnut Street, Newark, New Jersey 07102.

4. On August 31, 2009, I forwarded by regular mail one copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, to Robert D. Kobin, Esq., Nusbaum, Stein, Goldstein, Bronstein & Kron, 20 Commerce Boulevard, Succasunna, NJ 07876.

5. On August 31, 2009, I forwarded by regular mail one copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, to William T. Connell, Esq., Dwyer, Connell and Lisbona, 100 Passaic Avenue, Fairfield, New Jersey 07004.

6 On August 31, 2009, I forwarded by regular mail one copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, to Michael John Stone, Esq. The Stone Law Group, 20 Glenview Drive, Warren, New Jersey 07059.

7. On August 31, 2009, I forwarded by regular mail one copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant,

Anthony Mark Abode, to Susan K. O'Connor, Esq., Hoagland, Longo, Moran, Dunst & Doukas, 40 Paterson Street, P. O. Box 480, New Brunswick, New Jersey 08903.

    8.   On August 31, 2009, I forwarded by regular mail one copy of the within Notice of Motion for Summary Judgment dismissing the Plaintiffs' Amended Complaint, with prejudice, as to Defendant, Anthony Mark Abode, to Lawrence Y. Bitterman, Esq., 247 Livingston Avenue, New Brunswick, New Jersey 08901.

    I hereby certify that the foregoing statements made by me are true. I am aware if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                          GOLDEN, ROTHSCHILD, SPAGNOLA,
                                          LUNDELL, LEVITT & BOYLAN, P.C.
                                          Attorney for Defendant,
                                          Anthony Mark Abode

                                          /s/Gary S. Spagnola
                                          GARY S. SPAGNOLA

DATED: August 31, 2009