# Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.

■ *Attorneys At Law*

| | | | | |
|---|---|---|---|---|
| Kenneth R. Rothschild °† | David D. Blake | OF COUNSEL | Mailing Address: | Tel (908)722-6300 |
| Gary S. Spagnola ° | Nasim Oloomi † | Robert N. Golden | 1011 Route 22 West | Fax (908)722-0029 |
| Philip A. Lundell, Jr.° | Rey O. Villanueva † | Ronald S. Levitt † | Suite 300 | www.grsl.com |
| E. Richard Boylan | Ayesha T. Rashid † | Robert D. Rosenwasser | P.O. Box 6881 | |
| Philip A. Garubo, Jr. | Daniel B. McMeen * | Michael S. Feldman ° | Bridgewater, NJ 08807 | |
| Catherine M. Shiels* | Sean M. Strichek | F. Lawrence Magro Jr.° | | |
| Jeffrey S. Bell | Kurt J. Trinter | Mark D. Kleczka (NY BAR ONLY) | New York Office: | Tel: (631)261-7777 |
| Christopher H. Westrick † | Christopher R. Geary † | | 7 Bayview Ave. | |
| Audrey L. Shields* | Beth R. Wallach | | Northport, NY 11768 | |
| Eric S. Schlesinger † | | ° CERTIFIED CIVIL TRIAL ATTORNEY | | |
| | | † ALSO MEMBER NY BAR | South Jersey Office: | Tel: (856)216-1011 |
| | | * ALSO MEMBER PA BAR | Haddonfield, NJ 08033 | |

GSpagnola@grsl.com

August 31, 2009                                                                   Our File No. 20.70060

William T. Walsh, Clerk of the Court
United States District Court
Martin Luther King Federal Courthouse and Building
50 Walnut Street
Newark, NJ 07102

**Re:  Kandil, Bassem & Flora v. Yurkovic, et al
     Civil Action No.  06-4701 (JAG-MCA)**

Dear Mr. Walsh:

Enclosed is the Notice of Motion for Summary Judgment, Certification of Gary S. Spagnola, Esq., Statement of Non-Necessity of Brief, proposed form of Order and Certification of Service on behalf of the Defendant, Anthony Mark Abode, returnable October 19, 2009.  This Motion is being filed pursuant to the Orders dated May 6, 2009 and August 10, 2009, respectively, entered by the Honorable Madeline Cox Arleo, U.S.M.J.

Very truly yours,

/s/ Gary S. Spagnola

GARY S. SPAGNOLA

GSS:ko
Enclosures
cc: Honorable Joseph A. Greenaway, Jr., U.S.D.J. (courtesy copy)
    Honorable Madeline Cox Arleo, U.S.M.J.(courtesy copy)
    William T. Connell, Esq. (w/encs.)
    Michael John Stone, Esq. (w/encs.)
    Susan K. O'Connor, Esq. (w/encs.)
    Lawrence Y. Bitterman, Esq. (w/encs.)

F:\USERS\KATHYO\FILES\70060 Kandil\Pleadings\Motions\8-31-09 Cover Letter re Our NM4SJ.wpd