HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732)545-4717
Attorneys for Defendants, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department and Sergeant William Oels, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiffs,<br><br>BASSEM KANDIL and FLORA KANDIL, his wife<br><br>vs.<br><br>Defendants,<br><br>POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, POLICE OFFICER WILLIAM C. OELS, III, SERGEANT WILLIAM OELS, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, ET. ALS. | The Honorable Joseph A. Greenaway, Jr., U.S.D.J.<br><br>CIVIL ACTION NO. 06CV4701 (JAG)<br><br>**NOTICE OF MOTION FOR SUMMARY JUDGMENT**<br><br>**ELECTRONICALLY FILED** |

TO: Robert D. Kobin, Esq.
Nusbaum, Stein, Goldstein, Bronstein & Kron
20 Commerce Boulevard
Succasunna, NJ 07876
Attorney(s) for Plaintiffs, Bassem Kandil
and Flora Kandil

William T. Connell, Esq.
Dwyer, Connell & Lisbona
PO Box 629
West Caldwell, NJ 07007-3573
Attorney(s) for Defendant Gary Yurkovic,

Michael John Stone, Esq.
The Stone Law Group
20 Glenview Drive
Warren, NJ 07059
Attorney(s) for Defendant Officer William C. Oels, III

Gary S. Spagnola, Esq.
Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.
1011 Route 22 West - Suite 300
PO Box 6881
Bridgewater, NJ 08807
Attorney(s) for Defendant Officer Anthony M. Abode

Lawrence Y. Bitterman, Esq.
247 Livingston Avenue
New Brunswick, NJ 08901
Personal Counsel for William Oels, Jr. and Sr.
and Gary Yurkovic

SIRS:

PLEASE TAKE NOTICE that the undersigned attorneys for Defendants, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department, and Sergeant William Oels, Jr., will apply to the above-named Court at the United States District Courthouse, Newark, New Jersey, on October 19, 2009 at 9:00 a.m., or as soon thereafter as counsel may be heard, for an Order granting Summary Judgment.

PLEASE TAKE FURTHER NOTICE that in support of this motion, the undersigned will rely upon the enclosed Certification of Susan K. O'Connor and Certification of Service.

**PLEASE TAKE FURTHER NOTICE that in accordance with L. Civ. R. 7.1(d)(4) no Brief is necessary in support of the Defendants, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, Sergeant Williams Oels, Jr., and City of New Brunswick Police Department's Notice of Motion for Summary Judgment as these defendants rely upon the Procedural History, Statement of Material Facts, Joint Brief, Affidavit of Julia McClure**

and Certification of William T. Connell, Esq., and the Exhibits attached to the Certification submitted by William T. Connell, Esq., in support of the Notice of Motion for Summary Judgment on filed on behalf of Defendant, Gary Yurkovic.

PLEASE TAKE FURTHER NOTICE that in accordance with Rule 12 C of the General Rules of this court, a proposed Order is annexed hereto.

Oral argument is requested on the within motion.

HOAGLAND, LONGO, MORAN,<br>
DUNST & DOUKAS, LLP<br>
Attorneys for Defendant,<br>
Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department and Sergeant William Oels, Jr.

By: /s/ Susan K. O'Connor
SUSAN K. O'CONNOR

Dated: August 31, 2009