## CERTIFICATION OF SERVICE

I, the undersigned, certify that on this date, I forwarded a copy of the within pleading to the following persons via electronic filing:

        Clerk, United States District Court
        Martin Luther King, Jr. Federal Building & Courthouse
        Room 4040
        50 Walnut Street
        PO Box 999
        Newark, NJ 07101-0999

        Robert D. Kobin, Esq.
        Nusbaum, Stein, Goldstein, Bronstein & Kron
        20 Commerce Boulevard
        Succasunna, NJ 07876
        Attorney(s) for Plaintiffs Bassem Kandil
        and Flora Kandil

        William T. Connell, Esq.
        Dwyer, Connell & Lisbona
        PO Box 629
        West Caldwell, NJ 07007-3573
        Attorney(s) for Defendant Gary Yurkovic

        Michael John Stone, Esq.
        The Stone Law Group
        20 Glenview Drive
        Warren, NJ 07059
        Attorney(s) for Defendant Officer William C. Oels, III

        Gary S. Spagnola, Esq.
        Golden, Rothschild, Spagnola, Lundell, Levitt & Boylan, P.C.
        1011 Route 22 West - Suite 300
        PO Box 6881
        Bridgewater, NJ 08807
        Attorney(s) for Defendant Officer Anthony Mark Abode

Lawrence Y. Bitterman, Esq.
247 Livingston Avenue
New Brunswick, NJ 08901
Personal Counsel for William Oels, Jr. and Sr.
and Gary Yurkovic

I, the undersigned, certify that on this date, I forwarded a courtesy copy of the within pleading to the following persons via regular mail:

The Honorable Joseph A. Greenaway, Jr., U.S.D.J.
Martin Luther King, Jr. Federal Building & Courthouse
Room 4040
50 Walnut Street
PO Box 999
Newark, NJ 07101-0999

The Honorable Madeline Cox Arleo, U.S.M.J.
Martin Luther King, Jr. Federal Building & Courthouse
50 Walnut Street
Newark, NJ 07102

I certify that the foregoing statements made by me are true. I am aware that if any of the statements made by me are willfully false, I am subject to punishment.

HOAGLAND, LONGO, MORAN,
DUNST & DOUKAS, LLP
Attorneys for Defendant, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department and Sergeant William Oels, Jr.

/s/ Susan K. O'Connor
By:_____
SUSAN K. O'CONNOR

Dated: August 31, 2009