## CERTIFICATION OF SUSAN K. O'CONNOR

I, Susan K. O'Connor, do hereby certify as follows:

1. I am an attorney-at-law of the State of New Jersey, a partner in the law firm of Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for the Defendants, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department, and Sergeant William Oels, Jr., and am fully familiar with, and responsible for the handling of, the within matter.

2. Defendant, Gary Yurkovic, through his attorney, William T. Connell, Esq., has filed a Procedural History, Statement of Material Facts, Joint Brief, Affidavit of Julia McClure, Certification of William T. Connell, Esq, and Exhibits in support of a Motion for Summary Judgment.

3. These Defendants, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department and Sergeant William Oels, Jr., intend to rely upon the Procedural History, Statement of Material Facts, Joint Brief, Affidavit of Julia McClure, Certification of William T. Connell, Esq, and Exhibits thereto seeking Summary on behalf these Defendants.

4. By Order filed August 13, 2009, (Docket No. 77), all motions and cross-motions for Summary Judgment shall be filed on or before August 31, 2009.

5. The within Certification is made in support of these Defendants' Motion for Summary Judgment.

6. There is presently no pretrial conference, arbitration, calendar call, or trial set for this matter.

7.    I hereby certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

/s/ Susan K. O'Connor
_____
SUSAN K. O'CONNOR

Dated:  August 31, 2009