HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, LLP
40 Paterson Street, P.O. Box 480
New Brunswick, NJ 08903
(732)545-4717
Attorneys for Defendants, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department and Sergeant William Oels, Jr.

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK, NEW JERSEY

| | |
|---|---|
| Plaintiffs,<br><br>BASSEM KANDIL and FLORA KANDIL, his wife<br><br>vs.<br><br>Defendants,<br><br>POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, POLICE OFFICER WILLIAM C. OELS, III, SERGEANT WILLIAM OELS, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, ET. ALS. | The Honorable Joseph A. Greenaway, Jr., U.S.D.J.<br><br>CIVIL ACTION NO. 06CV4701 (JAG)<br><br>**ORDER**<br><br>**ELECTRONICALLY FILED** |

THIS MATTER having been brought before the Court on Motion of Hoagland, Longo, Moran, Dunst & Doukas, LLP, attorneys for the Defendant, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, City of New Brunswick Police Department, and Sergeant William Oels, Jr., for an Order granting said Defendant Summary Judgment in the within cause of action and the Court having reviewed the moving papers and for good cause shown;

IT IS ON THIS _____ day of _____, 2009,

ORDERED that the Defendant, Police Director (improperly pled as "Chief of Police"), City of New Brunswick, Sergeant William Oels, Jr., and City of New Brunswick Police Department's, Motion for Summary Judgment be and is hereby granted in favor of said Defendants and that any and all claims, counterclaims, and/or crossclaims asserted against these Defendants are hereby dismissed with prejudice.

_____<br>
HON. JOSEPH A. GREENAWAY, JR., U.S.D.J.