1

SUPERIOR COURT OF NEW JERSEY
CRIMINAL DIVISION - MIDDLESEX COUNTY
INDICTMENT NO. 04-12-1694

STATE OF NEW JERSEY,

    Complainant,

vs.                       Transcript of Proceedings
                                (Status Conference)

BASSEM KANDIL,

    Defendant.

                    Place:  Middlesex County Courthouse
                              56 Paterson Street
                              New Brunswick, N.J. 08903

                    Date:   SEPTEMBER 22, 2005

**B E F O R E :**

    THE HONORABLE MELVIN GELADE, J.S.C.

**TRANSCRIPT ORDERED BY:**

    HOAGLAND, LONGO, MORAN, DUNST & DOUKAS

**A P P E A R A N C E S:**

    MARCIA SILVA, ESQ.
    Middlesex County Assistant Prosecutor
    Attorney for the State

    ROBERT KOBIN, ESQ.
    (Nusbaum, Stein, Goldstein, Bronstein & Kron)
    Attorney for the Defendant

                                  Georgeann Crowell, C.C.R.
                                  Official Court Reporter
                                  Middlesex County Courthouse
                                  P.O. Box 964
                                  New Brunswick, New Jersey

```
                       (Status Conference)                  2
 1         THE COURT:  State versus Bassem Kandil.
 2  Appearances?
 3         MS. SILVA:  Assistant Prosecutor Marcia
 4  Silva, on behalf of the State.
 5         MR. KOBIN:  Bob Kobin, K-o-b-i-n, on behalf
 6  of the defendant, who is present in court.
 7         THE COURT:  I discussed this matter with
 8  Counsel in chambers.  The Assistant Prosecutor was
 9  provided with discovery.  And she is going to have to
10  do some checking.  So, we'll put this off to October --
11  She only needs two weeks.  We'll put it on for
12  October --
13         THE TEAM LEADER:  October 20th.
14         THE COURT:  October 20th.  Same time.  Nine
15  o'clock.  That will give the Prosecutor enough time to
16  do some work.
17         Mr. Kandil, I know you've always been here.
18  I'm sure you will continue to do so.  I must inform
19  you, if you fail to appear at the conference, which we
20  will give you a written notice today of October 20th,
21  you could lose your bail and a warrant would issue for
22  your arrest.  Make sure you are here.
23         THE DEFENDANT:  Okay, sir.  No problem.
24         THE COURT:  Thank you.
25         MS. SILVA:  Thank you.
```

```
                       (Status Conference)                  3
 1         MR. KOBIN:  Thank you.
 2         (Whereupon, the hearing concluded.)
 3
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

4

# C E R T I F I C A T I O N

I, **GEORGEANN CROWELL**, C.C.R., License Number **XI00983**, an Official Court Reporter in and for the State of New Jersey, do hereby certify the foregoing to be prepared in full compliance with the current Transcript Format for Judicial Proceedings and is a true and accurate compressed transcript of my stenographic notes taken in the above matter to the best of my knowledge and ability.

*Georgeann Crowell, C.C.R.*

Georgeann Crowell, C.C.R.
Official Court Reporter
Middlesex County Courthouse
P.O. Box 964
New Brunswick, New Jersey

Date:   DECEMBER 15, 2008