# NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON

A Professional Corporation
Counsellors At Law

LEWIS STEIN*
ALAN D. GOLDSTEIN
RONALD W. BRONSTEIN
PATRICIA E. ROCHE°
LARRY I. KRON
ROBERT D. KOBIN¤
SHARON L. FREEMAN+ ^
SUSAN B. REED
STEVEN J. LOEWENTHAL ◊

20 Commerce Boulevard, Suite E
Succasunna, New Jersey 07876
973-584-1400
Fax: 973-584-8747
Email: nsgbk.office@verizon.net

September 22, 2005
HAND DELIVERED

- Of Counsel -
PAUL R. NUSBAUM

CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A
*Civil Trial Attorney
°Matrimonial Attorney
^Workers' Compensation Attorney
¤Member Florida Bar
◊Member New York Bar
+Member Pennsylvania Bar

Sheree V. Pitchford
Assistant Prosecutor
COUNTY OF MIDDLESEX
25 Kirkpatrick Street, 3rd Floor
New Brunswick, N.J. 08901

Re: Kandil, Bassem advs. State of N.J.
Ind. No. – 04-12-01694
Your File No. – 04-02476

Dear Ms. Pitchford:

Pursuant to your request for discovery, enclosed please find the following:

1. Twelve (12) copies of photographs of the scene of the incident;
2. Twenty-four (24) copies of photographs of the injured parties;
3. Interview of Austin Shaw;
4. Interview of Abdel A. Abou-Elata;
5. Interview of Mahmoud Elsakahwy;
6. Interview of Mohammad G. Farzaie;
7. Transcribed taped telephone conversation between Mohammad G. Farzaie and Linda, last name unknown, and
8. Investigative statement of Russell C. Vanderbush dated 2/7/05.

Very truly yours,

Robert D. Kobin

RDK/jeb
enc.
0921.2

