

**Bruce J. Kaplan**
*Prosecutor*

**William F. Lamb**
*1st Assistant Prosecutor*

**Julia L. McClure**
*Deputy 1st Assistant Prosecutor*

**COUNTY OF MIDDLESEX
PROSECUTOR'S OFFICE**
25 KIRKPATRICK STREET, 3RD FLOOR
NEW BRUNSWICK, N.J. 08901
(732) 745-3300
FAX (732) 745-2791

**Dennis W. Watson**
*Chief*

**Joseph W. Krisza**
*Deputy Chief*

August 12, 2005

Robert Kobin, Esq.
20 Commerce Boulevard
Succasunna, NJ 07876

      RE:  STATE v. BASSEM KHANDIL
      IND. NO.: 04-12-01694
      PROS. NO.: 04-02476

Dear Mr. Kobin:

  On Friday August 5, 2005, at approximately 9:55pm, I personally spoke to PO Yurkovic of the New Brunswick Police Department. I advised him of your request for contact information for the two females you believe may be potential witnesses. He indicated he does not have contact information and does not know anyone who may have been at the scene, on the day in question, personally.

  At this point, I believe all discovery from the State has been satisfied.

  Thank you for your continued cooperation. Should you have any questions, kindly contact me at (732) 745-3904.

              Very truly yours,

              *Sheree V. Pitchford*
              SHEREE V. PITCHFORD
              Assistant Prosecutor

Encl.

