# Dwyer Connell & Lisbona
COUNSELLORS AT LAW

| | | |
|---|---|---|
| RAYMOND C. CONNELL<br>(1934-1974)<br>EDMOND J. DWYER, JR.<br>(1962-2006)<br>RAYMOND R. CONNELL ♦<br>ALBERT C. LISBONA ♦<br>WILLIAM T. CONNELL ♦◊<br>DONALD T. OKNER ♦▫<br>CHARLES B. CAREY ♦<br>DONALD S. DE DIO ♦<br>JAMES R. CONNELL<br>STEVEN J. BATTA • | 100 PASSAIC AVENUE – FAIRFIELD, NJ 07004<br>(973) 276-1800 – FAX (973) 276-1888<br>E-MAIL: INFO@DCLLAW.COM<br>WEBSITE: WWW.DCLLAW.COM<br>MAILING ADDRESS:<br>P.O. Box 629<br>WEST CALDWELL, NJ 07007-0629<br><br>Tax ID: 22-2106499 | JOHN J. GROSSI, III ♦<br>BETH CONNELL O'CONNOR<br>LYNN A. LISBONA<br><br>of counsel<br>DANIEL L. MARTIN •<br>FRANK M. GENNARO<br>KENNETH G. CAMPEN<br>KAREN L. ZDANIS •<br><br>◊ Member of NJ and DC Bars<br>▫ Member of NJ and CO Bars<br>• Member of NJ and NY Bars<br>♦ Certified by the Supreme Court of<br>   New Jersey as a Civil Trial Attorney |

October 30, 2008

Nusbaum Stein Goldstein Bronstein and Kron, P.C.
20 Commerce Boulevard
Succasunna, New Jersey 07876

Attention: Robert D. Kobin, Esq.

    Re:  BASSEM KANDIL, ET AL. v. Yurkovic, et al.
          Civil Action Number: 06-4701 (MCA-JAG)
          Date of Incident: October 1, 2004
          Our File Number: 4-5900.039498

Dear Mr. Kobin:

    Enclosed please find Defendant Officer Gary Yurkovic's certified answers to the interrogatories and the response to the Demand for the Production of Documents which you propounded upon this office.

    Thank you for your attention to this matter.

Very truly yours,

WILLIAM T. CONNELL

WTC:BCO
Enclosures
cc: Gary Spagnola, Esq.
    Michael John Stone, Esq.
    Susan K. O'Connor, Esq.
    Lawrence Y. Bitterman, Esq.



individuals are determined, the appropriate information will be provided in accordance with the terms of the Federal Rules of Civil Procedure, Local Rules for the District of New Jersey and the Pre-Trial Scheduling Order.

17. State the names and addresses of the two females who were present at the Shell Gasoline Station on October 1, 2004 immediately prior to the arrest of the plaintiff.

**Answer:** I am not aware of the identity of any females present in the Shell Gas Station on the morning in question.

18. State the nature of your relationship with Ms. Pamela Radziewicz.

**Answer:** Around the time of the subject incident, Ms. Radziewicz and I were friends with a casual sexual relationship which was not exclusive for either of us.

19. State the nature of the relationship, both present and past, between Pamela Radziewicz and any member of the New Brunswick Police Department including but not limited to Police Officer Gary Yurkovic and Police Officer William C. Oels, III.

**Answer:** See response to interrogatory eighteen (18) relative to my past relationship with Ms. Radziewicz. At this time, Ms. Radziewicz and I remain friends.

I do not know if Pamela Radziewicz had a relationship with any other member of the New Brunswick Police Department, including Officer Oels.

20. Did you have any communications with any member of the Middlesex County Prosecutor's Office regarding the subject of this lawsuit, the prosecution of Bassem Kandil and/or Bassem Kandil and if so, for all communications state (a) the date of the communication, (b) the name of the person you communicated with, (c) the nature of the communication, (d) summarize in detail the communication, and (e) if the communication was in writing annex a copy hereto.

**Answer:** Upon the advice of counsel, this interrogatory is objectionable as it contains subparts in violation of Federal Rule of Civil Procedure 33. Without waiving the foregoing, the following is provided. I spoke

## CERTIFICATION

I hereby certify that the copies of the written reports or complete summaries of any oral reports of treating physicians or expert witnesses, annexed hereto, are exact copies of the entire written report or reports, or complete summaries of any oral report or reports rendered by them, that the existence of other reports of treating physicians or expert witnesses, either written or oral, are unknown to me, and that if such reports become later known or available, I shall serve them promptly upon the propounding party, but in no case later than the time prescribed by the court rules.

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: 9/11/08