**193**

1 did she say to you?
2      A      Basically I just told her, "We're at
3 the Shell. You passed by us," because she said,
4 Where are you going? I don't see you guys" -- she
5 just said, "I'm going to go to the next light and
6 make a U-turn and come back. Just stay where you
7 guys are."
8      Q      Did she say she was in front of the
9 Queens Tavern where she was expecting to pick you
10 up?
11      A      Yes.
12      Q      And that's only literally maybe a
13 couple of car lengths, a few car lengths in front
14 of where you already were?
15      A      You can't stop in the middle of the
16 street, so -- obviously she didn't see us, so she
17 called or I called. Basically conversation was,
18 "You just drove past us." She said, "I don't see
19 you guys. I'll go to the next light and make a
20 U-turn and come back and pick you up."
21      Q      You never made any suggestion, "Wait
22 there for a second. We're going to be there in ten
23 seconds"?
24      A      No. She said, "I'm going to go to the
25 next light, make a U-turn and come back."

**194**

1      Q      And is it fair to say there was no
2 disagreement about that plan, you just allowed her
3 to do it?
4      A      Yeah.
5      Q      Were you still on the cell phone when
6 the police officers pulled up?
7      A      Yes.
8      Q      Who was the first one to speak between
9 you and the police at that point?
10      A      I crossed the street. As I started
11 walking a couple steps, I heard a car peel out; and
12 the police officers pulled out of the Shell
13 Station, made a quick turn and started walking by
14 my side down Easton Avenue.
15      Q      Okay. When you say you heard a car
16 peel out, you said you heard a car peel out, is it
17 fair to say you don't know which car made the
18 squealing noise of the tires?
19      A      That would be possible, yes.
20      Q      But anyway, you heard the screeching
21 of tires; and the next thing you know is a patrol
22 car is --
23      A      Turn around, the police I seen coming;
24 and as I'm walking, they came up by my side.
25      Q      So you didn't see the car that made

**195**

1 the squeal; but when you heard the squeal, that
2 turned your head backwards towards the direction of
3 the squeal --
4      A      Yes.
5      Q      -- the squealing tires?
6      A      Yes.
7      Q      And that's when you saw a patrol car
8 turning around?
9      A      Yes.
10      Q      Making a U-turn, in effect?
11      A      Just making -- pulling out, made a
12 U-turn.
13      Q      Were you watching the patrol car as it
14 then came right up to your position?
15      A      At that time, that's when I started
16 dialing my phone. My wife called -- I don't
17 remember who called first, and I was talking to
18 her; and as I was walking and talking, the police
19 car, patrol car was by my side, basically at my
20 waist. The window was by my waist as I was talking
21 on the phone.
22      Q      And who was the first one to speak
23 then?
24      A      I stopped once my wife said, "Stay
25 where you guys are," so I literally stopped and

**196**

1 tell the guys, "Let's cross back and wait for them.
2 We'll wait in the station."
3      I didn't get that far. As soon as I
4 stopped, patrol car stopped by my side, and I just
5 had my head leaning forward and said, "Is there a
6 problem, Officer?"
7      Q      Okay. So you had actually finished
8 your conversation and then talked to the members of
9 your group about what the plan was, which is, "My
10 wife's making a U-turn. She's going to wait on the
11 opposite side of the street" before you had any
12 conversation with the cops. Is that right?
13      A      No.
14      Q      That's not right?
15      A      No. I hung up the phone; and I was
16 going to turn around and say, "Hey, guys, we have
17 to cross again."
18      Q      But you didn't get that opportunity?
19      A      Exactly, because as soon as I stopped,
20 they stopped. I -- basically when my wife said
21 that, I stopped walking. As I stopped walking,
22 they stopped right by my side, and I said, "Okay.
23 We'll," you know, "I'll meet you over there." I
24 believe she said, "Wait in the Shell for me. I'll
25 meet you back at the Shell."

197

1       At that point, I stopped.  Once she said she
2   was going to make a U-turn, I stopped walking.
3   They stopped.  They stopped -- finished hanging up
4   with her, hung up, with my hand put the phone by my
5   side; and they had the window rolled down and I
6   said, "Is there a problem, Officer?"
7       Q       When you say you put the phone on your
8   side, you have a buckle like you have here today
9   that you keep your cell phone in?
10      A       Yes.
11      Q       And that's the same kind of thing you
12  had on the date in question?
13      A       The other one was plastic, and it
14  snapped on.
15      Q       Same kind of a deal though?
16      A       Correct, sir, same position.
17      Q       So therefore you had -- you didn't
18  mention anything about the plan was -- to the guys
19  that was your plan to talk about them -- about what
20  you were going to do now to meet up with your wife.
21  That's when the cop said something?
22      A       Correct.
23      Q       Who was the first one to talk, you?
24      A       Yes, sir.
25      Q       And you said, "Is there a problem,

198

1   Officer?"
2       A       Correct.
3       Q       And what was the response?
4       A       They said, "Do yourself a favor.  Do
5   yourself a favor," you know, "Get the fuck out of
6   here," and then at the same time my response was,
7   "I'm just waiting for a ride.  It's a free country.
8   I'm just waiting for a ride.  I don't want any
9   problems."  Their response was, "If you want a
10  problem, we're going to cause a problem," and I
11  said, "Listen.  I'm just waiting for a ride."
12          MR. STONE:  Could I just interject one
13  thing?
14          You keep saying "they."  If they spoke
15  unison, in stereo, that's okay.
16          MR. CONNELL:  I'm going to get to
17  that, Mike.
18          MR. STONE:  Okay.  Never mind.  He'll
19  take care of it.
20  BY MR. CONNELL:
21      Q       The first thing that was said, "Do
22  yourself a favor.  Get the fuck out of the here,"
23  that was said by a cop?
24      A       Yes.
25          MR. SPAGNOLA:  He said the first thing

199

1   was he said, "Is there a problem" --
2   BY MR. CONNELL:
3       Q       The first thing said by a cop was, "Do
4   yourself a favor.  Get the fuck out of here,"
5   correct?
6       A       Yes.
7       Q       And that was in response to you asking
8   the officer, "Is there a problem, Officer?"
9       A       Yes.
10      Q       And the passenger's side of the
11  vehicle was facing you at that point?
12      A       Yes.
13      Q       And do you know what officer it is
14  that said, "Do yourself a favor and get the fuck
15  out of here?"
16      A       It was Yurkovic.
17      Q       He would have spoken across the
18  officer that was closest to you?
19      A       Yes.
20      Q       And then you said, "I'm just waiting
21  for a ride.  It's a free country," and what else?
22      A       And "I don't want any problems."
23      Q       And the officer responded to your
24  statement by stating, "If you want a problem, we'll
25  give you a problem"?

200

1       A       "We're going to cause a problem,"
2   something like that, yes.
3       Q       "If you want a problem, we're going to
4   cause a problem" is what he said?
5       A       Yes, "We're going cause a problem" or
6   "We're going to make a problem," something to that
7   effect.
8       Q       "If you want a problem, we'll make a
9   problem," something of that nature?
10      A       Something, "make" or "cause," yes.
11      Q       And what happened next?
12      A       Again, I said, "I'm" --
13      Q       By the way, was that Police Officer
14  Yurkovic again or was that Oels?
15      A       They both were talking.  I want to say
16  that was Yurkovic then also because they're --
17      Q       At this point you haven't said that
18  Oels has said anything yet.
19      A       They're looking at each other and
20  they're pretty much agreeing on, you know, what's
21  happening, so they're saying, you know, "If you
22  want a problem" -- pretty much they looked at each
23  other, and that's their response to me.
24          I don't remember if it was Oels or Yurkovic
25  who said that physical word to me, so I strike

**201**

1   that. I don't know which one it was.
2       Q    So the first statement, "Do yourself a
3   favor. Get the fuck out of here," you remember
4   that was Yurkovic in response to "Is there a
5   problem, Officer?"
6       A    Correct.
7       Q    Then you responded in words which
8   include "This is a free country," and then one of
9   the two officers, you don't remember who, said, "If
10  you want a problem, we will make a problem"?
11      A    Yes.
12      Q    Is that fair?
13      A    Yes.
14      Q    Did you have a response to that
15  statement?
16      A    Again, "I'm just waiting for my ride."
17      Q    Did you include in that "I'm just
18  waiting for my ride," "My wife is ready to pull up"
19  or "My wife is right behind us" or "We'll be out of
20  here in one second," anything of that nature to
21  give them a sense of "We're going to be out of here
22  in matter of seconds"?
23      A    I did say that to them. I don't know
24  if that was done instantly or once they got out of
25  the car. I do remember saying, "My wife is down

**202**

1   the street and she's picking us up."
2       Q    Okay. And you don't remember when
3   that statement was made?
4       A    I did say it. I don't know if it was
5   made while they were in the car or at the side of
6   the car, and I did say that we were "waiting for my
7   wife. She's just down the street."
8       Q    When you said, "I'm waiting for my
9   ride," do you remember that the officers then
10  stopped their vehicle at that point, or were they
11  talking to you while the vehicle was still running?
12      A    You know, moving along --
13      Q    Let me strike the question.
14  I know you told us that you basically
15  stopped when you were talking with your wife. You
16  saw the cop car was coming around, that you stopped
17  and you were preparing to make the comment to the
18  guys about "She's making a U-turn. We'll go across
19  the street to rendezvous with her." You never got
20  those words out, and that's when the cop car pulled
21  up and began to speak with you, right?
22      A    For the most part. When I crossed the
23  street, I said -- I started walking. As I started
24  walking, I heard the car turn around. I turned
25  around, and they came up to my side.

**203**

1       Q    But you were --
2       A    I was walking and then came to a point
3   where I stopped walking while I was still on the
4   phone with my wife because when she said, "I'll
5   just meet you," so there's no sense of me continue
6   walking when she's coming.
7       Q    Were any of these statements while the
8   officer's car was moving and you were moving?
9       A    Once I stopped, I'm standing still.
10  I'm talking to my wife. They stopped by my side,
11  and I was talking to my wife.
12      Q    Go ahead.
13      A    I finished talking to my wife. I'm
14  standing still. They are next to me right here.
15  I'm talking on the phone to my wife. "Okay. Fine.
16  We'll walk back to the station" or whatever, and
17  that's it.
18  I hung up the phone, but they've been
19  sitting there for however long the conversation
20  was. Hung up the phone, put it on my waist and
21  they were standing there, so I nicely said, "Is
22  there a problem, officers?" and that was it. So
23  they stopped before -- basically in sync with me.
24  I stopped, they stopped.
25      Q    The point is that whole series of

**204**

1   discussions was made when you were standing still
2   and the car was standing still?
3       A    Correct.
4       Q    And while you were still standing
5   still, you didn't continue to walk in any
6   direction, and that's when the officers got out of
7   the car?
8       A    Yes.
9       Q    And did you see whether they both got
10  out of the car at the same time? Did you notice
11  that?
12      A    Yes. They both looked at each other.
13  They nodded their heads to each other, and they
14  both opened the door at the same time.
15      Q    And you were still in the street?
16      A    Yes, sir.
17      Q    How far would you say you were from
18  the curb?
19      A    If there was a car there, I would be
20  by the car. If there wasn't a car, I would be by
21  the curb.
22      Q    Well, do you remember what position
23  that the police vehicle was in on the roadway? Do
24  you know whether or not it was completely within
25  the travel lane of Easton Avenue in the direction

205

1   it was going, or was it over the double yellow line
2   on that roadway? Do you remember when it came to a
3   stop?
4       A   No. It would have been just on the
5   side -- not on the legal -- legally facing -- it
6   wasn't on the yellow. It was in the regular
7   position.
8       Q   We're going to refer to P-1 now. You
9   can see the "X" that you drew on that diagram. You
10   can also see the double yellow line dividing the
11   two directions of travel.
12       A   Correct.
13       Q   And looking at that photo P-1, could
14   you tell whether or not when the car had stopped,
15   and I'm talking about now the patrol car, whether
16   it was totally within the lane in the direction
17   that it was going, or do you know whether or not it
18   was like the left wheels were over the double line?
19       A   No.
20       Q   Do you remember?
21       A   It would have been in the lane.
22       Q   It was still in the lane?
23       A   Yes.
24       Q   Do you remember at that point, when
25   you began to have this interchange with the

206

1   officers and it had stopped in that position,
2   whether anyone else was in the street other than
3   you?
4       Before the cops got out of the car, was
5   anybody in your group still in the street other
6   than you?
7       A   I believe everybody at that point was
8   behind me. Romain might have been next to me
9   still.
10       Q   So if there was anybody else in the
11   street other than you, it would have been Romain?
12       A   Yeah.
13       Q   Everybody else was on the sidewalk?
14       A   Yes.
15       Q   When the officers got out of the
16   patrol car, did you remain in that same position?
17       A   Same spot?
18       Q   Same spot.
19       A   Yes.
20       Q   And did both officers approach you or
21   did only one?
22       A   Well, I was pretty much in front of
23   Oels, so he came out. I was in front of him.
24       Q   Did they close the patrol car door,
25   Oels, that would have been closest to you?

207

1       A   I believe so, yes.
2       Q   And Oels was the first one to speak to
3   you?
4       A   Yes.
5       Q   What did Oels say to you?
6       A   Yurkovic walked around and then --
7       Q   Just listen to my question. You said
8   Oels was the one who approached you. Did he speak
9   to you?
10       A   One of the them asked me for my
11   license.
12       Q   You don't know which one it was?
13       A   No. I want to say it was Yurkovic
14   though because I handed him the license.
15       Q   Okay. So therefore as Oels approached
16   you, Yurkovic also would have gone around the
17   patrol car and gotten into your position?
18       A   Yes.
19       Q   And do you know whether or not you
20   were now between the two officers?
21       A   I believe so, yes. I was in front of
22   him, and Yurkovic would have been on my right.
23       Q   On your right as you're facing the
24   patrol car?
25       A   Both of them facing me, yes. So their

208

1   backs are to the car and I'm facing the car.
2       Q   Therefore Yurkovic would have had to
3   come around the front of that patrol car to get to
4   that position?
5       A   Correct.
6       Q   And do you remember that it was
7   Yurkovic who asked for your ID?
8       A   I don't remember if it was him, but he
9   is the one that took it so, yes, he asked me for my
10   license or ID, license.
11       Q   And when you gave him your license,
12   did you give him anything else?
13       A   No, my driver's license only.
14       Q   There was nothing underneath it?
15   There was no other document that you handed with
16   the driver's license. Is that right?
17       A   At that point it was only my license.
18       Q   That's what I mean, at this point.
19       A   Exactly.
20       Q   Do you remember -- and you gave it to
21   Yurkovic, and it looked like Yurkovic was looking
22   at it?
23       A   Yes.
24       Q   And was there any remark passed while
25   he was looking at it?

**209**

1    A   He said something to me.

2    Q   What did he say?

3    A   He said, "This is not fucking

4 Flemington. I'll call 20 cops to plummet your face

5 into the ground."

6    Q   Now, you would agree with me that you

7 said nothing to insight the officer to use that

8 kind of language against you. Is that fair?

9    A   Yes, sir.

10    Q   And there was nothing about the

11 document that you gave him that would have set him

12 off other than what you're saying is "This is not

13 Flemington." Is that right?

14    A   That's why I was talking earlier,

15 possibly my name. That's why I got that

16 perception.

17    Q   That's when this bias thing was in

18 your head?

19    A   Yes, sir.

20    Q   And when he said this to you, did he

21 say it loud enough for anybody else in the group to

22 hear?

23    A   Yes.

24    Q   And have you since learned that other

25 people heard that remark?

**210**

1    A   To that effect, yes.

2    Q   And did he say it loud enough for Oels

3 to hear him?

4    A   He was standing next to Oels, so yes.

5    Q   And we don't know whether or not Oels

6 actually heard it, but it appeared to you to be

7 loud enough for Oels to hear it. Is that fair?

8    A   Yes.

9    Q   And what next was said or done?

10    A   He said -- my response to him was,

11 "For what, waiting for a ride?"

12    Q   And that was a remark that you made in

13 the direction of Yurkovic?

14    A   Yes.

15    Q   And was there a response?

16    A   In sync they both said -- Yurkovic and

17 Oels said, "We write the report."

18    MS. O'CONNOR: "We write the report"?

19    MR. CONNELL: "We write the report."

20    THE WITNESS: Yes, "We write the

21 report."

22 BY MR. CONNELL:

23    Q   Does that make any sense to you in the

24 English language, "We write the report?" Do you

25 know what that means?

**211**

1    MR. KOBIN: I'm just -- objection.

2    Q   I'm asking do you know what that

3 means?

4    MR. KOBIN: Objection to the form of

5 the question.

6    A   Yeah. They have a police report --

7    Q   Let me withdraw the question.

8    Did you understand when he said, "We write

9 the report," what was meant by that?

10    A   Yes. They write the police report.

11 That's how I interpreted it.

12    Q   Okay. All right. And then what

13 happens?

14    A   Yurkovic reached over his shoulder.

15 On his left shoulder he had a little walkie-talkie.

16 He started paging in it, in his walkie-talkie.

17    Q   Did you hear what he said?

18    A   No. He was saying -- just codes and

19 stuff. I don't know what he said specifically.

20    Q   They were numbered codes without using

21 any English language?

22    A   I believe, correct.

23    Q   Other than the codes, he's giving

24 numbers --

25    A   Numbers, yeah, 45 -- I don't know, but

**212**

1 numbers, numbers and codes.

2    Q   What next happened?

3    A   At that point, we sat there.

4    Q   You basically stood there?

5    A   Stood there, I apologize.

6    A minute or two, a police car pulled up from

7 behind Yurkovic's car and Oels, and a police car

8 pulled up from in front of -- in front of their

9 car.

10    Q   Facing their patrol car?

11    A   Facing, so one from behind and one

12 facing the car.

13    Q   The first one was behind, the second

14 one within moments was in front?

15    A   Yes, or either way. I don't know,

16 but -- I don't remember which one was first, but

17 they both pulled up, one from behind, one from in

18 front.

19    Q   Do you know how many officers were in

20 the car that was behind?

21    A   It was two, one or two behind, and two

22 in the front because I paid more attention to the

23 front.

24    Q   You're not sure whether or not there

25 was one in the back car?

Case 2:06-cv-04701-DMC-MF   Document 99-13   Filed 01/07/10   Page 6 of 49 PageID: 1496
Deposition of BASSEM KANDIL, taken on September 24, 2008.
Page 213 to 216 of 286

**213**

1    A    Yes, one or two.  I don't recall.
2    Q    Can you identify any of those police
3  officers by race or size or anything like that that
4  was in the car that was behind the Yurkovic patrol
5  car?
6    A    Yes, it was a black officer.
7    Q    And can you tell us the size of that
8  black officer?
9    A    Maybe he was five-six, five-eight.
10    Q    Approximately how much did he weigh,
11  medium build, heavy build, something --
12    A    Medium build.
13    Q    Did it appear that he had any rank,
14  any stripes on his sleeves or anything like that?
15    A    I did not notice.
16    Q    In uniform?
17    A    Yes.
18    Q    And it was a marked unit?
19    A    Yes, marked car.
20    Q    And now the car that had pulled up
21  face-on with the Yurkovic car, there were two
22  officers in that?
23    A    Correct.
24    Q    And can you describe them?
25    A    I don't remember the drivers.  I

**214**

1  remember the passenger because he came out and I
2  assume he was a high, you know, higher than the
3  other guys.
4    Q    Meaning taller?
5    A    Well, he was taller, but I mean
6  rank-wise.
7    Q    He was tall rank-wise?
8    A    He was a tall officer, and he came out
9  and he walked up with Yurkovic.
10    Q    Do you know whether or not he was
11  white or black?
12    A    He was white.
13    Q    What makes you think that he was a
14  higher rank?
15    A    Well, he was talking to Yurkovic.
16  They were talking back and forth, and then I don't
17  know what happened.  All of a sudden I heard him
18  say, "You brought us here for this?" and then he
19  starts walking backwards, stepping backwards, the
20  tall officer, away from Yurkovic; and he says,
21  "There's no reason for us to be here, but teach
22  that mother fucker a lesson and give him a $200
23  fine."
24    Q    So the taller officer, who was the
25  white officer that you had the impression was a

**215**

1  higher rank, took Yurkovic to the side but still in
2  a distance where you could overhear what he was
3  saying?
4    A    I'm standing by the front of the car.
5  Yurkovic is on the opposite side now across.
6    Q    He took him away from you but at a
7  distance where you could still hear what was going
8  on?
9    A    Yes.
10    Q    And this officer said to him, "I don't
11  know why we're here"?
12    A    Yes, something to that effect, "I
13  don't know why we're here."  I believe it was, "I
14  don't know why you have us here."
15    Q    "But teach that MF" --
16    A    Yes, sir.
17    Q    -- "a lesson" --
18    A    Yes.
19    Q    -- "and give him a $200 fine?"
20    A    He's saying that as he's walking
21  backwards to the car.  At that point -- they came.
22  There was no real reason for them to come, and at
23  that point they -- both cars started to leave.
24        So as he was walking back to his car, he's
25  taking a couple steps backwards.  I heard him yell

**216**

1  to Yurkovic, yell that comment to Yurkovic as he
2  was walking back to his car.
3    Q    Did you see any very large black
4  police officer at the scene at this time, much
5  bigger than you and me?
6    A    There was that officer there; but
7  again I don't know -- I described the guy.  Again,
8  I don't remember specific size.
9    Q    Well, the only black officer that you
10  described is a guy five-six to five-eight with a
11  medium build.  I'm talking about a guy six-two to
12  six-four that weighs nearly 300 pounds.  Did you
13  see anybody like that?
14    A    I don't recall.  I wasn't
15  concentrating on that.  I was concentrating on what
16  was happening with Yurkovic and the tall police
17  officer.  I'm here, but why am I being stopped for?
18  So I'm still worried about what's going on with
19  that.
20    Q    You're certain that the officer that
21  says this to Yurkovic was a white officer, is that
22  right, who was taller than Yurkovic, but -- and it
23  appeared that he had some form of seniority,
24  although you didn't see stripes?
25    A    Correct.  I didn't pay attention to

217

```
1    that.
2         Q      Did he have a white shirt or a blue
3    shirt?
4         A      He was in uniform.  I don't know what
5    he had.
6         Q      Well, white shirts generally designate
7    a superior officer of the rank of lieutenant or
8    higher and, you know, the dark uniforms are
9    generally a sergeant.
10        A      I did not see.
11        Q      You didn't take any note of that?
12        A      Correct.
13        Q      And, by the way, that car that pulled
14   up front-on with the Yurkovic patrol car was also a
15   marked unit?
16        A      Yes.
17        Q      So you had three marked units at the
18   scene at that point?
19        A      Yes, sir.
20        Q      Did those marked units then both
21   leave?
22        A      Yes, the two cars left.
23        Q      Leaving Yurkovic and Oels with you?
24        A      Yes.
25        Q      And the group?
```

218

```
1         A      And the group, yes.
2         Q      Before these backup officers came to
3    the scene, you didn't use any type of bad language,
4    didn't threaten the officers, didn't boast about
5    your being able to intimidate the officers.
6    Nothing like that occurred, right?
7         A      Correct, sir.
8         Q      And you've read the police reports
9    about what the officers' version of this event is.
10   Isn't that right?
11        A      Yes, sir.
12        Q      And is it your position that from the
13   point that the conversations began between the two
14   of you that everything that the officers say is a
15   lie?
16        A      Yes, sir.
17        Q      Your Answers to Interrogatories
18   indicate that there were two police officers in
19   each car that came up.  Does that refresh your
20   recollection that there were two in each car?
21        A      Um-hum.  I had said one or two.
22        Q      I know; but does that refresh your
23   recollection that there were two in each car, in
24   other words, six cops at the scene at one time?
25        A      Again, I'm not hundred percent sure
```

219

```
1    there was two in the front.  Again, I'm not one
2    hundred percent sure if it was one or two.  I
3    believe it was two; but if you're going to ask me
4    to vouch, it was definitely one at a minimum.  My
5    recollection there was two; but, again, like I
6    said, my concentration was on the front where I was
7    standing.
8         Q      And this taller officer, did he say to
9    "Give that mother fucker a lesson"?
10        A      Teach.
11        Q      "Teach that mother fucker a lesson"?
12        A      Yes, sir.
13        Q      "And give him a $200 fine"?
14        A      Yes, sir.
15        Q      After this happened where both cars
16   have now left the scene leaving Yurkovic and Oels
17   to deal with, what's the next thing that happened?
18        A      Yurkovic went, he walked to the door,
19   opened the door, reached in, and I believe it was
20   in between the seat, looked like -- and grabbed
21   what looked like a book or something.
22        Q      And did it look like a summons book
23   that he would write in or did it appear to be some
24   sort of a book to look up statutes and things?
25        A      I think it was a statute book because
```

220

```
1    he reached in, grabbed it, went back to the hood,
2    put it on the hood and he was flipping through the
3    pages, so it was a statute book.
4         Q      When you say "the hood," are we
5    talking about the hood or the trunk?
6         A      The hood of Yurkovic's car.
7         Q      The front part?
8         A      Yes.
9         Q      Were you watching him as he had the
10   book out and he was flipping through the pages?
11        A      Yes, sir.
12        Q      What was Oels doing while that was
13   going on?
14        A      Oels was just pretty much standing by
15   my side.
16        Q      Still to your left?
17        A      Yes.
18        Q      You're still between a parked car, if
19   there was a parked car, and the patrol car at that
20   point?
21        A      Yes.
22        Q      And they didn't at any point tell you
23   to get up onto the sidewalk?
24        A      No.
25        Q      Up to this point?
```

221

```
 1      A    No.
 2      Q    Did they ever instruct you to get on
 3  the sidewalk?
 4      A    Yes.
 5      Q    When did they do that?
 6      A    When I saw them writing -- he had the
 7  book on his hood, Officer Yurkovic.  As he was
 8  flipping through, I reached into my pocket.  I had
 9  my PBA card, and I approached him and I said,
10  "Excuse me, Officer.  This is a close friend of
11  mine.  His name is Jeremiah Hupka.  He works for
12  the Hunterdon County Sheriff's Department" or
13  Office.
14      Q    And did Yurkovic take the card?
15      A    I don't even believe I started
16  finishing the word "Sheriff's Office."  He snatched
17  it out of my hand and grabbed it with his two
18  hands, putting it in front of him trying to cut it
19  in half.
20      Q    To rip it in half?
21      A    To rip it in half with his hands.  I
22  guess he couldn't because it was plastic or hard.
23           So he then took it and put it in his front
24  pocket, which I believe was on his left chest; and
25  then at that point he says, "This is going to do
```

222

```
 1  you no good.  Go stand on the sidewalk."  So at
 2  that point I turned around and I stood on the
 3  sidewalk.
 4      Q    Do you remember walking between the
 5  parked cars in order to get onto the sidewalk?
 6      A    I don't recall.
 7      Q    So at this point you don't recollect
 8  whether or not there were any cars parked from the
 9  corner opposite the Shell Station all the way up to
10  the point where you had now gotten onto the
11  sidewalk.  Is that right?
12           MR. KOBIN:  Objection to form.
13      A    Correct.  I don't remember if there
14  was cars there.
15      Q    Okay.  And then you went and stood on
16  the sidewalk.  Was Romain on the sidewalk by this
17  time?
18      A    Yes.
19      Q    And the other members of your group
20  were on the sidewalk?
21      A    Yes.
22      Q    How close were you to the other guys
23  on the sidewalk in your group?
24      A    I was probably a few feet away from
25  them, maybe four or five feet away from them.
```

223

```
 1      Q    Did anybody indicate -- and when I say
 2  "anybody," did Oels or Yurkovic indicate that --
 3  not for you to commingle with them or for you to
 4  stay separate from them or anything like that?
 5      A    No.
 6      Q    Did Oels walk up onto the sidewalk
 7  with you?
 8      A    No.
 9      Q    So he stayed in the same position
10  between -- next to the patrol car?
11      A    Correct.
12      Q    What's the next thing that happened?
13      A    Next thing that happened, I remember
14  my friend Romain come up to me and said, "Bass,
15  don't worry about it.  We'll go to court.  There's
16  no reason for him to give you a ticket," you know,
17  just talking all among us.
18           He gave me a cigarette, and I started to
19  smoke a cigarette; and in that interim as he was
20  flipping through the book and so forth, I noticed
21  more police cars coming.
22      Q    And would you agree that -- did you
23  hear either one of these officers calling backup at
24  that point --
25      A    No, I did not hear.
```

224

```
 1      Q    -- a second time?
 2      A    No.
 3      Q    So you don't know why these other cars
 4  would be coming to this scene?
 5           MR. KOBIN:  Objection to the form.
 6           MR. CONNELL:  Strike the question.
 7      Q    You didn't hear either one of the
 8  officers call backup.  Is that right?
 9      A    Correct.
10      Q    And therefore -- and there was nothing
11  that you did in terms of your conduct that would
12  have warranted any other officers coming to the
13  scene.  Is that right?
14      A    Exactly.
15      Q    And there was no altercation.  There
16  was no touching you by either of these officers at
17  the point that the second backup group of officers
18  were on their way?
19      A    Exactly.
20      Q    And was Romain the only one to talk to
21  you when he said, "We'll fight this in court"?
22      A    Pretty much.
23      Q    "There's no reason to give the
24  summons"?
25      A    Yes.
```

225

1     Q     Is it fair to say that neither one of
2  these officers, and by that I mean Oels or
3  Yurkovic, put their hands on you before the other
4  officers actually got to the scene?
5     A     Correct.
6     Q     And you were standing on the sidewalk
7  with your friends when these other officers
8  arrived?
9     A     Yes, sir.
10    Q     Do you know how many cars arrived?
11    A     As I was standing there smoking, I
12 don't know how many exact cars.
13          Okay. I saw there was police officers
14 moving. I guess there was still people walking
15 around, so they were moving people away from I
16 guess the scene.
17    Q     Let's not talk about numbers of
18 officers yet. Do you have any idea how many cars
19 came in addition to Yurkovic's car?
20    A     They blocked Easton Avenue, so at that
21 point I would assume four, five cars. With that
22 section they blocked off both sides of the street.
23    Q     So basically in between where you were
24 on Easton Avenue, they blocked access for anybody
25 getting in from either direction on Easton Avenue.

226

1  Is that right?
2     A     Yes, sir.
3     Q     When you say "block Easton Avenue,"
4  did they need more than one car to basically block
5  Easton Avenue, both lanes, or was it one car
6  blocking the middle of the street?
7     A     I don't remember.
8     Q     Did you see any of the cars pull up --
9  other than blocking Easton Avenue, did you see any
10 of the other cars pull right up to where the
11 Yurkovic car was?
12    A     I believe one car pulled up, one car
13 pulled up, like I said --
14    Q     Near where the Yurkovic car was?
15    A     Yeah.
16    Q     Was it facing the Yurkovic car or was
17 it facing -- was it at the rear?
18    A     I believe it came up from the rear
19 side.
20    Q     Did you see that these cars had their
21 lights and sirens on when they were approaching?
22    A     Yes, there were sirens.
23    Q     And did the lights --
24    A     I'm sorry. I don't know about sirens,
25 but the lights were flashing, so lights, I'm sorry.

227

1     Q     Did you hear any sirens coming at any
2  time this night?
3     A     I don't recall about sirens.
4     Q     And while they were blocking the road,
5  were the lights on?
6     A     Yes.
7     Q     And we're talking about the flashing
8  lights up on top of the car and all that stuff?
9     A     Yes, sir.
10    Q     Did that surprise you that you would
11 have all of this police attention when you're about
12 ready to have a simple summons being issued to you?
13    A     Yes, sir.
14    Q     Did you hear the -- strike that for a
15 moment.
16          The cars that came up and blocked Easton
17 Avenue, did they approach Yurkovic and Oels, or did
18 they remain in a position where they were going to
19 control the crowd from either end?
20    A     Some of the officers were controlling
21 the crowd from the other end, and then a few of
22 them gathered behind Yurkovic, so I don't know who
23 came from where, but that's how it was.
24    Q     Can you describe any of the officers
25 that would have came and approached Yurkovic and

228

1  Oels in close proximity to where you were at this
2  point?
3     A     Physical names?
4     Q     If you can give us names, that would
5  be fine; but if you can't give us names, their
6  descriptions in terms of, you know, height, weight,
7  color.
8          And I'm not talking about the guy standing
9  on the perimeter staying with their cars making
10 sure nobody drives into the area or walks into the
11 area. You said there was at least one guy with
12 each of the cars. Is that fair?
13    A     Yes, sir.
14    Q     At least. There may have been more.
15          And then there were other cars that actually
16 approached your group with Yurkovic, Oels and you
17 guys?
18    A     Yes, sir.
19    Q     Can you describe any of the guys that
20 actually got close to your position?
21    A     At that point, no.
22    Q     So you couldn't even tell us whether
23 they were black or white or sizes or anything?
24    A     There was black officers involved.
25 Again, size-wise, I don't remember sizes, but there

229

1  was white and black.
2      Q    Do you remember, while these cars were
3  coming and blocking off the area, did Yurkovic
4  and/or Oels say anything to you letting you know
5  what was going to happen?
6      A    No, sir.
7      Q    At this point you haven't been issued
8  the summons?
9      A    No.
10     Q    You haven't been returned your
11 driver's license?
12     A    Correct.
13     Q    You haven't been returned the PBA
14 card?
15     A    Correct.
16     Q    Do you know whether or not Yurkovic
17 made any phone call to the sheriff's office at this
18 point?
19     A    No.
20     Q    Did Yurkovic ever leave your position
21 while these reinforcements were coming or backup
22 officers were coming?
23     A    No.
24     Q    So he basically stayed around you at
25 the front of car with that book out and your PBA

230

1  card and DL in his pocket?
2      A    Correct.
3      Q    Did you hear the officers talk to each
4  other, and I'm talking about now this group when
5  they arrived and they approached your position?
6      A    Talking to each other, no, I did not
7  hear them talk to each other.
8      Q    Do you know whether or not they did
9  speak with each other?
10     A    I heard Yurkovic point to me and say,
11 "The guy with the cigarette, let's go get him." He
12 said that in a loud tone; but again, they're
13 looking up among each other. They're not yelling.
14 They're pretty much talking in a low tone of voice,
15 so I can't hear specifics, but I did hear.
16     Q    You did know that they were talking to
17 each other; and then you heard Yurkovic say words
18 that you can tell us about, which is, "Let's go get
19 him"?
20     A    Pointing to me, and said, "The guy
21 with the cigarette, let's go get him."
22     Q    Did he actually say, "The guy with the
23 cigarette" as he was pointing?
24     A    Yes, sir.
25          THE WITNESS: Do you mind if I stand

231

1  up?
2          MR. KOBIN:  Let's take a five-minute
3  break.
4          (At this point in the proceedings, a
5      brief recess is taken.)
6  BY MR. CONNELL:
7      Q    Mr. Kandil, you stated that it was one
8  or two minutes when the first group of cars came up
9  to assist these two officers, then left the scene.
10 You then approached with a PBA card.  You were told
11 to get on the sidewalk, and then some other period
12 of time passed where you then began to realize that
13 additional cars were then coming back to the scene,
14 right?
15     A    Yes, sir.
16     Q    How much time would you say from the
17 point that Police Officer Yurkovic's car first came
18 up alongside of you and stopped and the point that
19 that second group of officers was now coming as
20 backup?
21     A    Guesstimate, ten minutes, fifteen
22 minutes is a guesstimate.
23     Q    Do you have any idea where your wife
24 was turning around making that U-turn to come
25 around and pick you up?

232

1      A    Yes, sir.
2      Q    Where was she?
3      A    She was driving by.  She came to see
4  what was going on, and she went to park the car in
5  the station and she came back.  The street was
6  blocked.  She walked, and at that point —
7      Q    She would have gone around the
8  Yurkovic patrol car and she was -- that you were
9  being talked to by the officer and parked in the
10 Shell Station?
11     A    I believe when she saw me, I was on
12 the sidewalk because she went up to me and said,
13 "What's wrong?  What's wrong?" and I said, "They're
14 just giving me a ticket."
15     Q    Did you ever ask her where she went
16 that took so much time in order to get back to
17 where you guys were?
18     A    No.
19     Q    Okay.  Now, Officer Yurkovic pointed
20 at you, and he says, "The guy with the cigarette,
21 go get him.  Let's go get him"?
22     A    Correct.
23     Q    Right?
24     A    Yes, sir.
25     Q    Is smoking against the Arabic

Case 2:06-cv-04701-DMC-MF    Document 99-13    Filed 01/07/10    Page 11 of 49 PageID: 1501

233

1  religion?

2  A    No, sir, it's not.

3  Q    And do you normally smoke?

4  A    Yes, sir.

5  Q    Okay. And you got the cigarette

6  yourself from your own pack of cigarettes and were

7  able to light it yourself? No one assisted you?

8  A    I believe Romain gave me a cigarette.

9  I didn't have -- it wasn't my cigarette. He gave

10  me a cigarette.

11  Q    Was anyone else smoking at that time

12  other than you?

13  A    Most of those guys smoke, so I don't

14  know who was smoking and who wasn't.

15  Q    But you did have a cigarette on your

16  person at the time that the officer said that?

17  A    Yes, sir.

18  Q    And you saw him pointing directly at

19  you?

20  A    Yes, sir.

21  Q    Did you hear anybody else in the group

22  having any problems with the police officers that

23  would have warranted any kind of a reaction for

24  them to call in reinforcements?

25  A    No, sir.

234

1  Q    Now, "Let's go get him," pointing his

2  finger at you -- and that was said by Yurkovic. Is

3  that right?

4  A    Yes, sir.

5  Q    And do you know who he said it to?

6  A    The group of officers that were around

7  him.

8  Q    And what next happened?

9  A    They walked towards me. As they were

10  walking towards me --

11  Q    Who is "they"?

12  A    Yurkovic and the police officers.

13  Q    Was Oels with them?

14  A    Yes, sir.

15  Q    How many officers walked towards you?

16  A    Four, five.

17  Q    So there would have been Yurkovic,

18  Oels and two or three others?

19  A    Two or three others, correct.

20  Q    None of whom you can describe?

21  A    Physically, no.

22  Q    And you don't know who their names are

23  at this time?

24  A    From the police report I know who they

25  are, but --

235

1  Q    Based upon what the officers

2  acknowledged what happened?

3  A    Yes.

4  Q    What's the first thing that happened

5  after these five, four or five officers approach

6  you?

7  A    Yurkovic had a cuff in his hand. He

8  grabbed my right -- my left hand, I'm sorry, put a

9  cuff on it and then twisted my hand behind my back.

10  Q    Did he twist your left hand behind

11  your back?

12  A    Yes, sir, my left hand behind my back,

13  walked behind me, and as he was doing that -- and

14  then reached with his right hand, put his hands

15  around my neck from behind me and then, you know,

16  choked me like backwards and brought my head

17  backwards.

18  Q    So he grabbed your left hand, cuffed

19  it, pulled it behind your back, doesn't reach for

20  your right hand to cuff that, which you would have

21  gladly given to him, correct?

22  A    Correct.

23  Q    But instead put his right arm around

24  your neck and pulled you back?

25  A    Stood behind me as he was taking my

236

1  left hand, putting it behind my back. That has the

2  cuff on it. He's walking behind me. As he's

3  walking behind me and comes behind me and with

4  his -- I guess arm puts it around my neck and

5  chokes my head back.

6  Q    And you're indicating it was with his

7  right arm while he's holding your left wrist behind

8  you?

9  A    Yes, at that point.

10  Q    And then what happened?

11  A    Two of the officers grabbed my right

12  hand.

13  Q    Do you know who did that?

14  A    Oels and Adobe.

15  Q    Is that Abode, A-B-O-D-E? Is that who

16  you mean?

17  A    Yes, Abode.

18  Q    So both officers grabbed your right

19  hand?

20  A    Yes, both grabbed my right hand. They

21  twisted it behind my back. As they're twisting it,

22  they cuff me, all jumped on me, and they just kept

23  saying, "You're under arrest. You're under

24  arrest," and at that point, like I said, I'm

25  getting punched, kicked, and I really didn't --

237

```
1     Q    So no officer instructed you to
2  "Please turn around and place your hands behind
3  your back"?
4     A    Correct, sir.
5     Q    No officer; and Officer Yurkovic
6  grabbed your left hand, pulled it behind, didn't
7  ask you to provide your right hand for cuffing,
8  correct?
9     A    Correct.
10    Q    Instead he just grabbed you around the
11 neck, at which point two other officers grabbed
12 your right hand and then pulled it behind, and one
13 of them that you can't tell us cuffed --
14 accomplished the cuffing?
15    A    Yes.
16    Q    And after they cuffed you, Yurkovic's
17 arm was still around your neck?
18    A    At that point all -- everybody jumped
19 on me and --
20    Q    Everybody jumped on you?
21    A    Yes, sir.
22    Q    Meaning four -- these four or five
23 officers?
24    A    The three or four, yes, four or five
25 officers.
```

238

```
1     Q    Four or five officers?
2     A    Correct.
3     Q    Now, when Yurkovic put his arm around
4  your neck, did he jump on you or was he standing
5  when he did that?
6     A    He was behind me, like I said, with my
7  hand around me, so I don't know --
8     Q    Well, did you feel his weight? You
9  know, when somebody would be jumping on you, you
10 feel the weight of a person on you as compared to
11 just holding you around the neck. Which was it?
12    A    I don't know. My neck was backwards.
13 I wouldn't recall that specifically.
14    Q    You don't know whether Yurkovic had
15 jumped on your back? You don't know that at that
16 point?
17    A    At that point, no, sir. He did --
18    Q    And you don't know --
19    A    I don't know if he jumped on me. Is
20 that what your question is?
21    Q    We're only talking about when he put
22 his arm -- when he first put his arm around your
23 neck and he's holding your left arm, which he had
24 already cuffed behind you, did he jump on you at
25 that point?
```

239

```
1     A    No, sir, he was choking me.
2     Q    He was just choking you; and at that
3  point after the right hand got cuffed, that's when
4  all of them jumped on you?
5     A    Correct.
6     Q    Do you know was it -- were you taken
7  to the ground as a result of four or five officers
8  jumping on you?
9     A    Yes, sir.
10    Q    And do you know how you fell to the
11 ground?
12    A    Pretty much knees and face.
13    Q    Face forward?
14    A    Yes, sir.
15    Q    Do you happen to know how many cuffs
16 were used to cuff you, how many sets of cuffs?
17    A    Two cuffs.
18    Q    Two sets of cuffs?
19    A    Yes, sir.
20    Q    Four cuffs?
21    A    No, two cuffs.
22    Q    One for one wrist and one for the
23 other wrist, and that set of cuffs was just one set
24 of two cuffs?
25    A    Yes, and then another set.
```

240

```
1     Q    And then another set?
2     A    Yes, sir.
3     Q    Are you saying that you had two loops
4  around each wrist?
5     A    Correct. Initially I had one. Then
6  when they finally finished beating me up and took
7  me into the car -- before when I was laying face on
8  the ground, they put another set of cuffs on me;
9  and then they picked me up from my hand from
10 behind, picked me up like that and then took me
11 inside the car so (indicating) --
12    Q    Just to repeat, there was initially
13 just one set of cuffs?
14    A    Yes, sir.
15    Q    And before they put you in the car,
16 another set of cuffs was put on you, and you had
17 two loops around each wrist?
18    A    Correct.
19    Q    Do you have any idea who placed the
20 second set of cuffs on you?
21    A    No.
22    Q    When you were taken to the ground face
23 forward, was this all on the sidewalk?
24    A    It was partly grass and sidewalk, so
25 firstly there was a piece of grass and a piece of
```

241

1   the sidewalk there.
2       Q    But it wasn't in the street?
3       A    Correct, it was not in the street.
4       Q    Did you make any contact with a
5   building which would have been on the other side of
6   the grass that you're talking about during this
7   struggle?
8       A    I was standing in front of the stair
9   rail.
10      Q    Try to answer my question.  Did you
11  make any contact with a building?
12      A    During the struggle you're saying?
13      Q    During this entire altercation.
14      A    No.  I was leaning on a -- before they
15  came and arrested me, correct?
16      Q    No, I didn't -- no.  Okay.
17      A    You're saying during the altercation?
18      Q    I did ask you during the struggle.
19  When the officers put their hands on you, did you
20  make any contact with the building?
21      A    No.
22      Q    Were you attempting to bang any of the
23  officers into a building?
24      A    No, sir, my hands were cuffed.
25      Q    That's not my question.  Cuffed or not

242

1   cuffed, did you attempt to bang any of the officers
2   against a building in order to get them off you?
3       A    No, sir.
4       Q    And you're saying that at one point
5   you were leaning against a building?
6       A    As we -- while we were smoking -- it
7   wasn't a building.  If you were there, you would
8   see there's a -- like a stair rail, I guess, which
9   is right -- there's a sidewalk, a small piece of
10  grass and a stair rail, so I was just leaning on
11  the rail.
12           MR. KOBIN:  Well, I don't have those
13  pictures.
14           MR. CONNELL:  You don't have these?
15      Mark this as P-3.
16           (A photograph is received and marked
17      P-3 for identification by the reporter.)
18  BY MR. CONNELL:
19      Q    I show you what's marked P-3.  Does
20  that show that piece of grass?  It looks like it's
21  the only lawn in the whole strip of buildings
22  there.  Is that the grass that you're talking about
23  and that railing that's there?
24      A    Yes, that metal railing, yes.  I was
25  leaning and then standing, so just standing right

243

1   there.
2       Q    In order to have gotten to that
3   railing that appears to be running parallel with
4   the sidewalk, you would have had to have stepped
5   across the grass and then leaned against the
6   railing.  Is that right?
7       A    Yes, sir, standing on the grass.
8       Q    And were you facing the officers or
9   facing the street when you were leaning up against
10  that railing?
11      A    Yes, sir.
12      Q    Did you ever attempt to force the
13  officers against that railing during the struggle?
14      A    No, sir.
15      Q    Did you ever make contact with that
16  railing during the struggle?
17      A    No.
18      Q    Did you make contact with the stairs
19  that are on that adjacent building, you know,
20  further towards the Olde Queens Tavern during the
21  struggle?
22      A    Because I was standing on the opposite
23  side, the opposite side.
24      Q    Therefore, the struggle all occurred
25  in this little patch of grass and the sidewalk that

244

1   we see?
2       A    That one corner there, yes, pretty
3   much.
4       Q    Right in the corner?
5       A    Yes.
6       Q    Why don't you put a circle in the area
7   that you're talking about on P-3?
8       A    (Witness complies.)
9       Q    And this would have been the location
10  where Yurkovic put his arm around your neck, where
11  you got cuffed, and when they then put you onto the
12  ground face forward, correct?
13      A    Yes, sir.
14      Q    So basically the entire area of the
15  struggle would have been confined to what would you
16  say in terms of an area, six-foot circumference
17  area or eight feet?  What would you say?
18      A    Yes, six to eight feet.
19      Q    Six to eight feet.  Okay.
20           Now, after you were taken to the ground
21  facedown, what do you remember happening?
22      A    I was being punched and kicked.  I
23  remember --
24      Q    Do you know how many people were doing
25  that, how many officers were doing that?

245

1    A    I don't know the exact number. To me
2 it was just multitude of legs and feet.
3    Q    Fair to say you don't know whose feet
4 were delivering kicks and whose punches were
5 delivering blows. Is that fair?
6    A    I don't know who was doing what, but I
7 know, yes --
8    Q    Well, that's what I mean. You're
9 talking about one of these four or five officers
10 that had jumped on you.
11    A    At that point, at that point -- again,
12 it's a long process.
13    So again I got jumped on, brought to the
14 ground; and as I was laying on the ground, I was
15 being punched and kicked and stomped on. I was
16 also --
17    Q    By officers that you can't identify?
18    A    I'm on the ground.
19    Q    You can't --
20    MR. KOBIN:  Objection to form.
21 Objection to form.
22    Q    You can't identify the names of the
23 four officers, any of the four or five officers
24 that were involved as to who delivered what blows.
25 Is that fair?

246

1    A    At that point, correct, yes, sir.
2    Q    And how long was the punching and
3 kicking going on?
4    A    I don't know what time, how long it
5 was.
6    Q    Well, what did it take? Probably
7 seemed like an eternity to you.
8    A    Seemed like ten, fifteen minutes. I
9 don't know how long it was. Seemed like an
10 eternity.
11    Q    What's your best estimate now as to
12 how long that you were punched and kicked or how
13 many punches and kicks that were delivered to you?
14    A    Initially I say it was ten minutes,
15 but again I don't know if it was --
16    Q    When you say initially it was ten
17 minutes --
18    A    After it happened, to me in my mind I
19 said it was ten minutes, that they were beating me
20 up for ten minutes; but, again, I didn't get to
21 finish the rest of that. I'm sorry. If I could
22 finish it --
23    Q    Well, I'm going to let you finish the
24 whole story; but I'm saying while you were on the
25 ground being punched and kicked, it felt originally

247

1 like it was ten minutes. What's your best estimate
2 now after you had a time to reflect on it?
3    A    Maybe it was four minutes.
4    Q    And during those four minutes, would
5 you say that the kicks and the punches were
6 nonstop?
7    A    Yes.
8    Q    As do you know what parts of your body
9 were being kicked and punched?
10    A    Yes.
11    Q    Where do you remember being kicked?
12    A    The side, my sides or my rib cage
13 area.
14    Q    Both sides?
15    A    Yes.
16    Q    Right and left ribs?
17    A    All the way around, yes. I remember
18 the right more.
19    Q    What else? Right and left ribs. What
20 else?
21    A    Again, at one point my --
22    Q    I'm talking about kicks right now.
23    A    Kicks?
24    Q    Yes. Where were you kicked?
25    A    I was being kicked on my side of my

248

1 body and my shoulders.
2    Q    Both sides of your body and shoulders?
3    A    Correct.
4    Q    And when you say both sides of your
5 body, are you talking about your thighs and your
6 calves, your legs?
7    A    No, mostly -- no, mostly from my waist
8 up to my neck area.
9    Q    So the torso?
10    A    Yes, including shoulders.
11    Q    Both sides of the torso from basically
12 your waist area to the shoulders?
13    A    Correct.
14    Q    Is that the only place that you were
15 kicked?
16    A    I was -- there was a -- big bruises on
17 my foot, on my ankle, so I don't know if that was a
18 kick or not, but the main concentration was my
19 upper body.
20    Q    Do you recall where you were punched?
21    A    I was punched in my back, punched in
22 my face.
23    Q    Any other areas that you could
24 remember?
25    A    Well, like I said, Yurkovic was

249

1  standing on my back, but I didn't get to finish the
2  rest of the story.
3      Q    Well, I'm just asking you where you
4  were punched.  Have you given me all the areas that
5  you were punched?
6      A    Yes, sir.  Head, face.
7      Q    Do you remember that -- you say that
8  Yurkovic was on your back?
9      A    Yes.
10     Q    He was on your back with three or four
11  other officers when they took you to the ground,
12  right?
13     A    Brought me to the ground.  As they
14  were beating me --
15          I'm sorry, sir.  Go.  I apologize.
16     Q    That's correct right up to that point?
17     A    Yes.
18     Q    And you said you were being kicked and
19  punched for about four minutes?
20     A    Yes.
21     Q    Do you recall that while you were
22  being kicked and punched for these four minutes,
23  that Yurkovic was still lying on your back?
24     A    No.
25     Q    Okay.  Did there come a time when you

250

1  were lifted up?
2      A    Yes, sir.
3      Q    And how were you lifted up?
4      A    I was grabbed by my hair, grabbed by
5  my hair and my -- I guess my shoulder area.
6      Q    Is your hair shorter now than it was
7  then?
8      A    Yes.
9      Q    How long was your hair back then?
10     A    I mean obviously I had a lot more
11  hair.
12     Q    Would you agree nobody could grab your
13  hair right now?
14     A    Yeah.
15     Q    You would agree with that?
16     A    Yes.
17     Q    Your hair was longer back then?
18     A    Little longer.
19     Q    How much longer was it?
20     A    It was fuller, fuller, and maybe inch
21  longer.
22     Q    So they were able to grab an inch of
23  hair?
24     A    You can grab your hair like this if
25  you want (indicating).

231

1      Q    In any event, your one inch of hair is
2  what they were grabbing to lift you up?
3      A    Longer than this, I would say about an
4  inch longer than what I have now.
5      Q    What do you have now?
6      A    I don't know how long it is.  There's
7  not a whole lot.  I can tell you that much.
8      Q    We can see that, and it's -- you know,
9  if it's a half-inch long, that would be giving the
10  benefit of the doubt.
11          What I'm asking is you're basically saying
12  your hair was basically about an inch long at the
13  time of the incident?
14     A    Correct, sir, longer and thicker.  I
15  had a little more hair.
16     Q    Okay.  So they grabbed you by the
17  hair, and they also grabbed you how?
18     A    Basically I said they picked me up,
19  and they picked me up and --
20     Q    How did they do that?
21     A    Just grabbing me by my shoulders.
22     Q    Underneath your shoulders and your
23  armpits?
24     A    Yes, just grabbing.
25     Q    Was that one officer on either side of

252

1  you that did that?
2      A    Yes.  Oels was here (indicating).
3      Q    Oels was on your right side?
4      A    Yurkovic was the one that grabbed my
5  hair or grabbed my head lifting my head up because
6  he was in front of me.  Oels was here
7  (indicating) --
8      Q    So Yurkovic grabbed your hair from the
9  front?
10     A    Yes.  So now he was in front of me.
11     Q    Okay.  Oels was on your right.  Who
12  was on your left?
13     A    The officer which I believe later was
14  Abode -- Adobe -- Abode.
15     Q    And they then lifted you to your feet?
16     A    Not really to my feet, up to -- I was
17  at that point on my knees pretty much.
18     Q    Lifted you to the knees?
19     A    Yes.
20     Q    To a kneeling position?
21     A    Correct, kneeling.
22     Q    And then what happened?
23     A    At the same time, Yurkovic started
24  punching me in my face.
25     Q    While you were kneeling down?

253

```
 1      A    Yes, sir.
 2      Q    Handcuffed?
 3      A    Yes, sir.  As he was punching me in my
 4   face --
 5      Q    Where did he hit you in your face?
 6      A    My recollection was the face, the
 7   front of my face, the side and my nose area, my
 8   nose to my check.
 9      Q    Was he using his right fist to punch
10   you?
11      A    Yes, I believe it was his right fist.
12      Q    You're referring to the right side of
13   your face?
14      A    I'm trying to -- most of the punches
15   were to my nose area because I felt my nose
16   explode, just like blood started to rush out.
17      Q    Do you know what a jab means?  Do you
18   know what a punch called a jab is?
19      A    No, just a short punch.
20      Q    You don't know what a jab is,
21   straight-on punch, arm extended straight at you, as
22   compared to a roundhouse?
23      A    I guess just like that (indicating).
24      Q    So for the record, you're talking
25   about short punches?
```

254

```
 1      A    Correct.
 2      Q    Which were -- basically the fist was
 3   moving approximately a foot from where he would
 4   release the punch until where it hit you?
 5      A    Correct.  They were close.  He had me
 6   up, and he just started punching me in the face.
 7      Q    Was he holding your hair while he was
 8   punching you in the face?
 9      A    Yes, he was pulling my hair and hit my
10   head back.
11      Q    Do you know what hand was holding your
12   hair?
13      A    I don't remember.
14      Q    Do you know what hand was punching
15   you?
16      A    I want to say it was his right hand.
17      Q    So therefore his left hand would have
18   been holding your hair?
19      A    Correct.
20      Q    And the other officers were watching
21   this as it was going on?
22      A    Yes.  While --
23      Q    How many times did he punch you in the
24   face?
25      A    Three, four times.
```

255

```
 1      Q    And you believe that these landed on
 2   your nose as well as the right side of your cheek?
 3      A    The right cheek area, pretty much
 4   here, mostly in my nose area (indicating).
 5      Q    But just so the record is clear,
 6   you're saying the nose as well as the right side
 7   under your right eye.
 8      A    I don't remember which side, but it
 9   was my nose.  That's the big thing I remember
10   because all I remember is I felt my nose gush out
11   with blood, and literally I felt I went black for a
12   quick second, but I really didn't pass out.  I
13   just -- so that's the -- most of it was my nose.
14      Q    And your best recollection, there was
15   three punches delivered to that area?
16      A    Three to four punches, a couple.
17   Again, to me it seemed like there was more.  Again,
18   I wasn't counting, but a real amount, probably
19   three to four.
20      Q    Three to four punches.  Was anyone
21   holding you, other than Yurkovic holding your hair,
22   when these punches were delivered to your nose?
23      A    Yes, sir.  I was being held again by
24   the two other officers; and they were also kicking
25   me, kneeing me in my -- I believe Oels, he was on
```

256

```
 1   my right.  He was kneeing me in my rib area, and
 2   the other guy -- I guess they were punching me in
 3   my back or -- on top of my back, I should say, or
 4   behind my back.
 5      Q    And you believe that both officers who
 6   were holding you, Abode and Oels, were kneeing you
 7   in the rib area and also punching you in the back?
 8      A    Yes, sir.
 9      Q    And how long would you say that you
10   were in this position, in that kneeling position
11   receiving these variety of punches and knees and --
12      A    I'd say that whole incident of
13   getting beat up, like I said originally, was
14   probably five minutes, five to six minutes in
15   total.  That's why I said originally -- that's why
16   I thought you meant from beginning to end,
17   approximately five to six minutes in total from
18   when they first cuffed me until that point.
19           Like I said, it's hard for me to give you
20   time because for me I have no perception of time.
21   It just seemed like it never ended.
22      Q    If the first part of the punching and
23   kicking when you were lying down was four minutes,
24   then this is another one to two minutes?
25      A    Correct, two minutes, three minutes
```

257

1  after that, correct.
2      Q    Two to three minutes?
3      A    Yes.
4      Q    Now, were you saying anything while
5  you were being beaten like this?
6      A    Yes. I was just yelling in pain.
7      Q    What were you saying?
8      A    Just yelling in pain, you know,
9  "Please stop. Please stop," and that was it.
10     Q    Did you ever ascertain whether or not
11 your wife was able to get close enough to see what
12 was going on?
13     A    When I stood up, she was standing, so
14 I don't know -- again, I was being beat up; but
15 when I did stand up, she was standing there with my
16 other friends.
17     Q    Did you ever ascertain whether or not
18 your wife was close enough to see what was going
19 on?
20     A    To be honest with you --
21          MR. KOBIN: Objection to the form of
22 the question.
23     Q    I'm going to ask it again. Did you
24 ever ascertain yourself whether or not your wife
25 was close enough to see what was going on?

258

1          MR. KOBIN: Okay. I'm going to object
2  to the form of the question.
3          MR. CONNELL: Your objection is noted.
4          MR. KOBIN: Thank you.
5          MR. CONNELL: You don't have to say
6  anything for --
7          MR. KOBIN: Just slow down. You may
8  answer the question.
9  BY MR. CONNELL:
10     Q    Did you ever ascertain that your wife
11 was close enough to see what was going on?
12     A    You mean after the fact?
13     Q    Up to the present time.
14     A    Up to the present time, yes.
15     Q    So you talked to her about it?
16     A    Yes. We never really spoke about it,
17 never sat down and had a conversation.
18     Q    Did you ever ask her if she saw you
19 being beat --
20     A    She did see me.
21     Q    Did you ask her, "Did you see what
22 happened?" Did you ask her the question?
23     A    Yes. She did see me.
24     Q    Did she tell you what she saw?
25     A    I never really got into conversations

259

1  with her, deep conversations.
2      Q    Whether they were deep or otherwise,
3  when you saw your wife was close-by, you're being
4  beaten for five to six minutes, did you ever ask
5  your wife, "Did you see what was going on? Did you
6  see what happened?"
7      A    No, never really sat down and have a
8  conversation about it.
9      Q    So you don't know whether or not she's
10 a witness to the actual beating yet?
11     A    Again --
12     Q    Your wife?
13     A    Again, when I stood up, my wife was
14 standing there.
15     Q    I understand that. You said she was
16 standing there. What I'm asking you is did you
17 ever have a conversation with her to ask her
18 whether or not she would be able to testify about
19 the fact that she saw the actual beating that was
20 going on for five to six minutes?
21     A    Of course she did see it. That's why
22 she's here. She's not here for --
23     Q    But you never talked to her about it?
24     A    We have never had a conversation about
25 it. It's not something you really want to talk

260

1  about. It's a bad memory. It's not like it's a
2  party, a festival, a wedding.
3      Q    Did you ever talk to any of your other
4  friends at any time up to the present time whether
5  or not they were an actual witness to the beating?
6      A    Yes.
7      Q    And who did you talk to?
8      A    Mohamed Farzaie.
9      Q    Is there anybody that you didn't talk
10 to, let me put it that way, out of that group of
11 seven guys that was with you?
12          MR. KOBIN: Just one second.
13 Objection to the form of the question.
14          MR. CONNELL: I'll withdraw the prior
15 questions.
16     Q    Did you talk to any of the seven
17 members of your group --
18     A    What do you mean by "talk"?
19     Q    -- not --
20     A    What do you mean by "talk"?
21     Q    Did you discuss the incident?
22     A    We just talked what happened, this,
23 that, that, or "What's your opinion? What's
24 your views?"
25     Q    Did you ask them whether they were a

**261**

1  witness to the beating?

2     A    Yes.  Yes, sir.

3     Q    And did you ask that to each one of

4  them?

5     A    Yes, sir.

6     Q    And did each one of them say "Yes"?

7     A    Yes, sir.

8     Q    Did any of them tell you what they

9  saw?

10     A    Yes, sir.

11     Q    Did you talk to them all in a group or

12  did you talk to them separately?

13           MR. KOBIN:  Objection to form.  Go

14  ahead.

15     Q    Did you talk to them in a group or

16  separately?

17     A    I don't recall.

18     Q    Well, when did you talk to -- you

19  don't remember whether or not you talked to them

20  all together or whether or not you talked to them

21  individually?

22     A    I do not remember, no.

23     Q    Do you remember whether or not anybody

24  was with you when you talked to these seven male

25  friends of yours?

**262**

1           MR. KOBIN:  Objection to form.

2      You can answer the question, but --

3     A    Like I said, I'm just talking among

4  ourselves, so I don't recall if it was in a group.

5     Q    Well, when I say "anybody was with

6  you," what I meant, was there an investigator

7  present?  Was there a lawyer present?

8      Was anyone else present other than you and

9  the people that you were talking to --

10     A    No.

11     Q    -- amongst yourselves?

12     A    No.

13     Q    And you say you were amongst

14  yourselves.  Were you at some sort of a gathering,

15  a party?  Did you get together for the purpose of

16  speaking about this?  How was it that you got

17  together?

18     A    Well, again, some of them are my

19  family and the rest of them are co-workers, so I

20  pretty much see them almost every day.

21           MR. STONE:  Billy, let me ask one

22  question.

23      You indicated that no one was with you when

24  you had these discussions when you were amongst

25  yourselves.  Well, when you weren't just amongst

**263**

1  yourselves, did you ever have a conversation with

2  either an investigator or an attorney present with

3  any of these people who say they saw what occurred

4  during the beatings?

5           THE WITNESS:  Did I personally have

6  with them?

7           MR. STONE:  With them or with an

8  investigator or attorney present.

9           THE WITNESS:  No.  They sat down with

10  an investigator --

11           MR. STONE:  You weren't there, so you

12  can't tell us what happened.  Were you ever there

13  when there was any discussion with the people that

14  you say witnessed the beatings and an attorney or

15  an investigator?  Were you ever present during that

16  time?

17           THE WITNESS:  Was I present there?

18  Yes.

19           MR. CONNELL:  We'll get back into each

20  one of these individually.

21  BY MR. CONNELL:

22     Q    Before we start talking about these

23  witnesses again, from the point that this beating

24  stopped after five to six minutes, what happened

25  next after this beating stopped and you're on your

**264**

1  knees?

2     A    At that point they again brought me

3  back -- jumped on me again, had me on the floor.

4     Q    So then they jumped on you after you

5  were on your knees and forced you back down to the

6  ground?

7     A    Back to the ground again.

8      At that time, they put another set of cuffs,

9  picked me up from my forearm behind me, grabbed my

10  two arms cuffed behind me and lifted me up like

11  that and took me into the car and then --

12     Q    So then after this two- to

13  three-minute beating while you were kneeling, they

14  then jumped on you again, forced you to the ground

15  and continued to kick and punch you?

16     A    Yes, sir.

17     Q    And how long did this take place?

18     A    The whole incident again, sir, was

19  five to six minutes.  That's what I'm trying to

20  explain.  Five to six minutes was the whole

21  incident.  That's what I kept trying to explain,

22  but you're misunderstanding me.

23     Q    How long did the last portion where

24  you were kneeling up, you had received your

25  beating, from the point that they jumped on you

265

1  again, forced you to the ground and began to punch
2  and kick you, how long did they do that?
3      A    The first incident was about --
4      Q    I'm not asking you about the first
5  incident.
6          MR. KOBIN:  Objection.
7      A    The whole thing is five, six minutes.
8          MR. KOBIN:  He's going to answer the
9  questions the way he wants to answer your
10  questions, sir, and that's it.  Don't interrupt him
11  again.
12          Answer the question.
13          MR. CONNELL:  Don't raise your voice
14  to me or we're going to have a problem.
15          MR. KOBIN:  I'll tell you what,
16  Mr. Connell.  We have a problem because you won't
17  let the witness answer the questions --
18          MR. CONNELL:  I asked him --
19          MR. KOBIN:  If he wants to go through
20  a process to get there, he's allowed to.
21          MR. CONNELL:  No, he's not.
22          MR. KOBIN:  He is.  He's allowed to.
23  So your idea of how people are allowed to answer
24  questions in incorrect.  They can answer them as
25  they understand them and they can get to the

266

1  information that you're seeking the way they want
2  to get there, and that's --
3          MR. CONNELL:  You have your position.
4  He's to answer the questions that we've got, but
5  I'm going to allow Mr. Kobin to have his way.
6  BY MR. CONNELL:
7      Q    The first time that you were there, he
8  choked you around the neck, came around you --
9  Yurkovic choked you around the neck, brought his
10  arm around, your left arm around.  You were then
11  jumped on by the officers after your right wrist
12  was cuffed.  You were then forced down onto the
13  ground.  Then you were punched and beaten, correct?
14      A    Um-hum.
15          MS. O'CONNOR:  Yes?
16      Q    Is that a "Yes"?
17      A    Yes.
18      Q    How long did that happen?
19      A    Two to three minutes.  Again, all due
20  respect, you're asking me time.  I didn't have
21  perception of time.
22      Q    Well, none of us were there.  We can't
23  ask anybody else.
24      A    Again, I don't know if it's ten
25  minutes or one minute.

267

1      Q    That's why we're going through this
2  process, to see if you can have a better
3  understanding of your initial estimate of the ten
4  minutes.
5          Two to three minutes was the first time that
6  they jumped on you and forced you to the ground,
7  punched and kicked you innumerable times and you
8  can't tell us what was going on; and then they
9  pulled you onto your knees, correct?
10      A    Yes, sir.
11      Q    And then they began to knee you into
12  your ribs and to punch you.  Yurkovic also grabbed
13  you by the hair and started punching you in the
14  face.  How long did that take?
15      A    A minute and thirty seconds.
16      Q    So one and a half minutes, right?
17      A    Yeah.
18      Q    Okay.  Then they jumped on you again,
19  forced you back down to the -- onto the ground, and
20  they were then kicking and punching you again.  At
21  that point they also put an additional set of cuffs
22  on you, correct?
23      A    Correct, sir.
24      Q    And how long did that last?
25      A    About a minute to two minutes also.

268

1      Q    And then they picked you up with two
2  sets of cuffs on, one officer again on either side
3  of you picking you up under your armpits, and they
4  brought you to your feet at this point?
5      A    Yes, sir.
6      Q    And what did they do with you?
7      A    Walked me to the car.  As they were
8  walking me to the car, as they were picking me up,
9  I noticed my phone was on the floor.  I asked the
10  officer, "My phone, my phone, please get me my
11  phone," and he said, "Don't worry about it."
12          Again, to my left was my wife, Zizo -- the
13  other guys in my party.  As they were walking me to
14  the car, I said to them, "Take a picture.  Take a
15  picture," meaning take a picture because, you know,
16  I'm here, I'm getting beat up, so I don't know what
17  the next step -- what are they going to do to me,
18  take me, throw me in the river or what they're
19  going to do to me and when they would let me out,
20  so --
21      Q    During this --
22      A    -- as they were walking to the car.
23      Q    During this six and a half minutes
24  that you've described here, did you ever tell
25  anybody while you were being beaten for anybody to

269

1   take a picture?
2      A   No, sir.
3      Q   Did any of your friends have cell
4   phones?
5      A   Yes, sir.
6      Q   Do they all have cell phones?
7      A   Most part, yes.
8      Q   And did any of them take any pictures
9   while this beating was going on?
10     A   No, I don't believe so.
11     Q   But after it's all over, you're being
12  walked to the car, you wanted them to take a
13  picture of you because you were afraid of them
14  throwing you in the river, right?
15     A   Yes, because they were taking me to
16  the car. I said to them, "Take a picture."
17     Q   Take a picture of you. That's what
18  you meant?
19     A   Yes.
20     Q   In handcuffs?
21     A   Yes, standing by the police car.
22     Q   Did you ever ask any of these
23  individuals who were watching this thing going on
24  for six minutes or so, did you ever ask any of them
25  whether or not any of them had taken any pictures

270

1   with their cell phones while this beating was going
2   on over a course of six minutes?
3      A   Nobody ever thought of it. They were
4   all awed by the situation.
5      Q   So you did ask the question, and that
6   was their response?
7      A   Correct.
8      Q   Up to the present time, you have never
9   been advised of anybody in the public who may have
10  been in this area who had taken pictures of what
11  was going on?
12     A   Correct.
13     Q   Is that right?
14     A   Yep.
15     Q   And do you recall as you were being
16  beaten whether or not there were a lot of people
17  around, other than the seven people in your group,
18  seven, eight people in the group, including your
19  wife and her friends?
20     A   There was people in the area. Again,
21  I'm not paying attention who is where. Again,
22  people walk up and down.
23     Q   Right. Can you estimate approximately
24  how many people may have been in that area? Are we
25  talking about a couple hundred people in the area?

271

1      A   I wouldn't say that much; but again, I
2   can't give you an estimate. I don't think it
3   was --
4      Q   More than 50?
5      A   It wasn't a crowd. Again, I don't
6   know.
7      Q   Do you have any witnesses that you
8   intend to produce at trial who are not members of
9   your group that was partying that night?
10     A   Nope, unless my lawyer has somebody;
11  but me personally, I'm not sure of anybody.
12     Q   You haven't advised your lawyer of any
13  witness that has come up to you or any member of
14  your family that was not among your group that was
15  partying. Is that fair to say?
16     A   Well, you have Pamela; but we also
17  have Lindsay. We were trying to use her.
18     Q   Do you know if either one of them were
19  witnesses to the fight?
20     A   Yes.
21     Q   How do you know that?
22     A   They said that they saw it.
23     Q   Who said?
24     A   Lindsay.
25     Q   What did Lindsay say and to whom?

272

1      A   Lindsay was saying it to Romain. Also
2   we found out from other people that Pamela; and
3   they were also saying stuff when they were going
4   out to bars, clubs, boasting about it, about what
5   happened that night.
6      Q   But that's --
7      A   That's hearsay.
8      Q   That's not what I'm asking. I'm
9   asking whether or not -- did Lindsay ever say to
10  you or any member of your group that she saw the
11  actual fight going on?
12     A   The actual fight?
13     Q   Yes, that's my question, the beating.
14     A   I don't know about the physical
15  beating, no. I don't know. She saw the incident,
16  but she --
17     Q   Well, the incident, does that include
18  the beating?
19     A   The incident when they started up and
20  she was far away, but they did see that there was a
21  confrontation going on.
22     Q   That's what I'm getting at. Obviously
23  she was around at the time that you had the
24  conversation, Romain was talking to her at the
25  Shell Station. What I'm asking you is did any

**273**

1  friends of yours or any investigator that you may
2  have been with ever indicate to you that Lindsay
3  saw the actual beating take place?
4      A    I don't know if it was the actual
5  beating. Again, I'd have to -- I'd have to see
6  what she had said.
7      Q    So you don't know if she saw the
8  beating as you sit here today?
9      A    Correct. I don't recall, not I don't
10  know.
11      Q    You were then taken and placed in the
12  Yurkovic patrol car?
13      A    Yes, sir.
14      Q    And you were then transported to
15  headquarters?
16      A    Yes, sir.
17      Q    And was Yurkovic and Oels both in that
18  car?
19      A    Yes, sir.
20      Q    Do you know whether or not any other
21  officers escorted you into headquarters?
22      A    No.
23      Q    Just those two?
24      A    Yes, sir.
25      Q    And do you remember where you were

**274**

1  brought, into what kind of a room you were brought?
2      A    They pulled into some type of garage.
3  It opened up. They went in. The garage closed,
4  and they brought me into a -- it was like a -- I
5  want to say it was an open room.
6      Q    I'm going to call it a processing
7  room. Is that a room where there was a bench and
8  the officer would be able to fill out reports by
9  asking you questions?
10      A    Correct.
11      Q    Are you comfortable with us calling it
12  a processing room?
13      A    Sure.
14      Q    And were you brought to a bench and
15  sat on a bench?
16      A    I remember sitting on a chair. To my
17  recollection it was a chair.
18      Q    And was there any pole near that chair
19  that was affixed to the ground?
20      A    There was a post, yes.
21      Q    A post?
22      A    Yes.
23      Q    And do you remember what was done with
24  the handcuffs?
25      A    It was kept behind my back for awhile;

**275**

1  and then I kept complaining about it being tight
2  and hurting me, so then they cuffed me to the post.
3  My recollection the post was in front of me.
4      Q    So you remember having two sets of
5  cuffs on you at this point, right?
6      A    Yes, sir.
7      Q    When you were seated in the chair?
8      A    Correct.
9      Q    And that's when you said that the
10  cuffs were bothering you?
11      A    Yes.
12      Q    And the officers took the cuffs off
13  and cuffed you to that post?
14      A    Yes.
15      Q    And who was that that removed the
16  cuffs and cuffed you to the post?
17      A    I don't recall if it was Yurkovic.
18  I believe it was Oels because Yurkovic was
19  standing next to me, so I believe it was Oels.
20      Q    Do you remember a set being taken off
21  and not being cuffed to the pole, because you
22  talked about having two sets of cuffs?
23      Did they cuff two sets of cuffs to the pole
24  or one?
25      A    I believe it was one set.

**276**

1      Q    Do you know what happened to the other
2  set?
3      A    No.
4      Q    Was only one hand cuffed to the pole?
5      A    No, sir, two hands were cuffed, but
6  one set. When I say "set," it's two --
7      Q    Now, when they took your cuff off, you
8  said that they cuffed you to a pole?
9      A    Yes.
10      Q    That would mean that one cuff would be
11  affixed to the pole, right?
12      A    Yeah, that would.
13      Q    And one cuff was still on your wrist?
14      A    I remember I was cuffed to the pole
15  (indicating).
16      Q    You're indicating with your two hands
17  in front of you cuffed to the pole?
18      A    Correct.
19      Q    Do you know whether or not both hands
20  were still handcuffed when you were also handcuffed
21  to the pole?
22      A    They cuffed both my hands to the pole.
23      Q    Do you know how that was done?
24      A    I don't recall.
25      Q    Well, did you have two sets of cuffs

277

1 then on the pole, one cuff on the right wrist, the
2 other cuff with respect to that set was on the
3 pole, one cuff on your left wrist with the other
4 cuff on that set of cuffs also on the pole?
5    A    I do not recall. All I remember is
6 both hands were cuffed to the pole. That's my
7 recollection.
8    Q    You were then asked various questions
9 about your pedigree, date of birth, address, that
10 kind of stuff?
11    A    Yes, citizen, no citizen.
12    Q    Were you asked if you were injured?
13    A    Nope.
14    Q    Did you see any other officer come
15 into the processing room other than Oels and
16 Yurkovic?
17    A    There was one or two officers not in
18 uniform. It was like open. It wasn't an enclosed
19 room, so there was people walking around.
20    One officer was to my left sort of diagonal
21 from me. He was laughing, saying, "Oh, you're an
22 idiot. Look what you did to yourself," this, that,
23 that. There was one or two black officers again on
24 the right, again stating, "You're lucky we weren't
25 there. If we were there, we would have fed you up

278

1 more."
2    Q    There were two black officers that
3 said that?
4    A    And that's it; and both were going and
5 coming because it was an open room, and everybody
6 laughed and whispered and stuff like that.
7    Q    By the way, during that entire
8 struggle that was at the scene --
9    MR. KOBIN: Objection to the form.
10    MR. CONNELL: To the word "struggle"?
11    Q    With respect to the entire
12 altercation, whatever we want to call it, where the
13 officers were in contact with you, did you ever
14 attempt to grab at Officer Yurkovic's firearm?
15    A    No, sir. I was cuffed, so I couldn't.
16    Q    So you were cuffed almost immediately
17 from the time that this six-minute interval
18 occurred?
19    A    Correct, sir.
20    Q    And all punches and kicks were
21 delivered after you were cuffed, correct?
22    A    Correct, sir.
23    Q    And while you were cuffed, you didn't
24 seek to get control of any officer's gun. Is that
25 right?

279

1    A    I was on the floor, sir, so correct.
2    Q    While you were in headquarters, do you
3 remember any superior officer coming up to you?
4    A    Yurkovic and Oels, they were going
5 back and forth on the right corner towards the
6 back. It's sort of like a hallway and comes
7 around. There was a gentleman that came that I
8 found out later was Sergeant Oels. At that point,
9 Yurkovic and Oels ran up to him and they were
10 having a conversation back and forth in the corner.
11    Q    So you're saying Yurkovic and Oels ran
12 up to the sergeant?
13    A    Walked up. I don't know if he
14 physically ran, but what I mean by -- walked up.
15 They went and approached him.
16    Q    Did you hear what they were saying?
17    A    No, I could not hear. Sergeant
18 Oels --
19    MR. STONE: Billy, can I ask one
20 question? I want to fill one thing in.
21    From when you were lifted up and walked
22 towards the patrol car to when you were actually
23 brought to the processing room, there were no more
24 strikes or blows or anything that occurred between
25 you and the officers, correct?

280

1    THE WITNESS: Correct.
2    MR. STONE: I'm sorry. Go ahead.
3 BY MR. CONNELL:
4    Q    In fact, the -- the entire time that
5 you were in custody, even when you were in the
6 hospital, you were never struck again. Isn't that
7 right?
8    A    Correct, sir.
9    Q    After the conversation between
10 Yurkovic and Oels and the sergeant -- and Sergeant
11 Oels, what next happened?
12    A    Oels, the police officer, not the
13 sergeant, came. Yurkovic and Sergeant Oels were
14 talking. I saw him like, you know, shaking his
15 head, looked like they were discussing something.
16    In the interim, I had asked them -- I was in
17 deep pain -- if he would help me out because I'm
18 bleeding.
19    Q    Who did you ask?
20    A    I don't remember which officer it was.
21    Q    One of the these two though, Yurkovic
22 or Oels?
23    A    One of the officers there.
24    Q    It was either these two though,
25 Yurkovic or Oels, that you asked for medical

Deposition of BASSEM KANDIL, taken on September 24, 2008
Page 281 to 284 of 286
Case 2:06-cv-04701-DMC-MF Document 90-13 Filed 01/07/10 Page 23 of 49 PageID: 1813

**281**

1  attention?
2      A      Yes.
3      Q      And what did they say to you when you
4  asked for it?
5      A      EMT came a little bit after that, so
6  they sent me to the EMT.
7      Q      Did you hear one of theme calling for
8  an EMT?
9      A      I don't recall.  All I knew --
10      Q      How long after you asked for the
11  medical attention did the EMT arrive?
12      A      I'd say it was probably a good ten
13  minutes.
14      Q      Okay.  And what did the EMT do?
15      A      She came.  She started to wash me
16  like, you know, look at me with like that peroxide
17  and stuff like that; and then she said, "You look
18  like you're seriously hurt.  We should take you to
19  the hospital."
20          While she was cleaning my -- was that after?
21  At some point, again I don't recall if the EMT was
22  there first or Sergeant Oels had approached me
23  first, but he came up to me saying, "You're in big
24  trouble.  You're going to jail."  My response to
25  him was, "For what?" because, again, I'm arrested,

**282**

1  I don't know why I'm in there for.  He said, "You
2  tried taking their gun."
3          He said something else to me, and then my
4  response was -- to him was, "Sergeant, all due
5  respect, you heard their side of the story.  Aren't
6  you going to listen to me?"
7          At that point he said something to the
8  effect of "Shut the fuck up.  I'm not going to
9  believe you over my men."
10          I responded to him again, "This is like a
11  Mafia here," and they all pretty much shook their
12  head and said, "Yeah."
13          The EMT was also cleaning me -- would you
14  like me to continue or stop?
15      Q      Keep going.
16      A      The EMT at that point was cleaning me
17  up.  She had mentioned that, you know, "I believe
18  you have to go to the hospital," this and that; and
19  I said, "Go tell them.  Tell the sergeant."
20          She went and said something to him.  He came
21  running over or walking over to me, but -- you
22  know, seemed a little aggravated and said something
23  to the effect, "Don't waste time.  You're going to
24  jail no matter what.  Be a man.  Don't be a pussy.
25  You're going to jail means you're going to jail."

**283**

1          My response with him was, "I'm dying," you
2  know, "I'm dying" -- not literally dying, but I
3  felt -- my whole body is aching me.  I'm bleeding.
4  I'm achy and also in shock.
5          At that point, his response was -- I don't
6  know if the EMT said something to him, but back and
7  forth -- his response was, "If you want to go, I'm
8  going to double your bail, but stop delaying; and
9  we're going to go baby-sit you anyway, so you might
10  as well go to jail," and I said, "Sergeant, I'm
11  dying, I need to go."
12      Q      You would agree that the statement of
13  "I'm dying" was a gross exaggeration, wouldn't you?
14      A      Yes, sir.
15      Q      Were you trying to impress upon him
16  that you really wanted to go to the hospital?
17      A      Exactly.  At that point --
18      Q      Anything else in this story that you
19  grossly exaggerated other than that statement?
20      A      No, sir.  That's what I said to him,
21  "dying," the word "dying."
22      Q      And that's the only thing in this
23  story from the time that Yurkovic came up that you
24  have exaggerated?
25      A      Correct, sir.

**284**

1          MR. KOBIN:  Objection to the form.
2      A      At that point he walked away, came
3  back, I don't know, a little bit after that and
4  said, "Fine.  Let's go, and we're taking you.
5  We're going to baby-sit you," so.
6      Q      And then was that same EMT taking you
7  to the hospital or was there another ambulance
8  called?
9      A      Same car, same ambulance.
10      Q      Do you recall whether Officer Oels
11  rode in the ambulance with you?
12      A      Yes, sir.
13      Q      And he was the only officer in the
14  ambulance with you?
15      A      Yes, me and Oels.
16      Q      And did you know that there was a
17  patrol car following?
18      A      I don't recall.
19      Q      All you know is once you got there --
20      A      Sergeant Oels was --
21      Q      -- Yurkovic was in the area and
22  Sergeant Oels was there, correct?
23      A      Correct.
24      Q      And then all this stuff happened with
25  Sammy?

285

1        A       And we went inside the hospital.  They
2    snuck me in the back door, took me to the room and
3    so forth.
4        Q       How was your conduct in the hospital?
5    Did you give any of the nurses a hard time?
6        A       No.
7        Q       Did you give any of the doctors a hard
8    time?
9        A       No.
10               MR. CONNELL:  It's a good time to
11   break.
12               (A diagram drawn by Bassem Kandil is
13           received and marked P-4 for identification by
14           the reporter.)
15               (Whereupon the deposition is
16           adjourned.)
17
18
19
20
21
22
23
24
25

286

1                C E R T I F I C A T E
2
3            I, CATHY MC MAHON, a Certified Court
4        Reporter and Notary Public of the State of New
5        Jersey {Certificate No. XI01128}, certify that
6        the foregoing is a true and accurate
7        transcript of the deposition of BASSEM KANDIL,
8        who was first duly sworn by me at the place
9        and on the date hereinbefore set forth.
10           I further certify that I am neither
11   attorney nor counsel for, nor related to or
12   employed by, any of the parties to the action
13   in which this deposition was taken and
14   further that I am not a relative or employee
15   of any attorney or counsel employed in this
16   case, nor am I financially interested in the
17   action.
18
19
20   _____
21   A NOTARY PUBLIC OF THE STATE OF NEW JERSEY
22
23
24
25

| $ | | 7 | | |
|---|---|---|---|---|
| | 49:6, 49:18, 50:12, 91:10, 94:2, 111:7, 129:1, 131:1, 131:11, 133:15 | | acted [1] - 125:23 | aid [1] - 72:9 |

**$**

**$200** [3] - 214:22, 215:19, 219:13

**$40,000** [1] - 41:1

**'**

**'02** [1] - 10:21
**'03** [1] - 19:6
**'04** [9] - 9:23, 10:4, 12:14, 19:6, 46:6, 47:3, 49:18, 94:2, 133:15
**'05** [1] - 19:6
**'06** [1] - 20:4
**'07** [13] - 14:10, 14:13, 21:10, 22:18, 23:8, 27:24, 27:25, 28:1, 34:13, 37:17, 37:22, 38:7
**'46** [1] - 61:1
**'87** [1] - 43:12
**'89** [1] - 43:13
**'93** [1] - 15:17
**'97** [5] - 14:10, 14:15, 14:16, 15:13, 16:21
**'98** [8] - 14:14, 14:16, 16:16, 17:19, 17:20, 17:22, 17:24, 18:17
**'What** [1] - 72:2

**0**

**06CV4701** [1] - 1:3
**07657** [1] - 1:27
**08822** [2] - 4:2, 41:25

**1**

**1** [1] - 1:8
**1-10** [3] - 1:16, 1:16
**10** [1] - 31:6
**100** [1] - 79:22
**10:05** [1] - 2:9
**10:30** [4] - 99:7, 111:13, 120:2, 120:12
**10:35** [1] - 91:21
**122** [1] - 64:13
**15th** [1] - 176:8
**17** [1] - 23:21
**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** [1] - 7:9
**186** [1] - 3:14
**190** [1] - 3:16
**1975** [1] - 7:7
**1997** [1] - 14:11
**1:15** [2] - 174:14, 174:15
**1:45** [2] - 174:15, 174:22
**1st** [12] - 46:6, 47:3,

**2**

**2** [3] - 4:1, 9:23, 42:15
**20** [3] - 2:7, 174:20, 209:4
**200** [1] - 141:14
**2002** [4] - 10:20, 17:24, 18:18, 176:8
**2003** [2] - 19:2, 42:2
**2004** [10] - 9:19, 11:23, 91:10, 111:7, 129:1, 131:1, 131:11, 172:12, 172:17, 172:18
**2008** [4] - 1:20, 2:8, 40:3, 40:5
**201** [1] - 1:28
**24** [2] - 1:20, 2:8
**242** [1] - 1:3
**25** [1] - 174:20
**285** [1] - 3:19
**287** [3] - 134:18, 142:20, 161:1, 161:3, 179:12
**28th** [2] - 11:20, 11:23
**2:15** [2] - 174:25, 175:2
**2:30** [3] - 49:25, 94:3, 185:5
**2nd** [1] - 50:13

**3**

**300** [2] - 8:5, 216:12
**30th** [1] - 111:6
**32** [1] - 60:24
**33** [2] - 60:24

**4**

**4** [1] - 3:8
**45** [1] - 211:25

**5**

**5** [3] - 7:16, 9:2, 9:9
**5/29** [1] - 7:7
**50** [1] - 271:4
**5:30** [1] - 49:22

**6**

**612** [1] - 1:27
**67** [1] - 41:24

**7**

**7/15/04** [1] - 10:18
**72** [2] - 64:16, 64:20
**78** [1] - 64:13

**9**

**9** [3] - 9:15, 98:17, 98:24
**9/11** [1] - 86:8
**9/8/07** [1] - 30:18
**941-1550** [1] - 1:28
**98.4** [1] - 64:22
**99** [1] - 86:7
**9:30** [3] - 98:10, 99:19

**A**

**A-B-O-U-L-A-T-T-A** [2] - 60:16, 95:10
**A-Z-I-Z** [1] - 95:9
**a.m** [2] - 2:9, 94:3
**ABC** [1] - 1:16
**Abdel** [6] - 95:5, 95:8, 95:10, 97:13, 139:7
**ABDEL** [2] - 95:5, 95:9
**Abdels** [1] - 95:11
**Aberdeen** [1] - 9:15
**abide** [1] - 176:25
**ability** [1] - 83:23
**able** [10] - 19:13, 70:15, 164:18, 166:19, 218:5, 233:7, 250:22, 257:11, 259:18, 274:8
**Abode** [7] - 2:19, 4:10, 236:15, 236:17, 252:14, 256:6
**ABODE** [2] - 1:10, 236:15
**Aboulatta** [17] - 60:14, 67:14, 69:2, 71:13, 71:15, 71:17, 71:25, 72:1, 73:2, 73:14, 73:19, 77:20, 79:10, 79:13, 95:5, 95:6, 95:10
**ABOULATTA** [1] - 60:16
**access** [1] - 225:24
**accomplish** [1] - 174:4
**accomplished** [1] - 237:14
**accurate** [1] - 286:6
**aching** [1] - 283:3
**achy** [1] - 283:4
**acknowledge** [2] - 33:18, 187:18
**acknowledged** [3] - 29:19, 30:12, 235:2

**action** [3] - 127:16, 286:12, 286:17
**actions** [2] - 123:16, 127:4
**actual** [12] - 11:16, 11:20, 22:19, 99:7, 174:17, 259:10, 259:19, 260:5, 272:11, 272:12, 273:3, 273:4
**ad** [2] - 28:16, 28:20
**added** [3] - 30:9, 85:5, 139:25
**addition** [2] - 55:16, 225:19
**additional** [2] - 231:13, 267:21
**address** [13] - 7:14, 8:1, 8:22, 8:24, 9:8, 9:19, 9:23, 31:18, 41:23, 42:14, 81:18, 92:1, 277:9
**addresses** [1] - 7:13
**adjacent** [1] - 243:19
**adjourned** [1] - 285:16
**Adobe** [2] - 236:14, 252:14
**advised** [4] - 72:6, 93:16, 270:9, 271:12
**affect** [1] - 33:21
**affixed** [2] - 274:19, 276:11
**afraid** [8] - 54:16, 81:8, 81:10, 81:12, 82:9, 82:10, 84:9, 269:13
**Afternoon** [1] - 174:14
**age** [4] - 7:20, 10:14, 10:16, 175:23
**aggravated** [1] - 282:22
**ago** [1] - 40:12
**agree** [21] - 30:12, 30:17, 34:15, 59:2, 82:21, 82:25, 83:2, 83:6, 135:21, 144:1, 177:14, 177:22, 182:9, 191:7, 191:10, 191:16, 209:6, 223:22, 250:12, 250:15, 283:12
**agreed** [9] - 30:13, 36:6, 82:23, 82:25, 177:11, 177:13, 177:18, 177:25, 178:10
**agreeing** [1] - 200:20
**agreement** [4] - 33:11, 34:19, 35:3, 178:11
**ahead** [10] - 16:11, 58:6, 89:21, 95:3, 120:9, 159:18, 187:11, 203:12, 261:14, 280:2

**aid** [1] - 72:9
**airport** [1] - 157:2
**Aktar** [10] - 129:10, 129:11, 129:13, 129:14, 130:2, 130:11, 131:10, 139:10, 139:11, 139:18
**AKTAR** [1] - 129:14
**alarmed** [2] - 157:20, 158:1
**Alcohol** [1] - 111:23
**alcohol** [21] - 103:17, 104:8, 104:11, 106:1, 106:6, 106:13, 106:23, 106:25, 107:3, 107:14, 107:18, 108:3, 108:10, 108:17, 111:15, 111:18, 111:24, 112:2, 112:5, 112:7, 112:12
**alcoholic** [4] - 103:20, 109:6, 109:12, 110:3
**allegation** [5] - 28:5, 30:3, 56:6, 89:18, 127:15
**allege** [2] - 90:2, 125:9
**alleged** [3] - 88:18, 124:8, 125:13
**alleging** [5] - 124:11, 124:13, 124:14, 128:20, 128:21
**allergies** [1] - 43:5
**allow** [4] - 5:17, 6:8, 55:9, 266:5
**allowed** [11] - 31:22, 136:21, 173:17, 175:9, 175:11, 175:15, 176:15, 194:2, 265:20, 265:22, 265:23
**allowing** [1] - 6:11
**almost** [3] - 39:15, 262:20, 278:16
**Alongside** [2] - 161:22, 161:23
**alongside** [1] - 231:18
**altercation** [4] - 224:15, 241:13, 241:17, 278:12
**alternative** [1] - 100:21
**ambulance** [6] - 78:13, 78:18, 284:7, 284:9, 284:11, 284:14
**amended** [1] - 128:3
**America** [1] - 26:2
**American** [5] - 13:18, 13:20, 89:19, 90:3, 113:10
**amount** [2] - 173:8, 255:18
**Andrew** [3] - 19:20,

29:9, 39:3
angle [4] - 68:13,
181:24, 183:18,
190:12
ankle [1] - 248:17
answer [30] - 5:5,
6:10, 21:22, 26:18,
38:17, 45:21, 46:17,
47:9, 47:10, 57:4,
57:6, 59:9, 59:12,
64:25, 115:15,
120:8, 121:16,
126:18, 136:22,
137:3, 167:24,
241:10, 258:8,
262:2, 265:8, 265:9,
265:17, 265:23,
265:24, 266:4
Answer [1] - 265:12
answered [4] - 28:24,
35:23, 62:3, 173:2
answering [7] - 21:13,
46:18, 46:22, 47:4,
47:6, 121:15
Answers [3] - 10:1,
132:8, 218:17
ANTHONY [1] - 1:10
Anthony [1] - 2:19
anyway [4] - 84:18,
169:2, 194:20, 283:9
apart [1] - 162:3
apologize [8] - 10:20,
11:4, 14:11, 80:13,
98:19, 120:10,
212:5, 249:15
appear [5] - 26:24,
76:5, 149:13,
149:25, 213:13,
219:23
appeared [7] - 71:13,
117:25, 118:9,
154:22, 167:14,
210:6, 216:23
approach [3] - 206:20,
227:17, 235:5
approached [14] -
24:10, 28:16, 68:17,
71:15, 192:12,
207:8, 207:15,
221:9, 227:25,
228:16, 230:5,
231:10, 279:15,
281:22
approaching [2] -
152:12, 226:21
approval [1] - 83:2
April [5] - 9:25, 21:10,
22:5, 22:18, 23:7
Arab [3] - 89:19, 90:3,
123:23
Arabic [14] - 89:8,
168:24, 169:5,
169:7, 169:19,
170:1, 170:3, 170:6,
170:9, 170:12,
177:4, 177:16,

177:18, 232:25
area [34] - 44:16,
113:12, 131:4,
147:8, 149:5, 155:3,
155:8, 164:4, 164:7,
179:12, 186:8,
228:10, 228:11,
229:3, 244:6,
244:14, 244:16,
244:17, 247:13,
248:8, 248:12,
250:5, 253:7,
253:15, 255:3,
255:4, 255:15,
256:1, 256:7,
270:10, 270:20,
270:24, 270:25,
284:21
areas [2] - 248:23,
249:4
arm [12] - 235:23,
236:4, 236:7,
237:17, 238:3,
238:22, 238:23,
244:10, 253:21,
266:10
armpits [2] - 251:23,
268:3
arms [1] - 264:10
arrangements [2] -
100:21, 138:7
arrest [13] - 52:19,
53:23, 54:12, 61:5,
61:10, 72:7, 86:25,
88:5, 90:23, 116:18,
120:19, 236:23,
236:24
arrested [11] - 61:15,
73:2, 73:16, 88:14,
88:15, 90:1, 92:21,
114:19, 128:19,
241:15, 281:25
arrival [2] - 62:11,
97:22
arrive [2] - 60:21,
281:11
arrived [11] - 62:15,
65:15, 87:23, 88:17,
139:24, 140:21,
158:19, 177:25,
225:8, 225:10, 230:5
ascertain [1] - 257:10,
257:17, 257:24,
258:10
assault [1] - 125:25
assaulted [1] - 90:1
assigned [1] - 114:13
assist [2] - 85:14,
231:9
assistance [2] - 63:7,
117:18
assistant [3] - 18:6,
24:24, 26:25
Assistant [2] - 18:22,
18:23
assisted [1] - 233:7

associated [2] -
43:17, 86:8
assume [13] - 25:6,
65:7, 76:21, 119:10,
145:14, 156:4,
164:1, 167:2, 167:3,
170:13, 178:12,
214:2, 225:21
assumed [3] - 86:14,
88:12, 168:21
assuming [4] - 70:23,
149:22, 165:22,
166:14
attached [1] - 33:10
attacking [2] - 71:14,
136:25
attempt [4] - 181:1,
242:1, 243:12,
278:14
attempted [1] - 72:7
attempting [2] -
165:13, 241:22
attention [11] - 154:3,
154:14, 158:21,
159:1, 159:8,
212:22, 216:25,
227:11, 270:21,
281:1, 281:11
attorney [5] - 263:2,
263:8, 263:14,
286:11, 286:15
attractive [1] - 25:20
audit [1] - 31:7
August [1] - 34:13
Austin [27] - 101:2,
101:13, 101:19,
103:8, 104:3,
108:18, 108:20,
108:24, 109:24,
129:7, 129:8, 130:2,
130:10, 131:10,
132:1, 132:5,
132:22, 137:24,
139:3, 139:5, 139:9,
139:16, 140:1,
169:21, 169:22,
169:23
Auto [1] - 36:23
automobile [1] - 34:6
automobiles [1] -
149:12
Avenue [46] - 94:9,
134:10, 134:11,
134:18, 135:24,
136:2, 136:16,
137:13, 138:14,
138:16, 138:18,
140:25, 141:13,
141:19, 142:13,
143:10, 143:14,
145:8, 145:10,
147:2, 147:4,
152:23, 152:24,
153:2, 153:9,
160:25, 161:10,
178:25, 179:9,

179:25, 180:13,
180:16, 182:16,
182:22, 184:9,
186:6, 186:25,
194:14, 204:25,
225:20, 225:24,
225:25, 226:3,
226:5, 226:9, 227:17
avoid [2] - 178:5,
178:7
aware [3] - 80:21,
81:1, 81:3
awed [1] - 270:4
awhile [2] - 112:14,
274:25
Aziz [4] - 95:8, 95:10,
95:22, 139:7

## B

B.S [1] - 14:7
baby [2] - 283:9, 284:5
baby-sit [2] - 283:9,
284:5
Bachelor's [1] - 14:5
background [2] -
13:23, 186:7
backs [1] - 208:1
backup [8] - 116:13,
116:16, 218:2,
223:23, 224:8,
224:17, 229:21,
231:20
backwards [8] - 14:3,
195:2, 214:19,
215:21, 215:25,
235:16, 235:17,
238:12
bad [4] - 11:22, 62:13,
218:3, 260:1
bail [1] - 283:8
balance [5] - 103:5,
109:9, 109:11,
109:22, 111:19
bang [2] - 241:22,
242:1
Bar [9] - 94:9, 94:17,
94:20, 94:24, 98:2,
101:25, 102:3,
103:4, 108:18
bar [13] - 61:7, 61:10,
102:17, 108:22,
108:24, 109:6,
109:12, 112:6,
130:24, 131:24,
132:13, 132:19,
187:4
bars [8] - 102:5,
102:7, 102:23,
106:17, 106:20,
107:7, 185:6, 272:4
based [17] - 22:22,
24:25, 26:11, 32:13,
52:24, 54:24, 55:23,
62:10, 85:19, 86:14,

88:1, 90:6, 104:16,
106:1, 116:6, 167:14
Based [2] - 111:11,
235:1
Bass [1] - 223:14
BASSEM [4] - 1:5, 1:8,
3:7, 286:7
Bassem [8] - 3:19,
7:1, 71:10, 71:11,
86:6, 86:7, 123:14,
285:12
bathroom [5] - 51:2,
51:23, 52:4, 52:7,
132:24
beat [10] - 124:13,
124:16, 127:9,
127:12, 127:24,
128:21, 256:13,
257:14, 258:19,
268:16
beaten [5] - 257:5,
259:4, 266:13,
268:25, 270:16
beating [19] - 240:6,
246:19, 249:14,
259:10, 259:19,
260:5, 261:1,
263:23, 263:25,
264:13, 264:25,
269:9, 270:1,
272:13, 272:15,
272:18, 273:3,
273:5, 273:8
beatings [2] - 263:4,
263:14
became [1] - 18:16
bed [11] - 62:19,
62:24, 63:1, 63:7,
65:6, 68:17, 73:13,
75:5, 77:8, 118:1,
118:10
beer [4] - 105:6,
107:2, 107:4, 107:6
began [18] - 72:8,
93:20, 127:8,
138:13, 148:13,
151:15, 152:23,
169:17, 179:2,
180:1, 180:5,
182:21, 202:21,
205:25, 218:13,
231:12, 265:1,
267:11
begin [6] - 6:23, 98:8,
169:17, 178:15,
178:17, 180:15
beginning [9] - 9:22,
14:16, 20:22, 21:9,
37:16, 174:21,
182:16, 183:21,
256:16
behind [45] - 52:12,
65:7, 68:1, 69:23,
70:6, 70:12, 70:23,
132:2, 152:21,
187:24, 188:14,

192:4, 201:19,
206:8, 212:7,
212:11, 212:13,
212:17, 212:20,
212:21, 213:4,
227:22, 235:9,
235:10, 235:12,
235:13, 235:15,
235:19, 235:25,
236:1, 236:2, 236:3,
236:7, 236:21,
237:2, 237:6,
237:12, 238:6,
238:24, 240:10,
256:4, 264:9,
264:10, 274:25
**belief** [3] - 57:16, 86:3,
123:22
**below** [1] - 151:4
**bench** [3] - 274:7,
274:14, 274:15
**benefit** [2] - 5:3,
251:10
**bent** [3] - 66:3,
167:14, 168:4
**BERGEN** [1] - 1:27
**beside** [1] - 122:23
**best** [5] - 6:4, 6:15,
246:11, 247:1,
255:14
**better** [3] - 37:25,
101:1, 267:2
**between** [28] - 6:7,
8:14, 8:23, 19:24,
93:15, 95:19, 98:10,
145:6, 155:21,
162:18, 163:5,
163:10, 175:2,
180:11, 181:6,
184:21, 185:5,
190:21, 194:8,
207:20, 218:13,
219:20, 220:18,
222:4, 223:10,
225:23, 279:24,
280:9
**beyond** [1] - 146:18
**Beyond** [1] - 126:11
**bias** [13] - 85:20,
86:21, 89:15,
110:11, 110:22,
114:16, 114:21,
114:22, 115:20,
116:2, 125:1, 128:5,
209:17
**Bias** [1] - 114:13
**biased** [9] - 87:15,
88:1, 88:4, 88:10,
88:18, 115:21,
126:23, 127:5,
127:17
**big** [5] - 105:14,
128:15, 248:16,
255:9, 281:23
**bigger** [2] - 190:25,
216:5

**Bill** [1] - 182:3
**Billy** [3] - 58:4,
262:21, 279:19
**biology** [1] - 14:5
**birth** [8] - 7:6, 7:10,
7:12, 10:17, 92:1,
277:9
**bit** [3] - 80:10, 281:5,
284:3
**black** [1] - 213:6,
213:8, 214:11,
216:3, 216:9,
228:23, 228:24,
229:1, 255:11,
277:23, 278:2
**bleeding** [2] - 280:18,
283:3
**block** [32] - 134:15,
134:16, 135:17,
135:22, 135:23,
136:1, 136:6,
141:13, 141:17,
142:18, 144:2,
144:3, 144:21,
145:6, 145:19,
146:6, 146:11,
146:23, 147:1,
147:4, 147:8,
147:13, 148:6,
150:13, 150:14,
150:17, 150:21,
153:1, 161:24,
186:11, 226:3, 226:4
**blocked** [6] - 168:1,
225:20, 225:22,
225:24, 227:16,
232:6
**blocking** [7] - 167:20,
168:8, 168:10,
226:6, 226:9, 227:4,
229:3
**blocks** [7] - 134:17,
135:18, 141:22,
142:21, 144:11,
146:10, 150:12
**blood** [7] - 63:17,
63:21, 64:3, 64:9,
64:12, 253:16,
255:11
**blows** [3] - 245:5,
245:24, 279:24
**blue** [1] - 217:2
**boast** [1] - 218:4
**boasting** [1] - 272:4
**Bob** [2] - 86:7, 181:23
**Bobadilla** [3] - 72:10,
77:20, 79:19
**body** [15] - 44:15,
45:8, 57:24, 57:25,
62:25, 63:2, 63:3,
71:22, 90:5, 247:8,
248:1, 248:2, 248:5,
248:19, 283:3
**bones** [3] - 48:19,
48:24, 54:21
**bonus** [3] - 30:25,

39:20, 39:22
**book** [9] - 219:21,
219:22, 219:24,
219:25, 220:3,
220:10, 221:7,
223:20, 229:25
**booklet** [1] - 6:18
**borders** [2] - 147:12,
178:24
**Born** [1] - 61:1
**born** [4] - 13:19,
175:19, 176:3, 176:8
**boss** [1] - 38:19
**bothering** [1] - 275:10
**bottom** [1] - 105:21
**bought** [6] - 9:22,
13:11, 18:15, 30:8,
42:6, 135:13
**BOULEVARD** [1] -
1:27
**Boulevard** [1] - 2:7
**BOYLAN** [1] - 2:18
**brain** [1] - 48:13
**break** [6] - 4:20,
72:21, 162:21,
171:20, 231:3,
285:11
**breath** [3] - 111:16,
111:18, 112:13
**brief** [3] - 72:23,
84:19, 231:5
**bring** [1] - 75:4
**brings** [1] - 19:2
**broken** [4] - 54:15,
54:20, 75:17
**BRONSTEIN** [2] - 2:6,
2:13
**brother** [12] - 60:18,
61:14, 66:5, 66:6,
69:11, 69:12, 80:1,
81:8, 95:4, 129:15,
129:18, 139:9
**brother-in-law** [3] -
60:18, 80:1, 81:8
**brother-in-law's** [1] -
95:4
**brothers** [4] - 95:4,
95:11, 95:12, 95:13
**brothers'** [1] - 95:19
**brought** [18] - 35:20,
72:19, 77:3, 78:10,
78:11, 78:22, 87:7,
214:18, 235:16,
245:13, 264:2,
266:9, 268:4, 274:1,
274:4, 274:14,
279:23
**Brought** [1] - 249:13
**bruises** [1] - 248:16
**BRUNSWICK** [2] -
1:12, 1:13
**Brunswick** [29] - 2:25,
2:25, 4:9, 61:18,
77:18, 82:3, 82:7,
82:9, 83:19, 83:21,

83:22, 85:19, 90:1,
92:8, 92:25, 93:15,
101:13, 102:6,
102:10, 102:13,
102:18, 102:25,
106:19, 127:16,
134:22, 172:7,
172:8, 179:15
**buckle** [1] - 197:8
**build** [4] - 213:11,
213:12, 216:11
**building** [19] - 189:12,
189:23, 189:24,
190:4, 190:6, 190:8,
190:9, 190:13,
190:15, 190:19,
190:22, 241:5,
241:11, 241:20,
241:23, 242:2,
242:5, 242:7, 243:19
**buildings** [1] - 242:21
**Bunch** [1] - 20:6
**burst** [1] - 67:13
**business** [3] - 83:5,
83:12, 84:5
**busy** [2] - 32:9, 185:4
**butchering** [1] - 95:9
**buttocks** [1] - 70:2
**buy** [2] - 42:1, 99:9
**BY** [35] - 2:13, 2:16,
2:19, 2:22, 2:24, 3:8,
4:3, 11:1, 11:10,
46:23, 58:12, 72:24,
89:13, 96:12,
100:16, 126:19,
133:23, 137:11,
140:15, 145:17,
151:2, 162:24,
175:16, 182:4,
186:4, 191:6,
198:20, 199:2,
210:22, 231:6,
242:18, 258:9,
263:21, 266:6, 280:3
**Bye** [2] - 178:3

---

# C

**C-O-T-E** [1] - 96:19
**cab** [1] - 100:21
**cage** [1] - 247:12
**calculation** [1] -
147:20
**calves** [1] - 248:6
**campus** [2] - 102:20,
146:16
**cancel** [2] - 30:5,
31:21
**capital** [2] - 96:8
**car** [180] - 32:5, 32:6,
99:9, 99:25, 100:2,
100:3, 100:10,
132:10, 132:15,
133:4, 133:8, 134:2,
134:15, 134:21,

135:4, 135:8,
135:11, 135:12,
135:13, 135:14,
135:15, 135:19,
136:11, 137:17,
138:13, 139:14,
139:16, 141:6,
141:12, 142:2,
142:19, 142:23,
142:25, 143:17,
143:24, 144:13,
144:21, 144:23,
147:14, 147:15,
149:14, 149:15,
149:16, 149:17,
149:18, 149:19,
149:21, 149:22,
150:1, 150:3, 150:8,
150:15, 150:24,
151:3, 152:7, 154:2,
154:18, 154:20,
155:7, 155:13,
155:14, 155:24,
159:23, 161:1,
161:9, 161:17,
161:18, 162:5,
163:20, 164:2,
164:14, 165:12,
167:21, 179:9,
179:14, 180:2,
180:5, 180:9,
180:12, 181:18,
181:22, 181:24,
182:7, 182:15,
182:20, 182:21,
193:13, 194:11,
194:15, 194:16,
194:17, 194:22,
194:25, 195:7,
195:13, 195:19,
196:4, 201:25,
202:5, 202:6,
202:16, 202:20,
202:24, 203:8,
204:2, 204:7,
204:10, 204:19,
204:20, 205:14,
205:15, 206:4,
206:16, 206:24,
207:17, 207:24,
208:1, 208:3, 212:6,
212:7, 212:9,
212:10, 212:12,
212:20, 212:25,
213:4, 213:5,
213:19, 213:20,
213:21, 215:4,
215:21, 215:24,
216:2, 217:13,
217:14, 218:19,
218:20, 218:23,
220:6, 220:18,
220:19, 223:10,
225:19, 226:4,
226:5, 226:11,
226:12, 226:14,

226:16, 227:8, 229:25, 231:17, 232:4, 232:8, 240:7, 240:11, 240:15, 264:11, 268:7, 268:8, 268:14, 268:22, 269:12, 269:16, 269:21, 273:12, 273:18, 279:22, 284:9, 284:17

car's [1] - 162:4
card [11] - 92:10, 92:13, 92:22, 112:23, 113:18, 113:25, 221:9, 221:14, 229:14, 230:1, 231:10
care [1] - 198:19
career [3] - 16:24, 18:17, 21:21
cars [45] - 32:10, 151:9, 155:12, 162:18, 163:6, 163:10, 180:11, 184:8, 185:8, 185:12, 185:14, 185:17, 185:21, 185:22, 186:18, 187:2, 187:7, 187:8, 190:21, 191:21, 191:22, 215:23, 217:22, 219:15, 222:5, 222:8, 222:14, 223:21, 224:3, 225:10, 225:12, 225:18, 225:21, 226:8, 226:10, 226:20, 227:16, 228:9, 228:12, 228:15, 229:2, 231:8, 231:13
case [4] - 41:2, 55:10, 84:17, 286:16
CASE [1] - 1:3
CAT [5] - 48:12, 48:18, 48:21, 48:22, 48:23
Catanese [5] - 2:26, 92:3, 93:4, 93:10, 110:25
catch [10] - 137:20, 137:25, 138:5, 140:23, 141:4, 148:12, 156:6, 158:20, 159:17, 159:18
catching [1] - 142:1
CATHY [2] - 2:4, 286:3
celebrate [3] - 101:1, 101:9, 108:22
celebrating [1] - 97:23
cell [14] - 92:15, 152:17, 153:24, 154:9, 154:21, 155:4, 159:5, 160:17, 194:5,

197:9, 269:3, 269:6, 270:1
circles [2] - 56:14, 154:22
Center [8] - 49:9, 50:5, 50:6, 50:7, 55:22, 57:23, 58:8, 58:18
center [3] - 50:15, 58:3, 58:17
Central [2] - 14:19, 15:14
ceremony [3] - 12:1, 12:2, 174:19
certain [4] - 138:4, 173:7, 174:3, 216:20
certainly [2] - 105:22, 146:10
certificate [1] - 13:16
Certificate [1] - 286:5
Certified [2] - 2:4, 286:3
CERTIFIED [1] - 1:26
certify [2] - 286:5, 286:10
chair [4] - 274:16, 274:17, 274:18, 275:7
chance [1] - 19:13
change [4] - 25:14, 25:19, 25:21, 98:11
charge [3] - 22:8, 30:2, 33:24
charged [3] - 22:15, 29:25, 30:11
check [2] - 31:21, 253:8
cheek [2] - 255:2, 255:3
chest [5] - 44:16, 48:7, 63:1, 63:14, 221:24
Chevrolet [3] - 36:20, 37:12, 39:13
CHIEF [1] - 1:12
child [5] - 175:19, 175:23, 176:3, 176:6, 176:10
children [1] - 175:17
choked [3] - 235:16, 266:8, 266:9
chokes [1] - 236:5
choking [6] - 74:13, 74:21, 75:1, 239:1, 239:2
choosing [1] - 31:14
Chris [1] - 86:6
chronology [1] - 13:10
cigarette [11] - 223:18, 223:19, 230:11, 230:21, 230:23, 232:20, 233:5, 233:8, 233:9, 233:10, 233:15
cigarettes [2] - 112:8, 233:6
Circle [1] - 9:15
circle [1] - 244:6

circles [2] - 56:14, 154:22
circumference [1] - 244:16
citizen [4] - 13:18, 13:21, 277:11
City [4] - 2:25, 4:9, 83:21, 106:18
CITY [2] - 1:12, 1:12
civil [3] - 11:15, 11:25, 13:14
Civil [1] - 40:22
civilly [1] - 13:4
class [1] - 8:8
clean [1] - 21:16
cleaning [3] - 281:20, 282:13, 282:16
clear [3] - 57:10, 94:15, 255:5
close [20] - 36:25, 70:20, 96:24, 113:18, 113:24, 114:1, 149:8, 180:4, 206:24, 221:10, 222:22, 228:1, 228:20, 254:5, 257:11, 257:18, 257:25, 258:11, 259:3
Close [1] - 114:4
close-by [1] - 259:3
closed [7] - 12:13, 12:15, 13:2, 13:11, 67:23, 70:18, 274:3
closer [2] - 137:16, 146:16
closest [5] - 147:2, 164:19, 172:7, 199:18, 206:25
clothes [2] - 93:7, 112:11
club [2] - 109:2, 129:11
clubs [7] - 102:7, 102:9, 102:14, 106:22, 106:23, 107:7, 272:4
co [2] - 101:3, 262:19
co-worker [1] - 101:3
co-workers [1] - 262:19
codes [4] - 211:18, 211:20, 211:23, 212:1
coffee [1] - 112:10
coincidence [1] - 101:7
cold [6] - 133:2, 133:9, 133:16, 133:21, 133:25
collect [2] - 35:12, 41:8
college [6] - 16:24, 37:2, 37:6, 102:13, 102:15, 107:1

collision [5] - 53:8, 55:16, 55:18, 57:12, 57:13
color [1] - 228:7
comfortable [4] - 4:18, 4:22, 62:21, 274:11
coming [19] - 21:15, 130:19, 160:25, 161:2, 168:5, 194:23, 202:16, 203:6, 223:21, 224:4, 224:12, 227:1, 229:3, 229:21, 229:22, 231:13, 231:19, 278:5, 279:3
commencing [1] - 2:8
comment [2] - 202:17, 216:1
comments [2] - 88:6, 117:14
Commerce [1] - 2:7
commingle [1] - 223:3
commissions [1] - 39:23
communicate [2] - 5:23, 10:23
commuted [1] - 102:19
company [1] - 22:19
Company [1] - 26:2
compare [1] - 190:5
compared [7] - 59:18, 62:9, 104:15, 134:5, 192:8, 238:10, 253:22
compensation [2] - 30:14, 30:18
complained [1] - 89:25
complaining [1] - 275:1
complaint [13] - 80:22, 124:8, 124:9, 124:21, 125:10, 125:13, 125:18, 125:19, 126:1, 128:1, 128:3, 128:7, 128:13
completely [3] - 161:14, 161:15, 204:24
complies [9] - 145:12, 150:9, 151:7, 163:8, 163:11, 164:5, 190:24, 191:1, 244:8
concentrating [2] - 216:15
concentration [2] - 219:6, 248:18
concern [2] - 26:12, 27:8
concerned [5] - 54:10, 55:6, 83:4, 83:11, 134:20

concerning [2] - 5:10, 5:13
conclude [1] - 127:19
conclusion [1] - 181:16
conduct [2] - 224:11, 285:4
confined [1] - 244:15
confirms [1] - 33:13
confrontation [2] - 189:20, 272:21
confronted [1] - 188:21
Connell [4] - 4:5, 4:6, 145:13, 265:16
CONNELL [74] - 2:15, 2:16, 3:8, 4:3, 11:1, 11:10, 28:1, 33:8, 34:25, 46:20, 46:23, 47:8, 56:12, 57:5, 58:6, 58:12, 59:6, 65:2, 67:6, 72:24, 89:13, 96:12, 100:16, 121:25, 122:9, 125:22, 126:2, 126:7, 126:11, 126:19, 133:19, 133:22, 133:23, 136:24, 137:5, 137:9, 137:11, 140:11, 140:15, 143:9, 145:17, 150:20, 151:2, 162:24, 175:16, 181:23, 182:4, 185:24, 186:4, 189:25, 191:6, 198:16, 198:20, 199:2, 210:19, 210:22, 224:6, 231:6, 242:14, 242:18, 258:3, 258:5, 258:9, 260:14, 263:19, 263:21, 265:13, 265:18, 265:21, 266:3, 266:6, 278:10, 280:3, 285:10
considered [4] - 23:2, 23:16, 40:17, 171:7
consistent [1] - 45:10
conspiracy [1] - 56:20
conspired [1] - 57:18
contact [11] - 28:22, 54:4, 77:1, 79:18, 181:6, 241:4, 241:11, 241:20, 243:15, 243:18, 278:13
contacted [2] - 31:7, 33:14
contacting [1] - 162:9
context [1] - 110:6
continue [8] - 15:1, 15:3, 28:2, 84:6,

140:18, 203:5,
204:5, 282:14
**continued** [2] - 83:14,
264:15
**continuing** [1] - 140:6
**contracted** [1] - 29:20
**control** [2] - 227:19,
278:24
**controlling** [1] -
227:20
**conversation** [25] -
155:18, 155:20,
155:21, 156:1,
156:5, 156:9,
156:18, 157:25,
158:7, 158:10,
158:16, 160:9,
166:2, 193:17,
196:8, 196:12,
203:19, 258:17,
259:8, 259:17,
259:24, 263:1,
272:24, 279:10,
280:9
**conversations** [5] -
156:22, 192:14,
218:13, 258:25,
259:1
**converted** [2] - 108:1,
108:5
**convince** [3] - 84:4,
84:11, 84:17
**cop** [6] - 167:22,
197:21, 198:23,
199:3, 202:16,
202:20
**cops** [4] - 196:12,
206:4, 209:4, 218:24
**corner** [22] - 122:24,
136:2, 136:3,
138:15, 142:8,
152:24, 161:11,
161:12, 184:21,
187:3, 187:15,
189:13, 189:15,
189:16, 190:5,
191:11, 191:15,
222:9, 244:2, 244:4,
279:5, 279:10
**CORPS** [1] - 1:16
**Correct** [114] - 9:17,
10:5, 11:24, 12:3,
14:23, 18:24, 20:1,
21:2, 22:17, 25:13,
26:9, 26:16, 26:23,
27:11, 31:19, 39:19,
48:5, 51:11, 51:22,
54:3, 59:16, 59:20,
67:22, 71:2, 71:19,
71:24, 74:18, 83:13,
85:7, 88:22, 90:24,
98:23, 100:23,
105:3, 107:16,
107:25, 108:6,
115:18, 117:20,
118:7, 119:17,

125:11, 135:2,
143:25, 151:18,
157:21, 158:2,
158:11, 162:10,
163:4, 164:8,
167:16, 167:19,
168:17, 169:25,
172:19, 172:25,
174:6, 176:7,
176:14, 176:19,
179:1, 183:5,
185:23, 192:2,
192:9, 197:16,
197:22, 198:2,
201:6, 204:3,
205:12, 208:5,
213:23, 216:25,
217:12, 218:7,
222:13, 223:11,
224:9, 225:5,
229:12, 229:15,
230:2, 232:22,
235:22, 237:4,
237:9, 238:2, 239:5,
240:5, 240:18,
241:3, 248:3,
248:13, 251:14,
252:21, 254:1,
254:5, 254:19,
256:25, 267:23,
270:7, 270:12,
273:9, 274:10,
275:8, 276:18,
278:19, 278:22,
280:1, 280:8,
283:25, 284:23
**correct** [71] - 7:2,
11:3, 13:19, 26:15,
27:10, 28:3, 31:12,
37:8, 42:7, 53:5,
54:5, 54:6, 55:10,
56:10, 69:19, 70:3,
70:8, 71:1, 71:23,
73:17, 81:23, 82:18,
86:18, 86:22, 89:2,
90:23, 92:6, 92:25,
105:21, 106:11,
106:24, 112:21,
115:15, 117:15,
126:23, 126:24,
131:16, 142:16,
146:12, 153:4,
158:16, 162:2,
164:20, 165:20,
167:11, 168:6,
169:9, 172:2, 176:6,
178:25, 181:11,
181:20, 192:1,
199:5, 211:22,
234:19, 235:21,
237:8, 241:15,
244:12, 246:1,
249:16, 257:1,
266:13, 267:9,
267:22, 278:21,
279:1, 279:25,

284:22
**CORRECTIONAL** [1] -
1:15
**correctly** [2] - 75:7,
101:13
**counsel** [3] - 6:20,
286:11, 286:15
**counting** [1] - 255:18
**country** [4] - 169:17,
198:7, 199:21, 201:8
**COUNTY** [2] - 1:14,
1:14
**County** [4] - 40:21,
91:11, 112:25,
221:12
**couple** [19] - 4:14,
4:21, 8:21, 12:16,
27:17, 32:10, 43:22,
51:17, 77:11,
102:14, 102:22,
132:24, 172:9,
172:11, 193:13,
194:11, 215:25,
255:16, 270:25
**Couple** [1] - 156:12
**course** [9] - 21:21,
59:6, 73:7, 91:16,
127:7, 156:17,
157:3, 259:21, 270:2
**COURT** [2] - 1:1, 1:26
**Court** [7] - 2:4, 4:1,
9:9, 9:24, 13:3,
40:23, 286:3
**court** [5] - 11:21,
40:20, 82:15,
223:15, 224:21
**courtesy** [2] - 6:11,
24:1
**courthouse** [1] -
101:21
**cousin** [2] - 117:25,
118:9
**coverage** [1] - 19:25
**crew** [2] - 20:10, 36:10
**CROSS** [1] - 3:6
**cross** [14] - 6:19,
138:14, 142:19,
148:13, 153:6,
179:5, 179:25,
180:15, 182:16,
182:21, 191:24,
196:1, 196:17
**cross-examination** [1]
- 6:19
**crossed** [18] - 138:18,
138:20, 138:22,
142:12, 142:13,
145:6, 145:8,
147:12, 152:22,
152:25, 153:5,
153:14, 153:16,
153:18, 153:20,
182:23, 194:10,
202:22
**crossing** [6] - 138:15,
145:5, 188:10,

188:11, 188:12,
188:13
**crosswalk** [2] - 184:6
**crowd** [3] - 227:19,
227:21, 271:5
**crying** [1] - 75:6
**cuff** [15] - 116:24,
235:7, 235:9,
235:20, 236:2,
236:22, 239:16,
275:23, 276:7,
276:10, 276:13,
277:1, 277:2, 277:3,
277:4
**Cuffed** [1] - 241:25
**cuffed** [30] - 77:4,
120:25, 121:2,
121:9, 235:18,
237:13, 237:16,
238:24, 239:3,
241:24, 242:1,
244:11, 256:18,
264:10, 266:12,
275:2, 275:13,
275:16, 275:21,
276:4, 276:5, 276:8,
276:14, 276:17,
276:22, 277:6,
278:15, 278:16,
278:21, 278:23
**cuffing** [2] - 237:7,
237:14
**cuffs** [23] - 239:15,
239:16, 239:17,
239:18, 239:20,
239:21, 239:23,
239:24, 240:8,
240:13, 240:16,
240:20, 264:8,
267:21, 268:2,
275:5, 275:10,
275:12, 275:16,
275:22, 275:23,
276:25, 277:4
**cup** [1] - 105:16
**curb** [1] - 161:20,
179:7, 204:18,
204:21
**current** [4] - 9:23,
10:16, 24:2, 42:14
**custody** [5] - 52:13,
55:8, 56:22, 60:10,
280:5
**Customer** [1] - 30:8
**customer** [5] - 30:1,
30:4, 31:20, 31:24,
33:4
**customers** [13] -
21:25, 22:10, 22:15,
28:6, 28:7, 29:19,
29:25, 31:5, 31:7,
33:5, 33:14, 34:1,
99:6
**cut** [8] - 141:1, 141:3,
141:21, 142:5,
142:23, 147:23,

152:19, 221:18
**cutting** [3] - 140:22,
141:25, 160:8

**D**

**dad** [19] - 60:25, 61:9,
61:17, 66:12, 66:14,
66:15, 66:18, 66:21,
68:5, 68:6, 68:8,
68:10, 68:12, 68:18,
68:24, 70:21, 71:3
**dance** [1] - 108:24
**dark** [1] - 217:8
**date** [11] - 7:6, 10:17,
11:12, 11:13, 11:16,
11:19, 40:10, 92:1,
197:12, 277:9, 286:9
**dates** [1] - 18:8
**dating** [1] - 108:6
**daughter** [3] - 10:9,
24:11, 176:4
**daughter's** [1] - 10:14
**days** [5] - 4:21, 27:17,
37:8, 171:10, 173:3
**deal** [5] - 17:16, 25:23,
82:13, 197:15,
219:17
**dealer** [2] - 18:4, 18:5
**dealership** [13] -
18:11, 22:21, 23:1,
23:3, 24:22, 24:23,
27:4, 27:7, 30:8,
35:19, 100:10,
135:12, 172:4
**debate** [1] - 82:18
**decide** [3] - 134:24,
137:19, 147:16
**decided** [10] - 81:4,
81:6, 84:18, 86:24,
103:22, 125:9,
138:3, 138:5, 148:11
**deciding** [1] - 135:1
**decision** [6] - 29:13,
83:3, 84:22, 105:25,
181:19
**deep** [3] - 259:1,
259:2, 280:17
**Defendant** [3] - 2:16,
2:19, 2:22
**defendant's** [2] -
89:24, 90:16
**Defendants** [2] - 1:17,
2:25
**defendants** [1] - 4:14
**definitely** [1] - 219:4
**degree** [3] - 14:5,
14:12, 15:5
**delaying** [1] - 283:8
**deliver** [1] - 30:13
**delivered** [5] - 245:24,
246:13, 255:15,
255:22, 278:21
**delivering** [2] - 245:4,
245:5

delivery [1] - 30:17
demanding [1] - 73:14
demoted [1] - 19:9
Dennis [1] - 43:15
deny [1] - 117:13
department [5] - 35:8, 35:9, 87:7, 92:3, 130:19
Department [7] - 2:25, 83:22, 85:19, 90:2, 92:8, 93:16, 221:12
DEPARTMENT [1] - 1:13
depicting [1] - 186:9
depiction [1] - 186:25
depicts [1] - 186:6
deposition [8] - 4:17, 11:7, 35:14, 119:13, 119:23, 285:15, 286:7, 286:13
DEPOSITION [1] - 1:7
derivative [1] - 95:22
descent [1] - 123:24
describe [5] - 6:4, 213:24, 227:24, 228:19, 234:20
described [7] - 66:13, 68:16, 73:1, 139:3, 216:7, 216:10, 268:24
describing [1] - 67:2
DESCRIPTION [1] - 3:13
descriptions [1] - 228:6
design [2] - 101:8, 101:11
designate [1] - 217:6
detected [1] - 111:15
determination [1] - 114:7
determine [2] - 60:1, 114:15
Diagonal [1] - 136:14
diagonal [7] - 136:17, 136:18, 142:7, 142:24, 148:11, 277:20
diagonally [1] - 153:14
diagram [6] - 143:8, 143:13, 143:15, 146:4, 205:9, 285:12
Diagram [1] - 3:19
dialing [1] - 195:16
different [14] - 13:1, 22:20, 35:19, 58:9, 59:5, 59:7, 83:24, 101:12, 101:20, 129:22, 167:4, 171:25, 175:14, 190:7
differentiate [2] - 95:15, 95:19
direct [1] - 5:18

DIRECT [2] - 3:6, 4:3
direction [12] - 150:18, 160:23, 161:1, 181:25, 182:6, 182:10, 195:2, 204:6, 204:25, 205:16, 210:13, 225:25
directions [2] - 44:13, 205:11
directly [3] - 62:5, 183:16, 233:18
Director [5] - 2:25, 92:2, 93:3, 93:10, 110:24
director [7] - 4:15, 24:25, 27:1, 28:23, 92:7, 92:23, 114:6
disagree [2] - 33:1, 34:17
disagreement [1] - 194:2
disavow [1] - 33:6
discharge [1] - 34:6
discontinue [2] - 81:4, 81:7
discovery [1] - 90:11
discuss [2] - 89:10, 260:21
discussed [3] - 107:24, 124:23, 128:16
discussing [3] - 132:24, 133:3, 280:15
discussion [10] - 83:17, 84:19, 84:20, 85:6, 87:21, 156:21, 157:19, 159:15, 191:5, 263:13
discussions [6] - 82:16, 82:17, 83:25, 192:19, 204:1, 262:24
dishonest [1] - 33:25
dislocation [2] - 45:8, 48:4
dismiss [4] - 82:22, 83:11, 84:12, 84:17
dismissing [1] - 83:3
dispute [2] - 166:19, 166:21
distance [11] - 122:19, 122:22, 146:20, 163:10, 179:13, 188:19, 191:15, 191:19, 191:23, 215:2, 215:7
distance-wise [1] - 191:19
distances [1] - 6:3
Distances [1] - 191:18
DISTRICT [2] - 1:1, 1:2
dividing [1] - 205:10
DL [1] - 230:1

doctor [27] - 43:8, 43:10, 43:11, 43:16, 45:3, 45:4, 45:6, 51:18, 51:20, 51:21, 53:19, 54:13, 54:18, 55:2, 55:5, 55:6, 55:7, 55:15, 55:17, 55:25, 56:2, 56:18, 56:22, 58:13, 58:23, 64:8
doctor's [1] - 43:14
doctors [3] - 43:22, 53:12, 285:7
document [8] - 30:20, 31:10, 31:12, 31:17, 33:19, 36:7, 208:15, 209:11
documents [2] - 33:10, 56:6
DOE [1] - 1:15
DOES [1] - 1:16
done [15] - 45:11, 48:12, 58:21, 59:25, 68:16, 88:16, 99:6, 123:21, 145:4, 161:25, 174:25, 201:24, 210:9, 274:23, 276:23
Donuts [1] - 112:10
door [42] - 27:6, 66:19, 67:13, 67:17, 67:19, 67:21, 67:22, 68:6, 68:7, 68:23, 69:7, 69:20, 69:21, 69:22, 69:23, 70:6, 70:10, 70:12, 70:14, 70:17, 70:18, 70:20, 70:22, 78:23, 132:13, 149:23, 152:6, 153:22, 154:19, 155:3, 155:5, 155:8, 162:8, 204:14, 206:24, 219:18, 219:19, 285:2
doorway [3] - 67:25, 68:3, 70:2
double [4] - 205:1, 205:10, 205:18, 283:8
doubt [1] - 251:10
doughnuts [1] - 112:10
DOUKAS [1] - 2:24
Dover [7] - 7:11, 7:12, 7:14, 8:13, 8:15, 8:16, 16:12
down [58] - 33:4, 53:21, 54:1, 61:18, 62:23, 63:11, 67:18, 68:17, 70:8, 70:16, 71:12, 87:7, 87:23, 88:25, 115:9, 120:22, 125:24, 128:16, 134:17, 138:15, 138:17, 140:25, 143:2,

144:12, 146:14, 146:24, 160:17, 160:18, 160:25, 164:22, 165:16, 166:6, 166:9, 166:24, 167:14, 168:4, 179:9, 179:13, 181:4, 186:10, 189:8, 190:10, 194:14, 197:5, 201:25, 202:7, 252:25, 256:23, 258:7, 258:17, 259:7, 263:9, 264:5, 266:12, 267:19, 270:22
downtown [2] - 161:2, 179:15
Dr [4] - 44:14, 45:24, 58:14, 58:22
drank [3] - 104:1, 106:8, 111:6
draw [8] - 143:7, 143:10, 143:12, 143:13, 145:20, 150:8, 150:15, 161:24
drawn [3] - 3:19, 146:3, 285:12
dressed [1] - 99:20
drew [1] - 205:9
drink [34] - 103:3, 103:14, 103:20, 103:23, 103:25, 104:4, 104:8, 104:12, 104:21, 105:10, 105:23, 106:1, 106:6, 106:10, 106:13, 106:25, 107:6, 107:20, 107:22, 108:7, 108:9, 108:11, 109:6, 109:9, 109:11, 109:12, 109:15, 109:22, 110:3, 111:9, 111:19, 111:22, 116:11, 176:22
drinkers [1] - 108:23
drinking [5] - 103:9, 103:12, 103:15, 108:3, 108:17
drinks [5] - 103:6, 103:13, 103:16, 104:22, 107:14
drive [8] - 24:6, 26:12, 27:9, 62:5, 133:5, 133:10, 133:11, 135:6
driven [1] - 135:9
driver [1] - 150:4
driver's [14] - 133:11, 149:23, 150:5, 150:6, 151:17,

151:20, 151:23, 153:23, 155:3, 162:8, 164:14, 208:13, 208:16, 229:11
drivers [2] - 151:23, 213:25
drives [1] - 228:10
driving [10] - 24:7, 100:13, 163:19, 163:21, 173:16, 173:19, 179:9, 180:6, 180:25, 232:3
Drop [1] - 32:20
drove [2] - 61:18, 193:18
drunk [1] - 104:11
due [7] - 30:18, 31:13, 56:15, 58:2, 112:9, 266:19, 282:4
duly [1] - 286:8
Dunkin' [1] - 112:9
DUNST [1] - 2:24
During [5] - 156:17, 241:12, 241:13, 268:21, 268:23
during [25] - 16:24, 21:21, 51:15, 52:14, 73:7, 102:13, 106:18, 112:19, 123:4, 123:5, 127:7, 129:23, 159:14, 174:10, 192:14, 241:6, 241:17, 241:18, 243:13, 243:16, 243:20, 247:4, 263:4, 263:15, 278:7
DWYER [1] - 2:15
Dwyer [1] - 4:5
dying [7] - 283:1, 283:2, 283:11, 283:13, 283:21

E

E-L-S-H-A-R-A-W-I [1] - 96:7
ear [1] - 159:12
easier [2] - 6:10, 183:9
Eastlake [1] - 15:25
Easton [47] - 134:10, 134:11, 134:13, 134:17, 135:24, 136:2, 136:16, 137:13, 138:14, 138:15, 138:18, 140:25, 141:13, 141:19, 142:13, 143:10, 143:14, 145:8, 145:10, 146:18, 147:2, 147:4, 152:23, 153:2, 153:9, 160:25, 161:10,

178:25, 179:9,
179:25, 180:13,
180:15, 182:16,
182:21, 184:8,
186:6, 186:25,
194:14, 204:25,
225:20, 225:24,
225:25, 226:3,
226:5, 226:9, 227:16
**eat** [4] - 108:11,
132:25, 138:5, 138:8
**editorialize** [1] - 137:8
**editorializing** [3] -
137:1, 137:3, 137:10
**educational** [1] -
13:23
**effect** [12] - 33:25,
83:22, 104:20,
177:5, 180:5, 183:4,
195:10, 200:7,
210:1, 215:12,
282:8, 282:23
**Egypt** [3] - 97:13,
169:16, 175:11
**Egyptian** [2] - 95:16,
113:9
**Egyptians** [1] - 95:18
**Eid** [1] - 173:5
**EID** [1] - 173:6
**eight** [12] - 40:11,
100:5, 100:8,
105:15, 112:4,
139:23, 213:9,
216:10, 244:17,
244:18, 244:19,
270:18
**eight-ounce** [1] -
105:15
**eight-passenger** [1] -
100:5
**eighty** [1] - 64:1
**either** [18] - 29:13,
50:12, 69:17,
135:17, 159:9,
163:13, 163:15,
212:15, 223:23,
224:7, 224:16,
225:25, 227:19,
251:25, 263:2,
268:2, 271:18,
280:24
**elect** [1] - 6:20
**Elementary** [3] - 16:1,
16:3, 16:6
**elementary** [1] - 16:13
**eleven** [1] - 99:7
**Elm** [1] - 41:24
**ELS** [1] - 96:1
**Elsakahwy** [4] - 95:25,
96:5, 96:7, 96:22
**emanating** [1] -
111:15
**embark** [1] - 15:10
**emergency** [9] -
42:25, 43:25, 47:15,
48:13, 49:5, 54:19,

56:8, 57:9, 57:10
**employed** [4] - 36:13,
112:24, 286:12,
286:15
**employee** [2] - 85:16,
286:14
**Employee** [1] - 31:5
**employees** [3] - 20:8,
20:12, 35:15
**employer** [6] - 24:2,
24:9, 30:14, 30:21,
34:5, 37:10
**employment** [5] -
16:18, 33:22, 34:14,
34:15, 34:20
**EMT** [12] - 117:21,
281:5, 281:6, 281:8,
281:11, 281:14,
281:21, 282:13,
282:16, 283:6, 284:6
**enclosed** [1] - 277:18
**encountered** [2] -
153:24, 183:19
**end** [7] - 32:19, 146:3,
174:21, 179:7,
227:19, 227:21,
256:16
**ended** [1] - 256:21
**enforcement** [1] -
113:14
**engage** [1] - 156:21
**engaged** [1] - 155:25
**English** [7] - 75:18,
75:20, 169:8,
170:10, 177:18,
210:24, 211:21
**entered** [2] - 67:3,
67:15
**enthralled** [1] - 26:4
**entire** [5] - 241:13,
244:14, 278:7,
278:11, 280:4
**entirely** [2] - 59:4,
59:7
**entrances** [3] -
144:25, 175:14,
190:7
**entranceway** [1] -
70:3
**error** [1] - 94:19
**escort** [1] - 135:3
**escorted** [5] - 35:5,
78:21, 79:1, 79:4,
273:21
**especially** [1] - 86:8
**ESQ** [5] - 2:13, 2:16,
2:19, 2:22, 2:24
**ESQS** [1] - 2:15
**estimate** [7] - 133:16,
146:20, 246:11,
247:1, 267:3,
270:23, 271:2
**estimates** [1] - 6:2
**estimating** [1] -
146:21

**etch** [4] - 32:2, 32:3,
32:5, 32:6
**etched** [2] - 22:1,
31:25
**etching** [7] - 22:9,
30:6, 30:9, 31:4,
31:5, 31:8, 31:9
**etchings** [4] - 22:10,
22:16, 28:6, 29:20
**eternity** [2] - 246:7,
246:10
**ethically** [1] - 22:23
**evening** [1] - 111:6,
127:8
**event** [6] - 47:12,
90:15, 148:13,
187:18, 218:9, 251:1
**events** [3] - 13:10,
86:12, 126:25
**eventually** [1] - 39:11
**evidence** [2] - 45:7,
48:16
**exact** [6] - 12:20, 18:8,
23:20, 32:16,
225:12, 245:1
**Exactly** [7] - 75:25,
159:8, 196:19,
208:19, 224:14,
224:19, 283:17
**exactly** [7] - 44:2,
73:8, 99:15, 143:20,
148:10, 161:25,
180:8
**exaggerated** [2] -
283:19, 283:24
**exaggeration** [1] -
283:13
**EXAMINATION** [1] -
4:3
**examination** [1] - 6:19
**examined** [3] - 51:13,
52:15, 64:9
**Example** [1] - 51:1
**except** [1] - 102:22
**exchanging** [1] -
160:11
**Excuse** [1] - 221:10
**executive** [1] - 29:12
**exercise** [1] - 174:5
**exhausted** [1] - 63:12
**existed** [1] - 143:16
**exits** [1] - 144:25
**expected** [1] - 156:4
**expecting** [2] -
181:10, 193:9
**experience** [2] -
104:16, 108:9
**explain** [6] - 31:15,
31:20, 47:20,
168:12, 264:20,
264:21
**explained** [1] - 24:15
**explaining** [1] - 119:4
**explanation** [1] - 31:2
**explode** [1] - 253:16

**express** [1] - 148:22
**extended** [1] - 253:21
**extent** [1] - 157:13
**extreme** [3] - 50:16,
57:22, 58:2
**extremely** [2] -
126:10, 126:15
**eye** [2] - 181:6, 255:7

**F**

**fed** [1] - 277:25
**face** [26] - 48:19, 66:4,
66:17, 69:14, 69:16,
70:25, 71:4, 167:13,
209:4, 213:21,
239:12, 240:7,
240:22, 244:12,
248:22, 249:6,
252:24, 253:4,
253:5, 253:6, 253:7,
253:13, 254:6,
254:8, 254:24,
267:14
**Face** [1] - 239:13
**face-on** [1] - 213:21
**facedown** [1] - 244:21
**facial** [2] - 48:19,
48:23
**FACILITY** [1] - 1:15
**facing** [21] - 66:7,
70:2, 150:18,
151:25, 152:11,
152:16, 153:22,
161:1, 165:18,
166:15, 182:10,
199:11, 205:5,
207:23, 207:25,
208:1, 212:12,
226:16, 226:17,
243:8, 243:9
**Facing** [2] - 212:10,
212:11
**fact** [9] - 34:21, 35:7,
82:25, 125:8,
158:12, 176:21,
258:12, 259:19,
280:4
**Failed** [1] - 31:3
**failed** [1] - 22:9
**failure** [1] - 22:15
**Fair** [6] - 6:5, 6:6,
49:10, 83:15,
153:21, 245:3
**fair** [24] - 21:17, 66:22,
70:6, 84:16, 103:1,
106:21, 107:13,
107:17, 156:7,
157:18, 157:22,
157:24, 158:10,
192:19, 194:1,
194:17, 201:12,
209:8, 210:7, 225:1,
228:12, 245:5,
245:25, 271:15

**fairly** [3] - 50:18,
50:23, 53:1
**fall** [2] - 63:9, 120:22
**fallout** [1] - 83:12
**false** [2] - 53:3, 53:22
**falsified** [1] - 56:7
**falsify** [4] - 54:11,
54:17, 54:19, 56:24
**Family** [1] - 113:22
**family** [25] - 42:8,
43:8, 43:11, 58:14,
58:23, 89:24, 90:16,
90:23, 91:4, 91:5,
94:10, 94:18, 94:25,
101:9, 107:13,
107:15, 113:19,
113:24, 114:2,
170:11, 171:10,
262:19, 271:14
**far** [24] - 56:21, 63:16,
80:14, 81:9, 82:2,
122:16, 134:14,
144:4, 145:1,
146:14, 151:1,
153:18, 153:20,
154:24, 162:3,
162:7, 169:23,
188:17, 188:20,
189:13, 196:3,
204:17, 272:20
**Farzale** [14] - 96:14,
96:15, 96:25,
129:12, 129:14,
129:16, 130:2,
131:10, 139:8,
139:10, 148:21,
260:8
**FARZAIE** [1] - 96:16
**Farzia's** [1] - 129:18
**fashion** [2] - 147:17,
167:14
**father** [3] - 60:19,
61:23, 62:15
**favor** [6] - 198:4,
198:5, 198:22,
199:4, 199:14, 201:3
**fear** [2] - 82:13, 83:20
**fears** [2] - 84:4, 84:5
**February** [3] - 14:14,
17:21, 17:22
**feet** [31] - 63:13,
69:22, 70:1, 122:20,
134:19, 141:14,
141:15, 146:22,
146:25, 155:14,
162:6, 163:9, 180:7,
187:14, 187:16,
188:22, 188:23,
189:13, 191:11,
222:24, 222:25,
244:17, 244:18,
244:19, 245:2,
245:3, 252:15,
252:16, 268:4
**feet-wise** [1] - 189:13
**fell** [2] - 117:2, 239:10

Deposition of BASSEM KANDIL, taken on September 24, 2008
Page 8 to 8 of 25
Case 2:06-cv-04701-DMC-MF   Document 99-13   Filed 01/07/10   Page 32 of 49 PageID: 1522
8

felt [6] - 57:25, 246:25, 253:15, 255:10, 255:11, 283:3
female [1] - 132:9
females [3] - 97:8, 139:25, 148:15
festival [1] - 260:2
few [5] - 97:14, 134:19, 193:13, 222:24, 227:21
Fifteen [1] - 82:4
fifteen [6] - 65:12, 65:19, 70:19, 188:22, 231:21, 246:8
fifth [1] - 8:10
fight [4] - 224:21, 271:19, 272:11, 272:12
fighting [23] - 118:20, 118:24, 119:1, 119:2, 119:7, 119:18, 119:23, 120:3, 120:13, 120:14, 120:16, 120:21, 120:24, 121:1, 121:6, 121:10, 121:12, 121:20, 121:21, 121:22, 122:2, 122:6, 122:13
figure [1] - 161:13
figured [1] - 147:19
filed [3] - 40:13, 80:22, 80:24
fill [2] - 274:8, 279:20
filled [1] - 100:8
films [4] - 53:16, 53:21, 54:1, 58:15
Finally [1] - 62:2
finally [1] - 240:6
Finance [3] - 23:23, 26:3, 37:14
finance [14] - 17:14, 21:24, 22:6, 24:25, 25:16, 25:17, 27:1, 28:22, 32:1, 32:2, 32:14, 35:8, 38:5, 39:24
financial [1] - 15:9
financially [1] - 286:16
Financially [1] - 15:2
findings [10] - 44:25, 53:22, 54:1, 56:24, 57:14, 58:8, 58:9, 59:3, 60:2, 60:3
Fine [4] - 57:5, 126:7, 203:15, 284:4
fine [10] - 7:21, 14:4, 76:1, 86:17, 126:16, 182:2, 214:23, 215:19, 219:13, 228:5
finger [1] - 234:2
Finish [1] - 103:25

finish [11] - 6:9, 6:12, 15:8, 31:13, 98:9, 106:10, 246:21, 246:22, 246:23, 249:1
finished [6] - 99:6, 105:11, 196:7, 197:3, 203:13, 240:6
finishing [1] - 221:16
firearm [1] - 278:14
fired [14] - 20:8, 20:12, 21:19, 35:15, 35:17, 35:23, 35:24, 36:2, 36:9, 38:8, 39:2, 39:4, 39:6
firm [1] - 4:5
First [1] - 126:2
first [50] - 8:13, 8:17, 17:4, 17:6, 22:8, 25:25, 35:13, 48:1, 67:10, 72:16, 94:25, 96:3, 97:25, 101:24, 105:4, 105:8, 131:7, 131:24, 132:10, 136:12, 141:16, 151:16, 164:25, 165:1, 189:24, 194:8, 195:17, 195:22, 197:23, 198:21, 198:25, 199:3, 201:2, 207:2, 212:13, 212:16, 231:8, 231:17, 235:4, 238:22, 256:18, 256:22, 265:3, 265:4, 266:7, 267:5, 281:22, 281:23, 286:8
firstly [1] - 240:25
fist [3] - 253:9, 253:11, 254:2
five [38] - 7:22, 20:8, 20:12, 35:15, 39:15, 72:20, 99:18, 99:22, 106:18, 155:14, 173:10, 173:17, 174:18, 174:19, 213:9, 216:10, 222:25, 225:21, 231:2, 234:16, 235:5, 237:22, 237:24, 238:1, 239:7, 245:9, 245:23, 256:14, 256:17, 259:4, 259:20, 263:24, 264:19, 265:7
Five [3] - 173:11, 180:7, 264:20
five-eight [2] - 213:9, 216:10
five-minute [2] - 72:20, 231:2
five-six [2] - 213:9, 216:10
flashing - 226:25,

227:7
Fleming [2] - 15:19, 15:22
Flemington [17] - 4:2, 9:7, 9:16, 9:24, 15:15, 15:23, 17:11, 27:9, 37:4, 41:24, 43:12, 61:19, 113:12, 172:10, 172:13, 209:4, 209:13
flipping [4] - 220:2, 220:10, 221:8, 223:20
floor [19] - 18:7, 19:25, 42:9, 42:11, 62:25, 63:4, 63:5, 63:15, 72:9, 72:12, 74:22, 74:23, 74:24, 76:17, 108:24, 120:20, 264:3, 268:9, 279:1
flopped [1] - 19:23
Flora [9] - 10:12, 10:13, 95:2, 133:1, 176:10, 179:21, 179:22, 179:23, 179:24
FLORA [2] - 1:5, 10:13
follow [2] - 31:4, 136:23
follow-up [1] - 136:23
following [4] - 26:21, 27:22, 42:21, 284:17
foot [8] - 74:25, 76:22, 77:5, 185:8, 185:11, 244:16, 248:17, 254:3
force [2] - 94:7, 243:12
forced [6] - 264:5, 264:14, 265:1, 266:12, 267:6, 267:19
forearm [1] - 264:9
foregoing [1] - 286:6
Forget [2] - 25:23, 70:1
form [40] - 6:18, 29:24, 32:23, 33:7, 34:24, 36:8, 56:9, 56:11, 56:13, 56:25, 57:3, 86:16, 89:21, 118:12, 120:5, 121:23, 125:20, 126:6, 126:8, 126:12, 126:17, 137:2, 140:10, 140:13, 173:1, 177:2, 187:10, 211:4, 216:23, 222:12, 224:5, 245:20, 245:21, 257:21, 258:2, 260:13, 261:13, 262:1, 278:9, 284:1
formal [1] - 12:1, 12:4,

13:9, 16:16
forms [3] - 30:23, 32:22, 90:13
forth [17] - 19:12, 24:16, 24:18, 29:16, 58:1, 82:14, 144:5, 156:3, 157:17, 173:23, 214:16, 223:20, 279:5, 279:10, 283:7, 285:3, 286:9
forward [4] - 196:5, 239:13, 240:23, 244:12
four [28] - 7:22, 8:13, 49:19, 49:20, 61:24, 122:19, 216:12, 222:25, 225:21, 235:5, 237:22, 237:24, 239:7, 245:9, 245:23, 247:3, 247:4, 249:10, 249:19, 249:22, 254:25, 255:16, 255:19, 255:20, 256:23
Four [3] - 234:16, 238:1, 239:20
fours [1] - 102:15
fourth [1] - 62:2
fracture [1] - 48:4
fractures [2] - 45:7, 48:11
frame [2] - 65:20, 189:10
free [5] - 4:20, 53:13, 198:7, 199:21, 201:8
frequented [1] - 102:23
Friday [8] - 98:21, 170:24, 171:1, 171:6, 171:7, 171:9, 171:14
Fridays [3] - 173:4, 174:11, 174:13
friend [15] - 36:25, 96:24, 97:1, 101:3, 101:5, 103:7, 112:24, 113:12, 113:19, 113:22, 114:1, 114:3, 114:4, 221:10, 223:14
Friend [2] - 97:3, 113:13
friend's [1] - 103:6
friendly [1] - 155:17
friends [17] - 28:11, 36:25, 94:10, 94:17, 94:22, 102:8, 132:3, 149:8, 155:10, 168:24, 225:7, 257:16, 260:4, 261:25, 269:3, 270:19, 273:1
front [51] - 11:16, 68:12, 76:18,

110:21, 129:24, 138:8, 150:17, 152:20, 154:2, 161:21, 163:7, 165:17, 166:10, 180:2, 180:9, 180:12, 181:17, 181:21, 181:24, 182:6, 182:15, 188:4, 189:2, 193:8, 193:13, 206:22, 206:23, 207:21, 208:3, 212:8, 212:14, 212:18, 212:22, 212:23, 215:4, 217:14, 219:1, 219:6, 220:7, 221:18, 221:23, 229:25, 241:8, 252:6, 252:9, 252:10, 253:7, 275:3, 276:17
front-on [1] - 217:14
fuck [6] - 198:5, 198:22, 199:4, 199:14, 201:3, 282:8
fucker [4] - 72:3, 214:22, 219:9, 219:11
fucking [2] - 165:7, 209:3
full [7] - 6:25, 16:20, 30:13, 30:17, 67:19, 85:16, 109:15
full-time [2] - 16:20, 85:16
fuller [2] - 250:20
functions [2] - 107:13, 107:15, 170:11
furniture [1] - 13:12
future [1] - 33:22

## G

Gabriella [2] - 10:15, 176:6
GABRIELLA [1] - 10:15
garage [2] - 274:2, 274:3
GARY [2] - 1:9, 2:19
Gary [3] - 2:16, 4:7, 4:10
gas [3] - 139:6, 151:13, 185:13
gathered [1] - 227:22
gathering [1] - 262:14
Geez [1] - 82:17
General [1] - 19:18
general [8] - 20:7, 20:25, 24:11, 38:12, 38:18, 119:6, 177:24
generally [4] - 103:14, 171:17, 217:6, 217:9
genetics [1] - 14:18

gentleman [2] - 92:5, 279:7
gentlemen [2] - 97:5, 139:2
German [2] - 113:1, 113:3
gestures [2] - 6:2, 6:4
Gin [1] - 103:10
girl [3] - 129:22, 130:3, 154:6
girl's [2] - 19:22, 162:5
girlfriend [4] - 97:4, 97:7, 133:1, 140:19
girlfriend's [2] - 134:21, 140:7
girls [10] - 131:7, 133:20, 133:24, 138:11, 140:8, 149:11, 158:22, 159:2, 181:17, 181:19
girls' [1] - 182:7
given [7] - 23:5, 23:7, 34:3, 88:7, 112:8, 235:21, 249:4
gladly [1] - 235:21
glass [2] - 105:14, 105:15
GM [5] - 20:11, 35:14, 35:17, 35:18, 39:1
goal [4] - 141:1, 142:23, 174:5, 188:14
GOLDEN [1] - 2:18
GOLDSTEIN [2] - 2:6, 2:13
grab [4] - 250:12, 250:22, 250:24, 278:14
Grab [1] - 32:21
grabbed [27] - 29:11, 66:7, 66:9, 66:21, 71:18, 72:16, 169:3, 219:20, 220:1, 221:17, 235:8, 235:18, 236:11, 236:18, 236:20, 237:6, 237:10, 237:11, 250:4, 251:16, 251:17, 252:4, 252:5, 252:8, 264:9, 267:12
grabbing [5] - 71:16, 72:16, 251:2, 251:21, 251:24
grade [7] - 8:9, 8:10, 8:11, 8:17, 8:18, 9:2, 9:5
graduated [1] - 15:13
graduation [4] - 15:16, 16:21, 17:5,

17:6
grammar [2] - 13:24, 15:18
grass [9] - 240:24, 240:25, 241:6, 242:10, 242:20, 242:22, 243:5, 243:7, 243:25
grief [1] - 11:7
gross [1] - 283:13
grossly [1] - 283:19
ground [26] - 69:15, 72:19, 77:3, 117:2, 119:15, 209:5, 239:7, 239:11, 240:8, 240:22, 244:12, 244:20, 245:14, 245:18, 246:25, 249:11, 249:13, 264:6, 264:7, 264:14, 265:1, 266:13, 267:6, 267:19, 274:19
group [53] - 87:22, 88:9, 88:24, 91:1, 97:9, 98:7, 100:18, 100:24, 112:18, 129:4, 131:24, 132:20, 134:25, 137:20, 138:1, 138:8, 140:17, 154:4, 155:20, 164:6, 169:16, 177:5, 177:10, 177:24, 180:23, 182:14, 187:22, 187:25, 192:14, 196:9, 206:5, 209:21, 217:25, 218:1, 222:19, 222:23, 224:17, 228:16, 230:4, 231:8, 231:19, 233:21, 234:6, 260:10, 260:17, 261:11, 261:15, 262:4, 270:17, 270:18, 271:9, 271:14, 272:10
GROUP [1] - 2:21
groups [1] - 149:9
GSM [3] - 19:17, 29:10, 38:8
guardrails [1] - 63:8
guards [1] - 77:11
guess [15] - 17:21, 44:17, 63:9, 105:16, 156:12, 163:22, 172:4, 221:22, 225:14, 225:16, 236:4, 242:8, 250:5, 253:23, 256:2
Guesstimate [1] - 231:21
guesstimate [1] -

231:22
gun [2] - 278:24, 282:2
gurney [13] - 52:10, 62:17, 62:22, 65:4, 65:16, 69:3, 69:4, 69:15, 73:1, 73:11, 73:17, 75:5, 76:12
gush [1] - 255:10
gutter [1] - 191:23
guy [15] - 38:13, 38:15, 39:1, 52:21, 88:15, 216:7, 216:10, 216:11, 228:8, 228:11, 230:11, 230:20, 230:22, 232:20, 256:2
guys [44] - 10:22, 29:13, 32:1, 32:10, 61:14, 66:5, 69:11, 73:12, 75:8, 77:17, 87:2, 100:7, 101:14, 101:22, 132:24, 133:4, 137:25, 152:11, 157:1, 157:5, 158:15, 160:9, 169:13, 182:14, 192:4, 192:7, 192:14, 193:4, 193:7, 193:19, 195:25, 196:1, 196:16, 197:18, 202:18, 214:3, 222:22, 228:17, 228:19, 232:17, 233:13, 260:11, 268:13

## H

habit [2] - 103:12, 103:15
habits [1] - 22:24
hair [22] - 120:22, 250:4, 250:5, 250:6, 250:9, 250:11, 250:13, 250:17, 250:23, 250:24, 251:1, 251:12, 251:15, 251:17, 252:5, 252:8, 254:7, 254:9, 254:12, 254:18, 255:21, 267:13
half [16] - 14:24, 102:16, 105:22, 105:23, 134:15, 134:16, 135:17, 135:18, 171:20, 174:23, 221:19, 221:20, 221:21, 251:9, 267:16, 268:23
half-hour [1] - 174:23

half-inch [1] - 251:9
halfway [5] - 153:17, 161:14, 186:10, 191:14, 192:15
Halim [4] - 95:5, 95:21, 97:13, 139:7
HALIM [1] - 95:5
Halim's [1] - 100:6
Halla [5] - 79:23, 80:3, 80:6, 80:7, 128:2
HALLA [1] - 79:23
hallway [1] - 279:6
hand [28] - 6:1, 66:9, 159:5, 197:4, 221:17, 235:7, 235:8, 235:9, 235:10, 235:12, 235:14, 235:18, 235:20, 236:1, 236:12, 236:19, 236:20, 237:6, 237:7, 237:12, 238:7, 239:3, 240:9, 254:11, 254:14, 254:16, 254:17, 276:4
handcuffed [8] - 52:10, 52:12, 65:7, 73:2, 121:7, 121:13, 276:20
Handcuffed [1] - 253:2
handcuffs [3] - 72:8, 269:20, 274:24
handed [3] - 123:13, 207:14, 208:15
hands [18] - 66:24, 116:24, 120:19, 120:22, 126:22, 127:8, 221:18, 221:21, 225:3, 235:14, 237:2, 241:19, 241:24, 276:5, 276:16, 276:19, 276:22, 277:6
hearsay [1] - 82:15
hearsay [1] - 272:7
heavy [1] - 213:11
height [1] - 228:6
held [1] - 255:23
help [3] - 10:24, 74:5, 280:17
Help [2] - 73:23
helping [1] - 56:4
hemorrhage [1] - 48:16
hence [1] - 82:12
hereinbefore [1] - 286:9
high [3] - 15:13, 16:19, 214:2
High [2] - 15:14, 15:15
higher [4] - 214:2, 214:14, 215:1, 217:8
Hillsborough [2] - 149:4, 149:5
himself [2] - 118:1, 118:9
hired [14] - 20:7, 20:11, 28:22, 35:15, 35:18, 37:15, 38:5, 38:7, 38:9, 38:10, 38:12, 38:18
hiring [1] - 22:6

236:5, 252:5, 254:10, 280:15, 282:12
heading [2] - 179:4, 179:13
headquarters [6] - 92:25, 115:5, 115:10, 273:15, 273:21, 279:2
heads [1] - 204:13
hear [31] - 55:25, 67:16, 67:20, 73:14, 74:8, 74:11, 74:16, 165:24, 166:2, 166:12, 166:22, 167:7, 167:8, 209:22, 210:3, 210:7, 211:17, 215:7, 223:23, 223:25, 224:7, 227:1, 227:14, 230:3, 230:7, 230:15, 233:21, 279:16, 279:17, 281:7
heard [24] - 52:20, 54:24, 55:23, 56:16, 70:20, 71:7, 74:2, 74:15, 74:19, 167:18, 168:4, 194:11, 194:15, 194:16, 194:20, 195:1, 202:24, 209:25, 210:6, 214:17, 215:25, 230:10, 230:17, 282:5
hearings [1] - 82:15

history [1] - 63:20
hit [4] - 117:3, 253:5, 254:4, 254:9
HOAGLAND [1] - 2:24
hold [1] - 14:11
holding [9] - 236:7, 238:11, 238:23, 254:7, 254:11, 254:18, 255:21, 256:6
holiday [1] - 171:5
holidays [4] - 170:19, 170:22, 170:25, 173:6
holy [7] - 170:24, 171:5, 171:7, 171:8, 171:10, 172:23, 173:3
Home [1] - 98:6
home [9] - 61:16, 98:10, 99:13, 99:14, 99:17, 99:19, 102:19, 107:18, 173:16
honest [6] - 64:21, 89:9, 93:24, 114:10, 153:16, 257:20
hood [7] - 155:8, 220:1, 220:2, 220:4, 220:5, 220:6, 221:7
hope [1] - 29:14
hospital [45] - 17:1, 37:7, 44:8, 44:22, 45:4, 45:16, 45:19, 46:1, 46:6, 46:13, 47:2, 49:20, 50:17, 51:13, 52:25, 53:5, 58:2, 60:11, 61:13, 62:4, 62:6, 62:10, 62:15, 64:4, 64:10, 65:15, 67:3, 77:22, 78:4, 78:11, 78:20, 79:7, 91:4, 115:10, 117:19, 117:22, 117:23, 117:25, 280:6, 281:19, 282:18, 283:16, 284:7, 285:1, 285:4
Hospital [6] - 49:11, 55:21, 58:25, 60:4, 60:10, 62:9
hospitalization [1] - 42:20
hospitalized [2] - 42:19, 42:23
hot [1] - 91:18
hour [4] - 171:20, 172:21, 174:23
hours [6] - 49:20, 50:1, 51:16, 99:4, 112:4
house [20] - 8:18, 8:19, 9:22, 12:12, 12:14, 12:15, 13:11, 21:16, 41:16, 42:1, 99:22, 99:23, 100:7,

188:24, 189:1, 189:6, 189:9, 189:12, 189:14, 189:15
household [3] - 170:4, 170:10
Household [1] - 170:5
houses [2] - 141:10, 189:7
hum [10] - 18:19, 20:19, 67:4, 71:21, 85:24, 94:11, 116:19, 117:11, 218:21, 266:14
Hummer [10] - 18:5, 18:8, 18:9, 18:11, 18:14, 18:16, 19:4, 19:8, 19:15
hunched [3] - 166:10, 166:16, 166:25
hundred [11] - 32:10, 40:11, 134:19, 141:15, 146:21, 146:25, 187:16, 218:25, 219:2, 270:25
hung [3] - 196:15, 197:4, 203:18
Hung [1] - 203:20
hungry [1] - 132:25
Hunterdon [18] - 14:19, 15:14, 37:4, 40:21, 49:8, 50:4, 50:5, 50:6, 50:7, 55:21, 57:23, 58:8, 58:17, 59:19, 60:4, 112:25, 221:12
Hupka [4] - 113:1, 113:3, 114:1, 221:11
hurt [1] - 281:18
hurting [2] - 73:24, 275:2

**I**

ice [2] - 109:7, 109:13
ID [6] - 3:14, 3:16, 3:18, 3:19, 208:7, 208:10
idea [21] - 12:12, 40:3, 61:12, 69:13, 82:2, 88:2, 88:8, 90:17, 101:16, 104:13, 104:25, 164:13, 168:18, 187:6, 187:12, 187:17, 192:19, 225:18, 231:23, 240:19, 265:23
identification [6] - 185:25, 186:1, 186:3, 190:2, 242:17, 285:13
identified [2] - 67:14, 92:13

identify [3] - 213:2, 245:17, 245:22
idiot [1] - 277:22
ignore [1] - 33:6
Ill [5] - 1:11, 2:22, 4:11, 78:3, 79:12
immediately [4] - 23:25, 44:9, 138:14, 278:16
immigrant [1] - 86:11
implemented [1] - 89:16
important [2] - 4:24, 11:13
impress [1] - 283:15
impression [5] - 36:12, 36:16, 115:25, 214:25
impropriety [2] - 21:6, 21:21
in-law [1] - 80:2
in-laws [2] - 99:21, 99:22
INC [1] - 1:26
incentive [1] - 30:9
inch [6] - 250:20, 250:22, 251:1, 251:4, 251:9, 251:12
incident [50] - 9:21, 12:25, 35:21, 42:21, 42:24, 43:2, 43:18, 49:25, 63:20, 63:21, 77:13, 79:10, 79:14, 82:7, 87:10, 87:15, 88:10, 88:19, 91:12, 93:15, 110:11, 110:22, 112:19, 114:8, 114:21, 114:23, 115:21, 118:5, 123:13, 123:20, 124:10, 126:21, 127:17, 127:19, 131:6, 131:23, 175:20, 186:24, 251:13, 256:12, 260:21, 264:18, 264:21, 265:3, 265:5, 272:15, 272:17, 272:19
include [6] - 25:7, 124:7, 124:21, 201:8, 201:17, 272:17
included [3] - 30:6, 85:22, 128:2
including [4] - 35:16, 139:3, 248:10, 270:18
Including [1] - 169:21
incoherent [1] - 75:22
income [1] - 40:4
incorrect [1] - 265:24
increased [1] - 28:9
indicate [7] - 31:1, 119:22, 150:18,

218:18, 223:1, 223:2, 273:2
indicated [10] - 21:14, 111:6, 115:19, 118:8, 126:20, 127:2, 127:9, 179:11, 181:7, 262:23
indicates [5] - 35:4, 94:16, 121:19, 144:15, 148:4
indicating [13] - 33:16, 69:10, 116:1, 145:19, 146:4, 161:9, 161:12, 181:24, 190:22, 236:6, 240:11, 252:7, 276:16
indicating) [18] - 145:21, 145:23, 147:21, 150:19, 151:6, 152:1, 153:3, 178:19, 181:5, 189:8, 189:24, 190:17, 191:19, 250:25, 252:2, 253:23, 255:4, 276:15
individual [1] - 38:25
individually [2] - 261:21, 263:20
individuals [4] - 108:14, 169:15, 169:18, 269:23
industry [2] - 34:7
info [2] - 11:22, 62:13
information [1] - 266:1
infrequent [1] - 106:17
initial [2] - 86:3, 267:3
initialed [1] - 30:19
initialing [1] - 30:15
initials [1] - 164:3
initiated [2] - 115:17, 158:15
injured [1] - 277:12
injuries [2] - 43:17, 117:4
innumerable [1] - 267:7
inquiry [1] - 93:14
inside [7] - 69:1, 149:14, 166:1, 166:4, 166:8, 240:11, 285:1
insight [1] - 209:7
Instantly [1] - 201:24
instead [2] - 115:22, 235:23
Instead [1] - 237:10
instituting [1] - 128:1
instruct [1] - 221:2
instructed [1] - 237:1
instruction [1] - 5:22

integrity [2] - 22:22, 24:25
intend [1] - 271:8
intent [2] - 15:4, 156:6
interacted [1] - 79:21
interchange [1] - 205:25
interest [1] - 39:25
interested [2] - 87:17, 286:16
interests [1] - 4:6
interim [2] - 223:19, 280:16
interject [1] - 198:12
Internet [2] - 28:15, 28:21
interpret [1] - 121:8
interpreted [1] - 211:11
interpreting [1] - 121:5
interprets [1] - 136:22
Interrogatories [3] - 10:1, 132:9, 218:17
interrupt [2] - 6:15, 265:10
intersecting [4] - 143:15, 146:15, 146:17, 190:4
intersects [2] - 141:7, 178:25
interval [1] - 278:17
interview [8] - 25:2, 26:25, 114:5, 114:15, 115:17, 123:4, 123:5, 123:21
interviewed [3] - 109:3, 115:2, 115:8
interviewing [2] - 111:14, 122:17
interviews [1] - 23:17
intimidate [1] - 218:5
intoxicated [1] - 76:5
inventory [1] - 35:24
investigated [1] - 89:16
investigating [4] - 110:10, 115:20, 116:2, 127:15
investigation [9] - 33:5, 59:25, 89:15, 89:22, 90:5, 93:22, 114:12, 114:21
investigator [20] - 91:24, 93:13, 94:1, 94:6, 109:4, 110:10, 111:13, 115:2, 116:6, 120:12, 121:6, 121:19, 123:21, 127:14, 262:6, 263:2, 263:8, 263:10, 263:15, 273:1
Investigator [11] - 91:10, 93:10,

110:21, 110:25,
112:23, 114:5,
114:14, 115:8,
122:5, 122:13,
122:16
**invited** [1] - 101:10
**involved** [14] - 22:11,
79:9, 79:13, 84:15,
84:22, 85:1, 88:11,
89:17, 115:16,
127:25, 155:19,
158:9, 228:24,
245:24
**involves** [1] - 173:22
**isolate** [1] - 35:21
**issue** [3] - 21:25,
82:19, 128:15
**issued** [2] - 227:12,
229:7
**issues** [2] - 81:11,
81:14
**Italian** [1] - 82:1
**itself** [1] - 174:17

## J

**jab** [3] - 253:17,
253:18, 253:20
**jacket** [2] - 4:19, 91:15
**JAG** [1] - 1:3
**jail** [12] - 53:10, 55:9,
57:11, 85:24, 115:3,
117:9, 117:17,
281:24, 282:24,
282:25, 283:10
**James** [25] - 17:7,
17:8, 17:9, 18:12,
18:14, 20:5, 21:7,
21:22, 25:11, 26:13,
28:3, 36:2, 36:14,
36:22, 37:10, 38:9,
38:14, 38:19, 98:25,
99:17, 100:12,
101:5, 172:16,
172:24
**jaw** [1] - 48:19
**jeopardy** [1] - 82:6
**Jeremiah** [5] - 113:4,
113:5, 113:7, 114:1,
221:11
**jerk** [2] - 165:7, 183:3
**jerk-offs** [2] - 165:7,
183:3
**JERSEY** [3] - 1:2,
1:27, 286:21
**Jersey** [19] - 1:20, 2:5,
2:7, 4:2, 7:11, 7:14,
7:25, 9:24, 16:9,
17:11, 23:1, 23:15,
23:16, 23:19, 36:20,
37:12, 41:25, 81:20,
286:5
**job** [25] - 6:10, 17:3,
17:4, 17:6, 17:12,
20:2, 21:3, 22:1,

22:20, 22:21, 23:22,
25:4, 25:14, 25:19,
26:11, 26:25, 28:12,
28:14, 34:21, 35:14,
37:13, 39:8, 39:11,
41:10, 80:14
**jobs** [4] - 16:19, 16:23,
25:1, 25:7
**John** [2] - 86:7, 91:10
**JOHN** [3] - 1:15, 1:16,
2:22
**Johnson** [15] - 49:8,
49:11, 49:12, 49:15,
49:17, 50:22, 55:20,
58:9, 58:15, 58:24,
59:13, 59:23, 60:2,
60:10, 62:9
**joked** [1] - 28:17
**joking** [4] - 156:25,
157:2, 157:16,
157:17
**Joseph** [2] - 2:26,
92:2
**judge** [2] - 11:17, 12:1
**judgment** [3] - 41:4,
41:5, 41:7
**July** [4] - 11:20, 11:23,
13:9, 176:8
**jump** [2] - 238:4,
238:24
**jumped** [16] - 72:18,
236:22, 237:18,
237:20, 238:15,
238:19, 239:4,
245:10, 245:13,
264:3, 264:4,
264:14, 264:25,
266:11, 267:6,
267:18
**jumping** [8] - 73:3,
119:21, 120:15,
120:17, 120:21,
133:11, 238:9, 239:8
**June** [3] - 27:23, 28:13
**junior** [1] - 163:22

## K

**K-A-N-D-I-L** [1] - 60:20
**KANDIL** [5] - 1:5, 1:6,
1:8, 3:7, 286:7
**Kandil** [15] - 3:20, 4:4,
5:10, 7:1, 10:13,
60:19, 71:14, 71:16,
72:25, 80:20, 117:8,
123:14, 162:25,
231:7, 285:12
**Keep** [1] - 282:15
**keep** [9] - 20:2, 25:12,
25:15, 26:14, 26:15,
121:15, 142:24,
197:9, 198:14
**kept** [6] - 39:9, 61:25,
236:22, 264:21,
274:25, 275:1

**keys** [1] - 32:20
**kick** [4] - 117:3,
248:18, 264:15,
265:2
**kicked** [13] - 236:25,
244:22, 245:15,
246:12, 246:25,
247:9, 247:11,
247:24, 247:25,
248:15, 249:18,
249:22, 267:7
**kicking** [4] - 246:3,
255:24, 256:23,
267:20
**kicks** [5] - 245:4,
246:13, 247:5,
247:22, 278:20
**Kicks** [1] - 247:23
**kidding** [1] - 59:6
**kill** [5] - 74:14, 74:20,
75:2, 75:8, 75:16
**killed** [5] - 74:12,
75:10, 75:11, 75:12,
75:13
**kind** [12] - 34:8, 67:16,
67:20, 81:24, 83:25,
185:4, 197:11,
197:15, 209:8,
233:23, 274:1,
277:10
**kindergarten** [1] -
8:17
**knee** [1] - 267:11
**kneeing** [3] - 255:25,
256:1, 256:6
**kneeling** [10] - 63:5,
63:6, 65:5, 173:22,
252:20, 252:21,
252:25, 256:10,
264:13, 264:24
**knees** [10] - 62:25,
63:15, 69:15,
239:12, 252:17,
252:18, 256:11,
264:1, 264:5, 267:9
**knowing** [1] - 87:18
**knowledge** [3] - 44:7,
58:21, 111:17
**known** [3] - 7:3, 18:11,
149:7
**knows** [2] - 38:11,
149:10
**KOBIN** [69] - 2:13,
10:22, 33:7, 34:23,
35:2, 46:18, 46:22,
47:4, 55:3, 56:9,
56:11, 56:25, 57:2,
59:4, 59:9, 67:5,
72:20, 80:9, 86:16,
89:20, 118:12,
120:5, 120:8,
121:23, 122:3,
122:7, 122:11,
125:20, 125:24,
126:5, 126:9,
126:14, 133:17,

133:20, 136:21,
136:25, 137:7,
140:10, 140:13,
145:13, 150:23,
153:10, 162:20,
173:1, 177:2, 182:2,
187:10, 191:2,
211:1, 211:4,
222:12, 224:5,
231:2, 242:12,
245:20, 257:21,
258:1, 258:4, 258:7,
260:12, 261:13,
262:1, 265:6, 265:8,
265:15, 265:19,
265:22, 278:9, 284:1
**Kobin** [4] - 5:12, 5:13,
80:23, 266:5
**KOL** [1] - 96:18
**KOLCOTE** [1] - 96:17
**Kolcote** [4] - 96:17,
96:20, 97:2, 139:8
**KRON** [2] - 2:6, 2:13

## L

**lack** [1] - 100:25
**lady** [2] - 6:7, 122:22
**laid** [2] - 70:16, 71:22
**landed** [1] - 255:1
**Landlord** [1] - 40:23
**lane** [5] - 185:21,
204:25, 205:16,
205:21, 205:22
**lanes** [1] - 226:5
**language** [4] - 209:8,
210:24, 211:21,
218:3
**large** [1] - 216:3
**Last** [3] - 60:15, 101:3,
172:9
**last** [12] - 34:20,
40:10, 80:19, 95:6,
96:4, 96:16, 130:7,
130:11, 131:18,
131:21, 264:23,
267:24
**late** [4] - 61:20, 98:9,
160:10, 177:12
**laughed** [1] - 278:6
**laughing** [2] - 157:17,
277:21
**LAW** [1] - 2:21
**law** [5] - 60:18, 80:1,
80:2, 81:8, 113:14
**law's** [1] - 95:4
**lawn** [1] - 242:21
**laws'** [2] - 99:21,
99:22
**lawsuit** [15] - 4:7,
40:13, 40:14, 40:15,
40:16, 40:17, 41:12,
80:22, 82:22, 83:4,
83:11, 83:14, 85:23,
86:4, 128:1

**lawyer** [7] - 5:8, 61:20,
92:16, 115:13,
262:7, 271:10,
271:12
**lawyers** [1] - 4:8
**lay** [1] - 120:20
**laying** [6] - 62:23,
65:16, 65:24, 69:9,
240:7, 245:14
**lead** [1] - 109:16
**leaned** [1] - 243:5
**leaning** [8] - 63:1,
63:2, 196:5, 241:14,
242:5, 242:10,
242:25, 243:9
**learn** [1] - 170:4
**learned** [2] - 139:17,
209:24
**least** [5] - 108:4,
158:3, 192:3,
228:11, 228:14
**leave** [22] - 20:5,
30:14, 30:22, 32:17,
32:21, 35:4, 37:23,
99:5, 100:19,
103:25, 106:15,
112:6, 112:11,
133:10, 137:19,
172:14, 174:15,
181:18, 215:23,
217:21, 229:20
**Leaving** [1] - 217:23
**leaving** [9] - 27:13,
32:22, 92:10,
129:23, 136:11,
156:24, 160:13,
178:1, 219:16
**left** [57] - 29:23, 35:11,
45:15, 45:18, 46:7,
46:12, 46:24, 47:1,
47:2, 47:14, 47:18,
66:9, 69:18, 72:17,
76:20, 99:19, 104:2,
105:20, 105:23,
132:14, 132:19,
135:2, 138:8,
138:11, 143:4,
147:18, 162:1,
162:4, 162:25,
177:19, 181:13,
182:20, 185:17,
191:21, 205:18,
211:15, 217:22,
219:16, 220:16,
221:24, 231:9,
235:8, 235:10,
235:12, 235:18,
236:1, 236:7, 237:6,
238:23, 247:16,
247:19, 252:12,
254:17, 266:10,
268:12, 277:3,
277:20
**leg** [3] - 66:9, 72:16,
72:17
**legal** [2] - 84:14, 205:5

legally [1] - 97:19, 205:5
legitimacy [1] - 57:8
legitimate [1] - 39:7
legs [2] - 245:2, 248:6
length [1] - 27:9
lengths [2] - 193:13
lengthy [3] - 82:16, 84:20, 97:23
les [1] - 105:23
less [2] - 14:13, 14:23
lesson [4] - 214:22, 215:17, 219:9, 219:11
letting [2] - 31:13, 229:4
LEVITT [1] - 2:18
Lexus [8] - 24:20, 24:22, 24:23, 25:7, 26:22, 27:5, 27:13, 27:21
license [16] - 81:13, 82:6, 82:13, 83:23, 86:5, 123:14, 127:3, 207:11, 207:14, 208:10, 208:11, 208:13, 208:16, 208:17, 229:11
lie [2] - 113:21, 218:15
lieu [1] - 175:3
lieutenant [1] - 217:7
life [1] - 8:14
lifetime [1] - 42:20
lift [1] - 251:2
lifted [5] - 250:1, 250:3, 252:15, 264:10, 279:21
Lifted [1] - 252:18
lifting [4] - 66:10, 72:16, 72:17, 252:5
light [4] - 193:5, 193:19, 193:25, 233:7
lights [6] - 226:21, 226:23, 226:25, 227:5, 227:8
limit [1] - 126:8
Lincoln [3] - 100:4, 100:14, 135:7
Linden [1] - 9:9
Lindsay [36] - 130:5, 130:14, 130:24, 131:13, 148:18, 148:19, 148:23, 149:3, 150:5, 150:6, 151:22, 151:24, 152:5, 152:9, 154:7, 155:1, 155:11, 155:16, 155:21, 155:22, 156:10, 157:5, 157:7, 157:14, 157:19, 157:20, 158:24, 164:6, 169:2, 178:3, 271:17, 271:24,

271:25, 272:1, 272:9, 273:2
Lindsay's [5] - 130:7, 130:11, 131:18, 131:21, 158:7
line [5] - 126:16, 145:20, 205:1, 205:10, 205:18
liquor [6] - 81:13, 82:6, 82:12, 83:23, 104:15
Lisbona [1] - 4:6
LISBONA [1] - 2:15
list [1] - 33:4
listen [2] - 207:7, 282:6
Listen [1] - 105:7, 198:11
listening [2] - 157:25, 159:9
literally [4] - 193:12, 195:25, 255:11, 283:2
live [11] - 8:6, 8:15, 10:8, 13:13, 97:17, 97:21, 97:25, 99:18, 102:20, 131:3
live-live [1] - 13:13
lived [3] - 8:13, 9:20, 102:19
livelihood [1] - 82:14
living [4] - 7:15, 8:19, 12:24, 169:17
LLP [1] - 2:24
located [9] - 69:3, 134:4, 134:9, 138:24, 143:23, 146:11, 149:11, 163:1, 163:2
location [1] - 244:9
LoJack [4] - 30:5, 30:6, 30:9, 30:10
LONGO [1] - 2:24
longways [2] - 141:25, 144:13
look [9] - 22:6, 53:15, 53:21, 70:15, 190:6, 219:22, 219:24, 281:16, 281:17
Look [3] - 47:4, 136:21, 277:22
looked [15] - 40:10, 66:16, 68:17, 70:25, 71:4, 154:5, 154:17, 167:22, 168:10, 200:22, 204:12, 208:21, 219:20, 219:21, 280:15
Looking [1] - 152:2
looking [25] - 32:13, 36:18, 67:10, 67:24, 68:3, 69:6, 69:14, 69:21, 69:24, 69:25, 70:5, 70:8, 70:11, 99:8, 119:14, 152:1, 152:7, 152:11,

165:10, 181:4, 200:19, 205:13, 208:21, 208:25, 230:13
Looks [1] - 150:2
looks [4] - 189:11, 189:22, 191:13, 242:20
loops [2] - 240:3, 240:17
losing [4] - 35:14, 81:12, 82:12, 82:14
loud [5] - 74:1, 209:21, 210:2, 210:7, 230:12
Louis [4] - 38:16, 38:22, 39:3, 39:5
LOUIS [1] - 38:23
low [2] - 64:17, 230:14
lower [3] - 63:3, 189:9
lucky [1] - 277:24
lunch [2] - 162:23, 175:4
LUNDELL [1] - 2:18
lying [7] - 67:18, 69:14, 71:12, 118:1, 118:10, 249:23, 256:23

**M**

M-A-N-C-H-E-N [1] - 43:15
Mafia [1] - 282:11
Mahmoud [3] - 95:25, 96:3, 96:22
MAHMOUD [1] - 95:25
MAHON [2] - 2:4, 286:3
Main [1] - 81:22
main [8] - 125:3, 125:5, 125:14, 125:15, 128:9, 248:18
maintain [1] - 83:23
maintained [1] - 86:3
major [5] - 42:22, 170:19, 170:21, 170:25, 173:6
male [3] - 67:14, 135:3, 261:24
males [3] - 140:2, 140:5, 140:16
man [4] - 67:15, 136:21, 169:16, 282:24
man's [1] - 121:24
manager [29] - 17:13, 17:14, 18:1, 18:2, 18:6, 18:10, 18:20, 18:22, 18:23, 19:4, 19:9, 19:14, 19:15, 19:18, 19:24, 20:7, 20:8, 20:25, 21:24,

23:23, 24:12, 31:22, 37:14, 38:5, 38:13, 38:18, 39:24
managers [9] - 28:16, 29:8, 29:9, 30:8, 32:2, 35:24, 36:16, 36:17, 38:15
Manchen [1] - 43:15
MANCHUR [1] - 9:24
Manchur [8] - 4:1, 9:23, 13:3, 42:15, 44:14, 45:24, 58:14, 58:22
manufacturing [1] - 22:19
Manville [4] - 81:20, 81:22, 82:3, 83:18
March [5] - 9:25, 10:2, 10:4, 12:14, 14:14
Mark [3] - 2:19, 185:25, 242:15
MARK [1] - 1:10
marked [13] - 185:24, 186:2, 189:25, 190:1, 190:3, 213:18, 213:19, 217:15, 217:17, 217:20, 242:16, 242:19, 285:13
marriage [3] - 13:14, 13:16, 42:4
married [15] - 10:19, 11:11, 11:17, 11:18, 11:21, 11:25, 12:13, 12:23, 12:25, 13:4, 13:8, 108:4, 176:12
mass [1] - 48:16
master's [7] - 14:12, 14:17, 14:21, 15:1, 15:5, 17:17, 102:17
mathematically [1] - 147:19
matriculating [1] - 16:20
matter [3] - 188:12, 201:22, 282:24
Mazda [5] - 38:4, 38:13, 39:8, 39:13, 39:21
MC [2] - 2:4, 286:3
mean [32] - 5:25, 6:1, 8:22, 14:15, 20:23, 76:22, 78:25, 80:5, 104:10, 104:17, 118:16, 120:14, 120:16, 121:21, 125:24, 135:24, 139:13, 144:18, 146:1, 181:3, 188:24, 208:18, 214:5, 225:2, 236:16, 245:8, 250:10, 258:12, 260:18, 260:20, 276:10, 279:14
meaning [2] - 119:1,

268:15
Meaning [3] - 75:24, 214:4, 237:22
means [10] - 68:6, 121:22, 121:24, 122:1, 132:19, 182:5, 210:25, 211:3, 253:17, 282:25
meant [7] - 48:22, 96:9, 169:10, 211:9, 256:16, 262:6, 269:18
media [4] - 89:17, 89:25, 90:16, 91:5
Medical [9] - 37:4, 49:9, 50:5, 50:6, 50:7, 55:22, 57:23, 58:8, 58:18
medical [8] - 50:15, 50:23, 58:3, 58:17, 73:15, 117:18, 280:25, 281:11
medication [1] - 43:3
medium [2] - 213:11, 216:11
Medium [1] - 213:12
meet [14] - 94:21, 100:24, 101:9, 101:14, 101:22, 133:4, 141:2, 141:3, 142:25, 157:1, 196:23, 196:25, 197:20, 203:5
meeting [4] - 91:9, 92:24, 110:24, 149:9
member [5] - 113:24, 114:3, 129:3, 271:13, 272:10
members [5] - 95:1, 196:8, 222:19, 260:17, 271:8
memorized [1] - 160:19
memory [1] - 260:1
men [1] - 282:9
mention [5] - 10:2, 160:3, 197:18
mentioned [4] - 82:5, 100:1, 159:19, 282:17
message [1] - 61:21
messing [1] - 11:14
met [10] - 91:25, 99:20, 100:6, 101:2, 101:8, 107:22, 108:4, 129:20, 131:7, 143:5
metal [1] - 242:24
MF [1] - 215:15
Mia [1] - 81:17
MIA [1] - 81:17
MICHAEL [1] - 2:22
Michael [1] - 32:15
microbiology [1] - 14:17

Case 2:06-cv-04701-DMC-MF   Document 99-13   Filed 01/07/10   Page 37 of 49 PageID: 1527
Deposition of BASSEM KANDIL, taken on September 24, 2008
Page 13 to 13 of 25

13

mid [3] - 135:22,
145:6, 152:25
middle [7] - 95:20,
135:23, 136:1,
150:11, 150:16,
193:15, 226:6
Middle [2] - 15:19,
15:22
MIDDLESEX [2] -
1:13, 1:14
Middlesex [1] - 91:11
midnight [1] - 98:8
midway [4] - 138:17,
138:19, 138:20
might [15] - 12:18,
33:21, 45:4, 45:13,
75:14, 85:14,
109:22, 114:17,
123:1, 123:6, 123:8,
148:2, 159:9, 206:8,
283:9
Mike [1] - 198:17
miles [1] - 24:7
mind [20] - 57:7,
86:13, 88:1, 114:7,
123:15, 123:17,
123:22, 123:25,
125:6, 125:9,
126:20, 126:24,
128:5, 128:14,
128:16, 150:20,
181:23, 198:18,
230:25, 246:18
mine [4] - 36:25,
101:3, 114:1, 221:11
minimum [1] - 219:4
minute [12] - 72:20,
132:2, 132:5,
147:18, 158:16,
212:6, 231:2,
264:13, 266:25,
267:15, 267:25,
278:17
minutes [52] - 65:12,
65:19, 70:19, 82:4,
99:18, 99:23,
156:12, 156:13,
156:16, 157:4,
159:15, 159:20,
174:18, 174:19,
174:20, 231:8,
231:21, 231:22,
246:8, 246:14,
246:17, 246:19,
246:20, 247:1,
247:3, 247:4,
249:19, 249:22,
256:14, 256:17,
256:23, 256:24,
256:25, 257:2,
259:4, 259:20,
263:24, 264:19,
264:20, 265:7,
266:19, 266:25,
267:4, 267:5,
267:16, 267:25,

268:23, 269:4,
270:2, 281:13
mischaracterizing [1]
- 133:18
misinform [1] - 158:25
misinterpretation [1] -
75:15
misleading [2] -
126:10, 126:15
misstated [1] - 110:1
misstating [1] - 110:5
mistreated [1] - 89:18
mistreatment [1] -
90:2
misunderstanding [1]
- 264:22
misunderstood [1] -
68:14
Mohamed [8] - 96:14,
96:15, 96:25,
101:18, 139:7,
139:8, 148:20, 260:8
molecular [1] - 14:18
mom [1] - 171:2
mom's [1] - 80:16
moment [2] - 192:11,
227:15
moments [1] - 212:14
Monday [1] - 35:18
monetarily [1] - 24:16
monetarily-wise [1] -
24:16
Money [1] - 37:24
money [14] - 15:3,
24:18, 25:7, 25:12,
27:15, 27:18, 30:1,
30:24, 31:22, 37:24,
39:12, 39:14, 40:25,
41:6
money-wise [1] -
24:18
month [6] - 12:9,
24:19, 26:21, 27:20,
27:22, 29:10, 32:11,
39:16
monthly [1] - 40:4
months [3] - 12:16,
29:10, 40:9
MORAN [1] - 2:24
morning [13] - 4:4,
39:5, 49:22, 86:25,
91:12, 91:20, 94:2,
98:22, 111:14,
112:10, 120:2,
120:13, 185:5
mosque [13] - 170:17,
170:18, 170:21,
171:11, 171:13,
171:23, 171:25,
172:5, 172:7,
172:10, 172:13,
172:15, 174:11
mosques [3] - 170:19,
175:9, 175:12
Most [2] - 233:13,

269:7
most [6] - 171:12,
185:7, 185:11,
202:22, 253:14,
255:13
mostly [3] - 248:7,
255:4
mother [5] - 72:3,
176:10, 214:22,
219:9, 219:11
motivated [11] - 86:4,
86:15, 91:7, 114:8,
114:23, 123:17,
124:4, 124:9,
127:10, 127:17,
127:21
motor [1] - 35:22
Motor [1] - 26:1
Motors [2] - 23:9,
23:11
Move [1] - 183:3
move [2] - 7:23, 9:6
moved [15] - 7:20,
7:24, 9:25, 12:16,
12:23, 13:2, 13:7,
13:12, 17:25, 18:5,
19:11, 39:14, 43:12,
168:11
moving [13] - 13:3,
15:12, 156:6,
181:21, 181:25,
182:13, 182:14,
202:12, 203:8,
225:14, 225:15,
254:3
MR [160] - 3:8, 4:3,
10:22, 11:1, 11:6,
11:10, 28:1, 33:7,
33:8, 34:23, 34:25,
35:2, 46:18, 46:20,
46:22, 46:23, 47:4,
47:8, 55:3, 56:9,
56:11, 56:12, 56:25,
57:2, 57:5, 58:4,
58:6, 58:7, 58:12,
59:4, 59:6, 59:9,
64:25, 65:2, 67:5,
67:6, 72:20, 72:24,
80:9, 86:16, 89:3,
89:7, 89:10, 89:13,
89:20, 96:8, 96:12,
100:10, 100:13,
100:16, 118:12,
120:5, 120:8,
121:23, 121:25,
122:3, 122:7, 122:9,
122:11, 125:20,
125:22, 125:24,
126:2, 126:5, 126:7,
126:9, 126:11,
126:14, 126:19,
133:17, 133:19,
133:20, 133:22,
133:23, 136:21,
136:24, 136:25,
137:5, 137:7, 137:9,

137:11, 140:10,
140:11, 140:13,
140:15, 143:9,
145:13, 145:17,
150:20, 150:23,
151:2, 153:10,
162:20, 162:24,
173:1, 175:7,
175:11, 175:16,
177:2, 181:23,
182:2, 182:4,
185:24, 186:4,
187:10, 189:25,
191:2, 191:6,
198:12, 198:16,
198:18, 198:20,
198:25, 199:2,
210:19, 210:22,
211:1, 211:4,
222:12, 224:5,
224:6, 231:2, 231:6,
242:12, 242:14,
242:18, 245:20,
257:21, 258:1,
258:3, 258:4, 258:5,
258:7, 258:9,
260:12, 260:14,
261:13, 262:1,
262:21, 263:7,
263:11, 263:19,
263:21, 265:6,
265:8, 265:13,
265:15, 265:18,
265:19, 265:21,
265:22, 266:3,
266:6, 278:9,
278:10, 279:19,
280:2, 280:3, 284:1,
285:10
MRI [2] - 46:14, 47:1
MS [8] - 10:24, 27:24,
143:7, 169:21,
183:11, 189:14,
210:18, 266:15
Multi [3] - 36:20,
37:12, 39:13
multitude [1] - 245:2
Muslim [7] - 106:4,
106:5, 108:5, 113:7,
170:14, 170:16,
173:9
Muslims [2] - 108:15,
173:9

N

N-A-D-I-A [1] - 176:2
Nadia [1] - 176:2
name [53] - 4:4, 6:25,
7:4, 10:12, 10:14,
16:13, 18:12, 19:19,
19:22, 28:21, 29:1,
29:2, 31:17, 38:21,
43:14, 60:13, 60:15,
61:25, 62:1, 80:16,

80:19, 81:16, 86:6,
86:9, 86:14, 88:2,
95:6, 95:20, 96:3,
96:4, 96:14, 96:16,
101:3, 112:25,
116:4, 116:5, 116:7,
123:14, 126:23,
127:3, 127:22,
129:11, 130:8,
130:11, 131:18,
131:21, 146:2,
148:25, 176:1,
178:20, 209:15,
221:11
named [2] - 38:16,
79:23
names [10] - 95:9,
95:19, 102:8,
163:16, 175:22,
228:3, 228:4, 228:5,
234:22, 245:22
nature [4] - 43:6,
83:20, 200:9, 201:20
Navigator [2] - 100:4,
135:7
Near [1] - 226:14
near [5] - 101:20,
131:3, 155:24,
170:18, 274:18
nearly [1] - 216:12
neck [26] - 46:16,
47:20, 57:24, 74:9,
74:24, 74:25, 75:9,
76:9, 76:19, 76:23,
77:6, 119:16,
235:15, 235:24,
236:4, 237:11,
237:17, 238:4,
238:11, 238:12,
238:23, 244:10,
248:8, 266:8, 266:9
need [6] - 52:22,
92:17, 174:4,
174:11, 226:4,
283:11
needed [2] - 24:16,
55:21
negative [7] - 44:19,
46:10, 48:4, 49:2,
53:3, 57:14, 60:7
never [36] - 29:22,
33:9, 53:15, 53:21,
54:4, 71:17, 82:23,
87:6, 87:9, 87:10,
88:23, 102:22,
104:21, 107:24,
108:7, 118:5, 118:6,
124:23, 128:16,
131:17, 145:1,
147:25, 178:22,
182:19, 182:20,
193:21, 202:19,
256:21, 258:16,
258:17, 258:25,
259:7, 259:23,
259:24, 270:8, 280:6

Never [3] - 71:20, 71:22, 198:18
new [12] - 20:7, 20:9, 20:11, 20:25, 21:1, 21:16, 22:6, 35:14, 36:10, 36:11, 39:1
NEW [5] - 1:2, 1:12, 1:13, 1:27, 286:21
New [46] - 1:20, 2:5, 2:7, 2:25, 4:2, 4:9, 7:11, 7:14, 7:24, 9:24, 16:9, 17:11, 23:3, 23:16, 36:20, 37:12, 41:24, 61:18, 77:18, 81:20, 82:3, 82:7, 82:9, 83:19, 83:21, 85:19, 90:1, 92:8, 92:24, 93:15, 101:12, 102:5, 102:9, 102:10, 102:12, 102:17, 102:25, 106:18, 127:16, 134:22, 172:7, 179:15, 286:4
news [4] - 89:17, 89:24, 90:16, 91:5
newspaper [3] - 28:12, 28:14, 28:16
Next [1] - 223:13
next [48] - 5:8, 6:12, 20:9, 27:6, 36:11, 36:17, 39:4, 50:9, 68:5, 68:20, 68:22, 117:24, 137:1, 141:8, 142:22, 142:25, 143:3, 144:20, 145:18, 145:23, 146:6, 146:14, 146:17, 150:14, 155:13, 156:24, 158:18, 183:6, 183:22, 192:10, 193:5, 193:19, 193:25, 194:21, 200:11, 203:14, 206:8, 210:4, 210:9, 212:2, 219:17, 223:10, 223:12, 234:8, 263:25, 268:17, 275:19, 280:11
next-door [1] - 27:6
nice [1] - 32:21
nicely [1] - 203:21
night [19] - 61:20, 98:14, 98:16, 98:20, 98:21, 99:12, 100:19, 101:25, 102:6, 102:11, 103:4, 106:9, 129:4, 173:17, 177:12, 185:5, 227:2, 271:9, 272:5
nights [1] - 97:14
nine [13] - 8:12, 29:19, 31:7, 31:8, 32:13,

32:14, 33:13, 33:14, 40:8, 91:19, 99:4, 99:5
NO [1] - 1:3
Nobody [2] - 61:25, 270:3
nobody [5] - 62:1, 66:1, 168:20, 228:10, 250:12
noise [1] - 194:18
None [1] - 234:20
none [3] - 32:1, 32:2, 266:22
nonstop [1] - 247:6
normal [11] - 47:18, 48:9, 53:9, 63:16, 63:22, 63:24, 64:13, 64:20, 64:23, 98:7, 99:2
normally [4] - 63:13, 64:17, 135:6, 233:3
North [3] - 23:1, 23:15, 23:19
nose [11] - 253:7, 253:8, 253:15, 255:2, 255:4, 255:6, 255:9, 255:10, 255:13, 255:22
NOTARY [1] - 286:21
Notary [2] - 2:5, 286:4
note [1] - 217:11
noted [1] - 258:3
Nothing [2] - 42:22, 218:6
nothing [16] - 21:3, 21:6, 73:4, 75:8, 75:10, 86:20, 124:18, 128:19, 157:18, 158:1, 181:5, 208:14, 209:7, 209:10, 224:10
Notice [1] - 2:9
notice [15] - 22:12, 22:13, 22:14, 22:17, 22:19, 23:5, 23:7, 24:2, 24:3, 24:9, 24:13, 25:11, 26:14, 204:10, 213:15
noticed [6] - 159:4, 179:8, 179:17, 179:19, 223:20, 268:9
notwithstanding [1] - 102:21
November [3] - 37:22, 38:6, 38:7
number [3] - 7:8, 160:14, 245:1
NUMBER [1] - 3:13
numbered [1] - 211:20
numbers [5] - 160:12, 211:24, 212:1, 225:17
Numbers [1] - 211:25
nurse [13] - 51:3, 51:9,

52:5, 52:6, 52:21, 53:12, 54:24, 55:2, 55:7, 55:17, 55:24, 56:16, 63:10
nurses [3] - 51:4, 56:18, 285:5
NUSBAUM [2] - 2:6, 2:13

O

O'CONNOR [9] - 2:24, 10:24, 27:24, 143:7, 169:21, 183:11, 189:14, 210:18, 268:15
O'Connor [2] - 4:9, 4:13
oath [1] - 5:1
object [7] - 56:12, 126:6, 126:7, 126:12, 126:16, 137:2, 258:1
Objection [31] - 33:7, 56:9, 56:11, 56:25, 57:3, 86:16, 89:20, 118:12, 120:5, 120:7, 121:23, 125:20, 137:2, 140:10, 153:10, 173:1, 177:2, 187:10, 211:4, 222:12, 224:5, 245:20, 245:21, 257:21, 260:13, 261:13, 262:1, 265:6, 278:9, 284:1
objection [6] - 5:17, 34:23, 126:3, 126:13, 211:1, 258:3
objections [3] - 126:4, 137:6, 137:8
objects [1] - 5:16
observe [1] - 72:11
observed [1] - 72:15
Obviously [4] - 61:20, 63:12, 98:10, 272:22
obviously [14] - 23:8, 32:25, 39:7, 41:15, 54:8, 75:13, 95:2, 99:10, 170:25, 180:23, 181:4, 186:23, 193:16, 250:10
occasion [2] - 97:11, 102:22
occasional [1] - 176:22
occasions [2] - 102:18, 106:20
occurred [7] - 27:21, 60:3, 218:6, 243:24, 263:3, 278:18, 279:24
October [14] - 46:6,

47:3, 49:6, 49:18, 50:12, 50:13, 50:14, 91:10, 94:2, 111:7, 129:1, 131:1, 131:11, 133:15
odor [2] - 111:15, 112:5
OELS [1] - 1:11, 1:12
Oels [78] - 2:22, 4:11, 4:14, 66:6, 66:7, 67:2, 67:11, 76:10, 77:20, 78:3, 78:10, 78:14, 78:16, 78:22, 78:24, 78:25, 79:12, 79:19, 79:21, 163:21, 163:23, 200:14, 200:18, 200:24, 206:23, 206:25, 207:2, 207:5, 207:8, 207:15, 210:2, 210:4, 210:5, 210:7, 210:17, 212:7, 217:23, 219:16, 220:12, 220:14, 223:2, 223:6, 225:2, 227:17, 228:1, 228:16, 229:4, 234:13, 234:18, 236:14, 252:2, 252:3, 252:6, 252:11, 255:25, 256:6, 273:17, 275:18, 275:19, 277:15, 279:4, 279:8, 279:9, 279:11, 279:18, 280:10, 280:11, 280:12, 280:13, 280:22, 280:25, 281:22, 284:10, 284:15, 284:20, 284:22
OF [7] - 1:2, 1:7, 1:12, 1:12, 286:21
offer [11] - 22:25, 23:8, 23:22, 24:14, 24:19, 24:21, 26:25, 27:15, 27:18, 28:9, 37:25
offered [2] - 104:3, 106:14
Office [5] - 4:7, 91:11, 112:25, 221:13, 221:16
OFFICE [1] - 1:14
office [7] - 87:8, 89:14, 89:23, 109:5, 114:12, 127:14, 229:17
officer [70] - 54:25, 66:21, 72:18, 74:12, 75:12, 76:8, 76:25, 77:3, 77:6, 77:24, 79:13, 79:20, 109:4, 109:25, 112:16, 112:24, 113:15,

114:13, 115:19, 116:11, 116:12, 116:16, 118:2, 118:20, 118:25, 120:3, 120:23, 121:19, 122:1, 163:19, 165:2, 167:25, 168:9, 168:11, 168:14, 199:8, 199:13, 199:18, 199:23, 209:7, 213:6, 213:8, 214:8, 214:20, 214:24, 214:25, 215:10, 216:4, 216:6, 216:9, 216:17, 216:20, 216:21, 217:7, 219:8, 232:9, 233:16, 237:1, 237:5, 251:25, 252:13, 268:2, 268:10, 274:8, 277:14, 277:20, 279:3, 280:12, 280:20, 284:13
Officer [21] - 4:10, 4:11, 72:9, 78:3, 79:3, 79:6, 79:19, 196:6, 197:6, 198:1, 199:8, 200:13, 201:5, 221:7, 221:10, 231:17, 232:19, 237:5, 278:14, 284:10
OFFICER [3] - 1:9, 1:10, 1:11
officer's [2] - 203:8, 278:24
officers [124] - 55:24, 56:1, 72:14, 77:9, 77:12, 77:19, 77:22, 78:12, 79:17, 112:18, 113:17, 116:13, 116:15, 116:22, 116:23, 118:21, 119:1, 119:2, 119:8, 119:19, 119:23, 120:4, 120:13, 120:17, 120:24, 121:1, 121:7, 121:13, 121:20, 121:21, 121:22, 122:2, 122:6, 122:12, 122:14, 124:4, 124:25, 125:22, 126:21, 127:20, 163:2, 163:13, 163:24, 164:9, 164:24, 164:25, 165:1, 165:18, 165:25, 167:13, 182:25, 188:21, 192:12, 194:6, 194:12,

201:9, 202:9,
203:22, 204:6,
206:1, 206:15,
206:20, 207:20,
212:19, 213:3,
213:22, 218:2,
218:4, 218:5,
218:14, 218:18,
223:23, 224:8,
224:12, 224:16,
224:17, 225:2,
225:4, 225:7,
225:13, 225:18,
227:20, 227:24,
228:24, 229:22,
230:3, 231:9,
231:19, 233:22,
234:6, 234:12,
234:15, 235:1,
235:5, 236:11,
236:18, 237:11,
237:23, 237:25,
238:1, 239:7,
241:19, 241:23,
242:1, 243:8,
243:13, 244:25,
245:9, 245:17,
245:23, 249:11,
254:20, 255:24,
256:5, 266:11,
273:21, 275:12,
277:17, 277:23,
278:2, 278:13,
279:25, 280:23
**OFFICERS** [1] - 1:16
**officers'** [1] - 218:9
**offices** [1] - 2:6
**official** [1] - 54:14
**officially** [3] - 11:18,
12:13, 13:4
**offs** [2] - 165:7, 183:3
**often** [2] - 102:9,
107:6
**old** [7] - 7:22, 8:12,
11:2, 11:3, 60:23,
60:25, 175:25
**Olde** [50] - 94:9, 94:14,
94:17, 94:20, 94:23,
98:2, 101:16,
101:25, 102:2,
103:4, 108:18,
134:9, 134:10,
134:14, 135:18,
135:21, 136:3,
136:11, 136:13,
136:16, 137:12,
137:17, 142:13,
143:18, 144:2,
145:7, 152:2,
152:17, 153:22,
179:14, 181:11,
183:13, 183:25,
184:9, 184:22,
185:1, 185:16,
186:7, 186:10,
186:20, 187:15,

188:1, 188:12,
188:15, 188:18,
189:15, 191:14,
191:25, 192:15,
243:20
**older** [1] - 176:4
**once** [11] - 39:7, 86:9,
102:13, 107:9,
126:23, 132:20,
173:18, 179:18,
195:24, 201:24,
284:19
**Once** [2] - 197:1,
203:9
**one** [167] - 14:21,
20:12, 25:23, 29:8,
32:12, 32:23, 36:16,
38:9, 42:8, 42:9,
42:12, 44:14, 51:4,
51:5, 57:2, 58:4,
59:10, 63:8, 76:14,
77:7, 77:14, 78:15,
80:6, 87:1, 89:3,
90:10, 94:21, 95:8,
95:21, 96:2, 96:9,
96:11, 97:4, 99:25,
100:18, 102:18,
103:5, 104:14,
104:21, 106:20,
107:14, 109:6,
109:12, 110:2,
122:9, 122:23,
124:24, 125:2,
125:3, 132:2,
134:12, 134:17,
137:12, 141:22,
142:21, 143:21,
144:11, 145:16,
145:21, 146:8,
146:10, 146:21,
146:23, 146:25,
147:8, 148:17,
150:13, 150:14,
150:15, 150:21,
154:5, 157:12,
159:9, 161:10,
163:15, 164:24,
165:4, 169:24,
170:24, 175:7,
176:25, 177:7,
177:22, 187:3,
188:13, 189:7,
190:17, 190:25,
191:2, 192:3, 194:8,
195:22, 197:13,
197:23, 198:12,
201:1, 201:8,
201:20, 206:21,
207:2, 207:8,
207:12, 208:9,
212:11, 212:13,
212:14, 212:16,
212:17, 212:21,
212:25, 213:1,
218:21, 218:24,
219:1, 219:2, 219:4,

223:23, 224:7,
224:20, 225:1,
226:4, 226:5,
226:12, 228:11,
231:7, 233:7,
237:12, 239:22,
239:23, 240:5,
240:13, 242:4,
244:2, 245:9,
247:21, 251:1,
251:25, 252:4,
256:24, 260:12,
261:3, 261:6,
262:21, 262:23,
263:20, 266:25,
267:16, 268:2,
271:18, 275:24,
275:25, 276:4,
276:6, 276:10,
276:13, 277:1,
277:3, 277:17,
277:23, 279:19,
279:20, 281:7
**One** [17] - 5:22, 42:10,
42:11, 61:14, 63:25,
64:1, 73:12, 87:1,
87:2, 95:4, 124:15,
165:1, 207:10,
239:22, 277:20,
280:21, 280:23
**one-family** [1] - 42:8
**One-twenty** [2] -
63:25, 64:1
**ones** [4] - 20:13,
52:16, 54:17, 77:21
**open** [24] - 67:13,
67:17, 67:19, 67:21,
67:22, 69:7, 69:20,
69:21, 70:10, 70:12,
70:14, 70:17,
149:23, 153:23,
154:19, 162:8,
162:11, 164:11,
164:15, 165:19,
274:5, 277:18, 278:5
**opened** [4] - 172:9,
204:14, 219:19,
274:3
**opening** [1] - 70:22
**opinion** [3] - 50:20,
157:20, 260:23
**opportunity** [5] - 5:9,
15:7, 19:12, 19:14,
196:18
**opposite** [15] - 136:6,
136:13, 136:15,
136:19, 144:17,
148:6, 161:11,
184:16, 184:21,
189:19, 196:11,
215:5, 222:9,
243:22, 243:23
**order** [5] - 174:4,
222:5, 232:16,
242:2, 243:2
**original** [1] - 128:1

**originally** [6] - 80:24,
110:17, 148:3,
246:25, 256:13,
256:15
**otherwise** [3] - 5:7,
103:17, 259:2
**ounce** [1] - 105:15
**ounces** [3] - 105:12,
105:13, 112:3
**ourselves** [2] - 169:3,
262:4
**outlet** [2] - 18:15,
18:16
**outside** [10] - 28:11,
92:16, 115:13,
130:16, 131:12,
132:11, 132:13,
149:14, 149:15,
172:20
**overhear** [1] - 215:2
**overseas** [1] - 97:20
**oversees** [1] - 97:25
**owe** [1] - 40:25
**own** [8] - 35:12, 42:13,
114:7, 135:2,
135:15, 139:14,
139:16, 233:6
**owned** [2] - 8:18
**owner** [4] - 24:11,
41:21, 42:3, 42:5
**owns** [1] - 81:9

### P

**P-1** [2] - 3:14, 186:3
**P-2** [4] - 3:16, 189:25,
190:2, 190:3
**P-3** [5] - 3:18, 242:15,
242:17, 242:19,
244:7
**P-4** [2] - 3:19, 285:13
**P-E-R-R-A** [2] - 29:4,
29:6
**P-H-E-N** [1] - 7:18
**P-l** [1] - 189:5
**P.A** [2] - 2:7, 2:13
**P.C** [1] - 2:18
**p.m** [2] - 98:17, 98:24
**P.O** [3] - 2:16, 2:19,
2:22
**pack** [1] - 233:6
**package** [1] - 30:7
**packed** [1] - 108:25
**PAGE** [1] - 3:13
**pages** [3] - 90:14,
220:3, 220:10
**paging** [1] - 211:16
**paid** [4] - 22:10, 33:14,
40:11, 212:22
**pain** [13] - 50:16,
50:20, 57:22, 57:24,
58:2, 73:20, 74:3,
74:5, 74:16, 75:7,
257:6, 257:8, 280:17
**Pam** [6] - 151:20,

151:23, 151:25,
153:22, 163:1, 163:3
**Pamela** [27] - 128:22,
128:25, 129:5,
129:9, 129:22,
129:23, 130:2,
130:5, 130:14,
130:16, 130:18,
130:25, 131:11,
150:5, 150:6,
152:10, 155:2,
157:24, 158:12,
158:24, 162:14,
165:12, 168:1,
271:16, 272:2
**Pamela's** [1] - 164:2
**paper** [1] - 28:18
**paperwork** [1] - 97:21
**parallel** [1] - 243:3
**parents** [9] - 8:18,
89:4, 89:11, 170:6,
170:13, 170:20,
171:1, 171:13, 172:1
**park** [6] - 134:5,
134:11, 147:3,
185:9, 185:12, 232:4
**parked** [42] - 134:2,
134:15, 135:19,
137:17, 139:16,
141:6, 141:12,
141:23, 142:3,
142:19, 142:23,
143:17, 143:23,
144:8, 147:8,
147:13, 147:15,
149:16, 149:17,
151:9, 161:1,
161:20, 179:15,
184:8, 185:14,
185:17, 185:18,
185:21, 185:22,
186:19, 187:2,
187:7, 187:9,
190:21, 191:21,
191:22, 220:18,
220:19, 222:5,
222:8, 232:9
**parking** [2] - 149:16,
150:16
**Parsippany** [5] - 7:24,
8:5, 8:23, 16:1, 16:6
**part** [12] - 16:23,
40:22, 45:8, 125:17,
169:2, 171:12,
176:20, 176:24,
202:22, 220:7,
256:22, 269:7
**part-time** [1] - 16:23
**partial** [2] - 124:17,
125:2
**Partially** [1] - 124:6
**particular** [3] - 106:9,
173:25, 177:20
**parties** [1] - 286:12
**parting** [2] - 94:16,
94:17

partly [3] - 127:20,
128:6, 240:24
partner [3] - 29:14,
29:23, 32:15
parts [4] - 44:14,
47:21, 132:20, 247:8
party [6] - 85:14, 98:8,
100:25, 260:2,
262:15, 268:13
partying [4] - 94:8,
94:13, 271:9, 271:15
pass [2] - 182:16,
255:12
passed [5] - 154:1,
155:12, 193:3,
208:24, 231:12
passenger [5] - 100:5,
149:24, 165:10,
167:21, 214:1
passenger's [11] -
150:7, 151:24,
155:9, 163:20,
163:23, 164:1,
164:10, 164:18,
167:13, 168:1,
199:10
passing [3] - 152:7,
152:19, 155:13
past [4] - 40:8, 136:8,
190:10, 193:18
patch [1] - 243:25
pathways [1] - 148:8
patrol [32] - 163:20,
164:14, 167:21,
168:5, 180:2, 180:5,
180:12, 181:22,
181:24, 182:15,
182:20, 182:21,
194:21, 195:7,
195:13, 195:19,
196:4, 205:15,
206:16, 206:24,
207:17, 207:24,
208:3, 212:10,
213:4, 217:14,
220:19, 223:10,
232:8, 273:12,
279:22, 284:17
pattern [2] - 142:7,
142:24
pay [3] - 28:9, 40:16,
216:25
paying [7] - 15:3,
154:2, 154:14,
158:21, 159:1,
159:8, 270:21
payment [2] - 30:13,
30:17
PBA [5] - 113:18,
221:9, 229:13,
229:25, 231:10
pedigree [1] - 277:9
peel [3] - 194:11,
194:16
people [39] - 22:7,
26:13, 28:11, 32:13,

32:14, 35:22, 35:23,
36:11, 45:1, 45:5,
86:7, 100:1, 100:3,
101:15, 109:1,
112:12, 138:25,
139:23, 157:4,
185:7, 185:11,
185:12, 209:25,
225:14, 225:15,
244:24, 262:9,
263:3, 263:13,
265:23, 270:16,
270:17, 270:18,
270:20, 270:22,
270:24, 270:25,
272:2, 277:19
people's [1] - 103:13
per [2] - 173:8
percent [7] - 31:6,
32:8, 32:24, 79:22,
86:7, 218:25, 219:2
percentage [1] - 40:1
perception [3] -
209:16, 256:20,
266:21
perfect [1] - 75:20
performance [3] -
21:4, 26:5, 29:12
performed [1] - 33:4
performing [1] - 28:7
perimeter [1] - 228:9
period [4] - 26:20,
97:23, 117:18,
231:11
permitted [3] - 126:3,
126:12, 173:12
permitting [1] -
173:15
peroxide [1] - 281:16
Perrera [3] - 29:4,
29:5, 29:6
person [20] - 19:16,
22:23, 25:1, 28:10,
36:18, 38:11, 51:6,
53:17, 54:4, 54:11,
87:25, 92:12,
108:13, 111:22,
151:16, 151:17,
151:19, 177:22,
233:16, 238:10
person's [2] - 19:19,
29:1
personal [3] - 85:3,
135:13, 135:14
personally [3] -
128:24, 263:5,
271:11
personnel [1] - 50:23
phone [37] - 28:11,
35:23, 62:2, 152:1,
152:11, 152:17,
153:24, 154:9,
154:10, 154:21,
155:4, 158:13,
158:15, 158:24,
158:25, 159:5,

159:11, 160:11,
160:14, 192:17,
192:23, 194:5,
195:16, 195:21,
196:15, 197:4,
197:7, 197:9, 203:4,
203:15, 203:18,
203:20, 229:17,
268:9, 268:10,
268:11
phoned [1] - 101:21
phones [3] - 269:4,
269:6, 270:1
photo [1] - 205:13
Photograph [3] - 3:14,
3:16, 3:18
photograph [3] -
186:2, 190:1, 242:16
physical [4] - 44:4,
174:3, 200:25,
272:14
Physical [1] - 228:3
physically [9] - 12:15,
13:12, 13:13, 54:6,
139:12, 146:20,
174:20, 179:5,
279:14
Physically [1] - 234:21
physician [2] - 51:13,
54:18, 56:8, 57:10,
58:14
physicians [1] - 56:18
pick [4] - 162:20,
193:9, 193:20,
231:25
picked [9] - 99:21,
100:6, 100:7, 240:9,
240:10, 251:18,
251:19, 264:9, 268:1
picking [4] - 31:14,
202:1, 268:3, 268:8
picture [16] - 185:24,
186:5, 186:23,
186:24, 189:3,
189:4, 189:21,
190:10, 191:18,
268:14, 268:15,
269:1, 269:13,
269:16, 269:17
pictures [5] - 54:9,
242:13, 269:8,
269:25, 270:10
piece [4] - 240:25,
242:9, 242:20
piss [1] - 51:2
Piss [2] - 52:4, 52:9
PK [1] - 163:6
PL [6] - 185:25, 190:5,
190:13, 190:16,
205:8, 205:13
place [15] - 5:17, 7:10,
39:9, 66:24, 101:12,
101:20, 101:24,
112:11, 112:14,
138:4, 237:2,
248:14, 264:17,

273:3, 286:8
placed [5] - 4:25,
116:17, 117:8,
240:19, 273:11
places [1] - 60:7
plainclothes [1] - 93:4
plaintiffs [2] - 128:2,
128:4
Plaintiffs [2] - 1:7,
2:14
plan [4] - 194:2, 196:9,
197:18, 197:19
plastic [2] - 197:13,
221:22
pleasure [1] - 143:11
plummet [1] - 209:4
pocket [3] - 221:8,
221:24, 230:1
point [101] - 12:24,
22:5, 28:5, 28:10,
66:12, 72:22, 76:16,
79:4, 79:7, 87:22,
91:1, 115:7, 115:17,
123:16, 127:18,
137:19, 143:6,
143:16, 155:2,
158:3, 160:8,
162:21, 162:22,
164:16, 165:19,
169:1, 175:1,
179:18, 181:17,
182:10, 182:17,
182:25, 183:3,
185:1, 190:15,
191:4, 191:8, 194:9,
197:1, 199:11,
200:17, 202:10,
203:2, 203:25,
205:24, 206:7,
208:17, 208:18,
212:3, 215:21,
215:23, 217:18,
218:13, 220:20,
220:22, 220:25,
221:25, 222:2,
222:7, 222:10,
223:24, 224:17,
225:21, 228:2,
228:21, 229:7,
229:18, 230:10,
231:4, 231:17,
231:18, 232:6,
236:9, 236:24,
237:11, 237:18,
238:16, 238:17,
238:25, 239:3,
242:4, 245:11,
246:1, 247:21,
249:16, 252:17,
256:18, 263:23,
264:2, 264:25,
267:21, 268:4,
275:5, 279:8,
281:21, 282:7,
282:16, 283:5,
283:17, 284:2

pointed [3] - 190:13,
190:19, 232:19
pointing [7] - 69:17,
69:19, 122:22,
230:23, 233:18,
234:1
Pointing [1] - 230:20
pole [14] - 274:18,
275:21, 275:23,
276:4, 276:8,
276:11, 276:14,
276:17, 276:21,
276:22, 277:1,
277:3, 277:4, 277:6
Police [10] - 2:25, 4:7,
63:10, 83:22, 85:19,
90:1, 92:8, 93:15,
200:13, 231:17
POLICE [5] - 1:9, 1:10,
1:11, 1:12, 1:13
police [74] - 4:15,
49:14, 52:1, 52:2,
52:6, 52:14, 53:23,
54:12, 54:25, 55:8,
55:16, 55:19, 55:24,
56:1, 56:16, 56:23,
57:11, 57:12, 57:15,
61:22, 61:24, 67:1,
67:11, 77:19, 82:8,
82:10, 87:7, 87:18,
88:9, 91:2, 92:3,
92:8, 93:1, 109:4,
127:16, 129:24,
129:25, 130:19,
140:21, 156:10,
158:8, 158:19,
159:23, 160:2,
160:21, 162:3,
177:25, 178:1,
182:24, 183:19,
194:6, 194:9,
194:12, 194:23,
195:18, 204:23,
211:6, 211:10,
212:6, 212:7, 213:2,
216:4, 216:16,
218:8, 218:18,
223:21, 225:13,
227:11, 233:22,
234:12, 234:24,
269:21, 280:12
polite [1] - 156:19
pork [1] - 108:12
portion [3] - 109:14,
134:25, 264:23
pose [1] - 137:4
position [37] - 18:1,
18:2, 28:3, 28:18,
57:1, 65:4, 65:11,
73:1, 76:11, 140:6,
140:7, 166:25,
167:17, 167:22,
168:4, 168:9,
170:21, 173:25,
195:14, 197:16,
204:22, 205:7,

206:1, 206:16, 207:17, 208:4, 218:12, 223:9, 227:18, 228:20, 229:20, 230:5, 252:20, 256:10, 266:3
positions [2] - 28:14, 174:3
positive [1] - 44:25
possible [1] - 194:19
Possible [1] - 191:17
Possibly [2] - 9:4, 189:3
possibly [4] - 12:19, 86:10, 190:7, 209:15
post [6] - 274:20, 274:21, 275:2, 275:3, 275:13, 275:16
pounds [1] - 216:12
PR [2] - 163:6, 163:7
practice [3] - 170:17, 172:23
practicing [1] - 173:9
pray [7] - 171:23, 172:20, 172:21, 173:7, 173:16, 173:17, 173:19
prayer [2] - 174:17, 174:19
prayers [2] - 171:1, 173:17
praying [1] - 174:3
premarital [2] - 176:15, 176:22
premise [1] - 35:6
premises [1] - 30:21
preoccupied [2] - 87:12, 87:14
preparing [1] - 202:17
present [28] - 4:8, 10:6, 13:25, 38:6, 38:7, 52:14, 66:22, 68:24, 77:21, 90:8, 92:3, 93:9, 114:6, 124:3, 131:20, 139:6, 140:2, 258:13, 258:14, 260:4, 262:7, 262:8, 263:2, 263:8, 263:15, 263:17, 270:8
press [15] - 86:25, 87:7, 87:23, 88:11, 88:12, 88:13, 88:17, 88:24, 89:5, 89:11, 114:25, 115:4, 115:9, 115:16
pressure [5] - 63:17, 63:21, 64:4, 64:9, 64:13
Prestige [17] - 23:2, 23:9, 23:10, 23:11, 23:13, 24:14, 24:20, 25:6, 25:7, 25:25,

26:7, 26:10, 26:21, 27:5, 27:13, 27:21
presume [1] - 69:16
presumed [2] - 5:6, 94:18
pretty [14] - 63:14, 66:8, 131:25, 155:24, 200:20, 200:22, 206:22, 220:14, 230:14, 244:2, 252:17, 255:3, 262:20, 282:11
Pretty [7] - 9:19, 63:6, 84:13, 132:22, 138:10, 224:22, 239:12
previous [1] - 98:5
privy [1] - 85:5
problem [24] - 11:9, 196:6, 197:6, 197:25, 198:10, 199:1, 199:8, 199:24, 199:25, 200:1, 200:3, 200:4, 200:5, 200:6, 200:8, 200:9, 200:22, 201:5, 201:10, 203:22, 265:14, 265:16
problems [10] - 15:9, 82:11, 82:12, 168:25, 178:2, 178:6, 178:8, 198:9, 199:22, 233:22
procedures [1] - 31:4
proceeded [1] - 82:14
proceeding [4] - 5:10, 5:14, 6:23, 160:22
proceedings [7] - 4:23, 4:25, 6:17, 72:22, 162:22, 191:4, 231:4
process [4] - 71:14, 245:12, 265:20, 267:2
processing [4] - 274:6, 274:12, 277:15, 279:23
produce [1] - 271:8
product [2] - 30:7, 34:3
program [3] - 14:22, 17:17, 102:17
promised [1] - 25:11
proper [2] - 31:4, 31:9
properties [1] - 42:13
property [1] - 41:16
PROSECUTOR'S [1] - 1:14
prosecutor's [7] - 87:8, 89:14, 89:23, 109:5, 114:12, 115:1, 127:14
Prosecutor's [1] - 91:11

prove [2] - 124:18, 124:19, 124:22
provide [6] - 22:9, 22:15, 29:21, 30:1, 30:2, 237:7
provided [1] - 29:17
providing [1] - 29:25
proximity [1] - 228:1
PUBLIC [1] - 286:21
public [1] - 270:9
Public [2] - 2:5, 286:4
pull [5] - 133:3, 159:23, 201:18, 226:8, 226:10
pulled [27] - 71:16, 156:10, 160:23, 161:5, 161:20, 162:11, 162:15, 162:17, 163:2, 163:24, 164:9, 194:6, 194:12, 202:20, 212:6, 212:8, 212:17, 213:20, 217:13, 226:12, 226:13, 235:19, 235:24, 237:6, 237:12, 267:9, 274:2
pulling [2] - 195:11, 254:9
pulse [3] - 64:16, 64:17, 64:19
pumps [2] - 151:13
punch [9] - 253:9, 253:18, 253:19, 253:21, 254:4, 254:23, 264:15, 265:1, 267:12
punched [15] - 236:25, 244:22, 245:15, 246:12, 246:25, 247:9, 248:20, 248:21, 249:4, 249:5, 249:19, 249:22, 266:13, 267:7
punches [11] - 245:4, 246:13, 247:5, 253:14, 253:25, 255:15, 255:16, 255:20, 255:22, 256:11, 278:20
punching [11] - 246:2, 252:24, 253:3, 254:6, 254:8, 254:14, 256:2, 256:7, 256:22, 267:13, 267:20
purchased [1] - 31:8
purpose [5] - 6:20, 87:19, 114:11, 114:14, 262:15
purposes [1] - 6:19
pursuant [1] - 2:9
push [1] - 116:24
pushed [3] - 73:12,

77:7, 116:23
pushing [2] - 66:10, 72:17
pussy [1] - 282:24
put [55] - 6:17, 18:6, 18:7, 53:21, 54:1, 63:7, 63:10, 63:14, 72:7, 73:10, 73:17, 110:11, 120:21, 126:21, 127:8, 128:7, 128:10, 128:12, 143:14, 143:15, 150:23, 151:4, 160:17, 160:20, 161:8, 163:6, 163:9, 164:3, 181:24, 182:6, 190:20, 190:21, 197:4, 197:7, 203:20, 220:2, 221:23, 225:3, 235:8, 235:14, 235:23, 238:3, 238:21, 238:22, 240:8, 240:15, 240:16, 241:19, 244:6, 244:10, 244:11, 260:10, 264:8, 267:21
Put [2] - 120:19, 150:17
puts [1] - 236:4
putting [5] - 21:16, 125:17, 150:25, 221:18, 236:1

Q

quarter [1] - 153:18
Queens [52] - 94:9, 94:14, 94:17, 94:20, 94:23, 98:2, 101:17, 101:25, 102:3, 103:4, 108:18, 134:9, 134:10, 134:14, 135:18, 135:22, 136:3, 136:11, 136:13, 136:16, 137:12, 137:17, 142:13, 143:18, 144:2, 145:7, 152:2, 152:17, 153:22, 179:14, 181:11, 183:13, 183:25, 184:9, 184:22, 185:1, 185:16, 186:7, 186:10, 186:20, 187:8, 187:15, 188:1, 188:12, 188:15, 188:18, 189:15, 191:14, 191:25, 192:16, 193:9, 243:20

questioned [1] - 127:13
questioning [1] - 126:16
questions [24] - 6:22, 35:1, 46:17, 46:19, 80:11, 88:23, 126:6, 126:9, 126:14, 136:22, 136:23, 137:3, 137:4, 137:9, 140:14, 260:15, 265:9, 265:10, 265:17, 265:24, 266:4, 274:9, 277:8
quick [2] - 194:13, 255:12
quit [3] - 38:8, 39:3, 39:8
quite [1] - 179:12
quitting [2] - 36:17, 39:6

R

race [1] - 213:3
racial [10] - 85:20, 86:21, 88:6, 112:17, 116:5, 116:9, 124:1, 125:1, 128:5, 128:20
racially [20] - 86:4, 86:15, 87:15, 88:1, 88:3, 88:10, 88:18, 91:6, 114:8, 114:23, 115:21, 116:2, 123:17, 124:4, 124:9, 126:23, 127:4, 127:10, 127:16, 127:21
radiologist [12] - 53:6, 53:11, 53:14, 53:20, 53:25, 54:7, 56:8, 56:21, 56:23, 57:13, 57:17, 60:2
radiologist's [1] - 59:3
Radziewicz [4] - 128:22, 128:25, 129:5, 130:3
rail [4] - 241:9, 242:8, 242:10, 242:11
railing [7] - 242:23, 242:24, 243:3, 243:8, 243:10, 243:13, 243:16
raise [1] - 265:13
Ramsey [4] - 23:16, 23:18, 23:21
ran [5] - 28:20, 69:2, 279:9, 279:11, 279:14
Randolph [6] - 8:19, 8:21, 16:3, 16:7, 16:8, 16:9
rank [6] - 213:13, 214:6, 214:7, 214:14, 215:1, 217:7

rank-wise [2] - 214:6, 214:7
rate [3] - 40:1, 64:17, 64:20
rather [2] - 108:19, 109:1
ray [21] - 45:1, 45:5, 46:5, 46:9, 47:18, 48:3, 48:22, 51:6, 52:17, 52:21, 53:2, 53:15, 53:22, 54:1, 54:11, 56:18, 56:24, 57:14, 58:15, 59:22, 60:1
rayed [10] - 43:24, 45:16, 45:19, 46:13, 46:25, 47:2, 47:14, 47:21, 47:24, 48:7
rays [20] - 43:21, 44:4, 44:5, 44:6, 44:8, 44:12, 44:21, 44:25, 45:11, 45:24, 45:25, 46:2, 54:2, 54:9, 58:1, 58:24, 59:15, 59:18, 59:19, 60:6
reach [2] - 192:22, 235:19
reached [5] - 211:14, 219:19, 220:1, 221:8, 235:14
reacted [1] - 124:25
reaction [2] - 85:18, 233:23
read [19] - 29:22, 29:24, 30:3, 31:2, 31:16, 32:15, 47:10, 67:1, 86:6, 86:9, 90:7, 110:6, 110:13, 110:15, 110:18, 126:23, 127:3, 160:14, 218:8
Reading [3] - 15:19, 15:21, 15:22
reading [1] - 109:16
Reading-Fleming [2] - 15:19, 15:22
ready [4] - 103:24, 133:22, 201:18, 227:12
real [4] - 21:18, 128:16, 215:22, 255:18
reality [1] - 22:3
realize [1] - 231:12
really [51] - 17:3, 22:1, 25:2, 25:4, 28:13, 50:20, 55:1, 55:19, 56:3, 56:4, 56:7, 57:23, 66:1, 81:11, 83:20, 84:15, 85:13, 85:15, 87:19, 97:15, 100:17, 104:9, 104:10, 104:12, 107:9, 107:12, 108:7, 108:21, 124:23, 128:14,

129:21, 141:1, 141:4, 152:6, 154:24, 155:20, 156:2, 156:3, 157:12, 166:2, 171:2, 174:1, 192:6, 236:25, 252:16, 255:12, 258:16, 258:25, 259:7, 259:25, 283:16
rear [2] - 226:17, 226:18
reason [50] - 14:25, 15:10, 20:15, 20:21, 21:18, 22:21, 31:3, 31:10, 33:19, 34:5, 34:9, 35:7, 35:13, 36:1, 36:2, 38:10, 39:14, 40:14, 42:17, 42:21, 42:24, 81:12, 83:10, 86:2, 88:14, 88:15, 124:14, 124:20, 125:4, 125:5, 125:6, 125:9, 125:12, 125:15, 125:16, 127:23, 127:24, 128:9, 128:12, 128:18, 147:11, 147:16, 165:8, 168:15, 176:25, 214:21, 215:22, 223:16, 224:23
Reason [2] - 22:18, 140:23
reasons [13] - 37:24, 39:7, 83:18, 108:2, 124:15, 124:25, 125:3, 125:18, 125:21, 128:11, 128:13
receive [1] - 31:8
received [8] - 41:6, 43:17, 44:13, 186:2, 190:1, 242:16, 264:24, 285:13
receiving [2] - 29:20, 256:11
recess [3] - 72:23, 162:23, 231:5
recognition [1] - 148:22
recognize [4] - 129:21, 131:6, 154:13, 186:8
Recognized [1] - 148:17
recognized [9] - 129:25, 130:15, 130:18, 148:15, 148:19, 148:25, 151:16, 155:15
recognizing [1] - 130:23
recollect [1] - 222:7
recollection [28] -

8:16, 46:16, 66:12, 75:6, 78:9, 92:11, 100:5, 101:19, 109:21, 109:23, 119:17, 123:11, 144:7, 151:8, 154:1, 158:17, 161:17, 186:22, 187:1, 188:6, 218:20, 218:23, 219:5, 253:6, 255:14, 274:17, 275:3, 277:7
recommendations [1] - 26:12
recommended [1] - 26:7
record [11] - 5:18, 6:5, 36:1, 81:15, 94:15, 126:13, 178:23, 179:11, 191:5, 253:24, 255:5
recorded [2] - 5:24, 119:10
records [2] - 44:3, 44:11
recount [1] - 111:1
reduced [1] - 139:24
refer [2] - 171:6, 205:8
referred [2] - 43:22, 44:5
referring [1] - 253:12
reflect [1] - 247:2
refresh [4] - 186:22, 186:25, 218:19, 218:22
refuse [1] - 51:21
refused [1] - 31:23
refusing [1] - 51:24
regard [1] - 56:4
regards [2] - 23:3, 24:24
Region [1] - 14:19
region [1] - 23:3
Regional [2] - 15:15, 50:4
Regular [1] - 105:15
regular [5] - 28:15, 93:6, 105:16, 185:7, 205:6
reinforcements [2] - 229:21, 233:24
relate [1] - 94:1
related [5] - 60:17, 80:1, 109:5, 117:8, 286:11
relation [2] - 12:11, 96:23
relationship [6] - 32:19, 32:20, 143:18, 149:12, 151:13, 161:10
relative [3] - 60:11, 79:25, 286:14
relative's [1] - 60:13
relatives [1] - 89:25

relax [1] - 4:19
release [6] - 54:14, 54:20, 55:8, 92:16, 115:13, 254:4
released [10] - 48:5, 51:7, 52:23, 53:10, 55:6, 55:15, 56:22, 57:15, 57:19, 57:22
religion [11] - 106:3, 106:5, 106:13, 107:25, 108:1, 170:16, 174:2, 176:16, 176:21, 176:24, 233:1
religiously [1] - 106:1
remain [5] - 72:25, 140:7, 140:19, 206:16, 227:18
remainder [5] - 103:23, 104:2, 104:3, 187:21, 192:7
remained [1] - 52:18
remark [3] - 208:24, 209:25, 210:12
Remember [1] - 149:3
remember [140] - 8:2, 11:7, 12:6, 23:20, 29:17, 30:15, 44:23, 45:15, 45:18, 46:2, 46:5, 46:9, 46:12, 46:15, 47:17, 47:23, 49:21, 50:10, 60:9, 62:14, 66:14, 73:8, 73:9, 77:16, 77:25, 78:2, 79:18, 79:21, 91:9, 91:14, 92:2, 92:10, 93:7, 93:19, 93:21, 93:22, 93:23, 93:25, 94:12, 97:12, 98:12, 99:12, 99:14, 101:13, 103:5, 104:7, 109:7, 109:8, 111:8, 112:16, 112:20, 112:22, 116:10, 116:18, 116:25, 117:6, 117:10, 118:2, 118:22, 118:23, 119:3, 123:18, 127:18, 132:8, 133:1, 133:12, 133:14, 134:1, 139:11, 144:4, 144:24, 147:6, 148:1, 148:8, 148:9, 148:10, 151:14, 153:19, 153:21, 155:16, 156:23, 157:7, 159:24, 161:18, 162:13, 163:3, 166:10, 177:17, 177:20, 178:20, 182:23, 192:6, 192:11, 192:13, 195:17, 200:24, 201:3,

201:9, 201:25, 202:2, 202:9, 204:22, 205:2, 205:20, 205:24, 208:6, 208:8, 208:20, 212:16, 213:25, 214:1, 216:8, 222:4, 222:13, 223:13, 226:7, 228:25, 229:2, 244:21, 244:23, 247:11, 247:17, 248:24, 249:7, 254:13, 255:8, 255:9, 255:10, 261:19, 261:22, 261:23, 273:25, 274:16, 274:23, 275:4, 275:20, 276:14, 277:5, 279:3, 280:20
remove [1] - 32:17
removed [2] - 30:20, 275:15
rendezvous [2] - 99:24, 202:19
reneged [1] - 24:14
rent [3] - 40:16, 40:18, 41:17
rental [1] - 41:16
repeat [2] - 5:3, 240:12
repeating [1] - 121:14
rephrase [2] - 5:3, 83:9
replaced [3] - 20:25, 39:1, 39:3
report [32] - 29:18, 29:22, 54:16, 67:1, 67:11, 71:25, 89:14, 90:6, 90:7, 90:15, 91:21, 110:8, 110:11, 110:13, 110:14, 110:18, 110:19, 110:20, 110:22, 111:3, 111:11, 116:22, 210:17, 210:18, 210:19, 210:21, 210:24, 211:6, 211:9, 211:10, 234:24
Reporter [2] - 2:4, 286:4
reporter [4] - 186:3, 190:2, 242:17, 285:14
REPORTERS [2] - 1:26, 1:26
reports [7] - 53:2, 53:16, 53:22, 54:11, 59:22, 218:8, 274:8
represent [1] - 4:6
representing [1] - 80:23
represents [4] - 4:9,

Case 2:06-cv-04701-DMC-MF    Document 99-13    Filed 01/07/10    Page 43 of 49 PageID: 1533
Deposition of BASSEM KANDIL, taken on September 24, 2008    Page 19 to 19 of 25

19

4:10, 4:11, 4:13
repulsed [2] - 104:14, 104:17
reputation [1] - 81:10
reputation-wise [1] - 81:10
request [1] - 31:21
requires [1] - 174:3
rescue [1] - 158:9
reserving [1] - 39:25
resided [1] - 7:13
residences [3] - 144:16, 144:20, 148:5
residential [1] - 141:10
resignation [1] - 22:4
resolved [1] - 41:2
respect [9] - 18:17, 31:14, 56:15, 112:9, 158:6, 266:20, 277:2, 278:11, 282:5
responded [3] - 199:23, 201:7, 282:10
response [20] - 52:8, 84:8, 84:10, 160:7, 168:22, 198:3, 198:6, 198:9, 199:7, 200:23, 201:4, 201:14, 210:10, 210:15, 270:6, 281:24, 282:4, 283:1, 283:5, 283:7
responsibility [1] - 32:4
responsible [1] - 128:6
rest [5] - 100:7, 188:2, 246:21, 249:2, 262:19
restaffed [4] - 34:16, 34:21, 35:8, 36:3
restaffing [1] - 34:18
restate [2] - 53:24, 133:22
restaurant [8] - 81:9, 81:11, 81:13, 81:16, 81:19, 81:24, 82:11, 85:12
result [7] - 21:15, 34:16, 44:13, 46:9, 58:22, 89:17, 239:7
results [2] - 45:2, 45:3
returned [2] - 229:10, 229:13
review [1] - 44:7
reviewed [2] - 53:25, 59:15
reviewing [1] - 53:7
rib [3] - 247:12, 256:1, 256:7
ribs [6] - 48:6, 48:10, 54:15, 247:16, 247:19, 267:12

ride [8] - 198:7, 198:8, 198:11, 199:21, 201:16, 201:18, 202:9, 210:11
RIDGEFIELD [1] - 1:27
rip [2] - 221:20, 221:21
river [2] - 268:18, 269:14
Road [2] - 8:5, 8:23
road [1] - 227:4
roadway [2] - 204:23, 205:2
Robert [16] - 49:8, 49:10, 49:12, 49:14, 49:16, 50:21, 55:20, 58:9, 58:15, 58:16, 58:24, 59:13, 59:22, 60:2, 60:10, 62:9
ROBERT [1] - 2:13
Robin [7] - 96:16, 97:2, 100:6, 108:20, 139:8, 139:9
rode [1] - 284:11
Rodriguez [10] - 91:10, 93:11, 110:21, 110:25, 112:23, 114:6, 115:8, 122:5, 122:13, 122:17
rolled [1] - 197:5
rolling [1] - 62:19
Romain [39] - 96:14, 96:15, 96:25, 101:19, 126:6, 129:8, 129:18, 130:2, 130:10, 131:10, 139:8, 148:20, 149:3, 151:16, 155:16, 155:21, 155:22, 156:24, 157:5, 157:8, 157:19, 158:7, 158:23, 159:16, 160:3, 160:6, 169:2, 169:12, 188:14, 192:3, 206:8, 206:11, 222:16, 223:14, 224:20, 233:8, 272:1, 272:24
ROMAIN [1] - 96:15
Romain's [1] - 139:9
roof [1] - 189:10
room [31] - 42:25, 43:25, 47:15, 48:13, 49:5, 52:17, 54:19, 55:11, 56:8, 57:9, 57:10, 67:15, 68:10, 68:23, 69:1, 92:4, 92:14, 92:19, 93:9, 111:1, 122:18, 274:1, 274:5, 274:7, 274:12, 277:15, 277:19, 278:5,

279:23, 285:2
ROTHSCHILD [1] - 2:18
rough [2] - 40:4, 133:16
roughly [7] - 39:17, 42:2, 64:1, 65:13, 91:20, 174:23, 174:24
roundhouse [1] - 253:22
Route [1] - 23:21
routine [2] - 25:5, 170:7
Rui [5] - 29:2, 29:4, 29:10, 29:14, 29:15
RUI [1] - 29:4
Rui's [1] - 29:11
run [1] - 69:3
running [3] - 202:11, 243:3, 282:21
rush [1] - 253:16
Rutgers [5] - 14:5, 15:12, 16:21, 106:19, 146:16

## S

S-O-R-E-L-L-A [1] - 81:17
S-T-E-N-G-E-R [1] - 38:24
safety [1] - 134:21
sales [18] - 17:13, 17:25, 18:20, 18:23, 19:4, 19:9, 19:14, 19:18, 19:24, 28:16, 29:8, 29:9, 35:8, 36:16, 38:12, 38:18
Sales [1] - 18:2
Salesman [1] - 17:15
salesman [4] - 17:23, 18:18, 19:24, 20:3
salespeople [4] - 22:3, 32:8, 32:24, 33:1
salesperson [4] - 17:13, 19:10, 32:5, 32:6
Salesperson [1] - 19:8
salesperson's [2] - 22:1, 32:4
Sam [36] - 61:17, 61:19, 66:3, 66:7, 66:20, 66:21, 66:24, 67:2, 68:4, 68:8, 68:10, 68:12, 68:16, 68:20, 68:22, 68:25, 70:24, 71:4, 71:8, 71:17, 75:17, 78:8, 79:9, 79:13, 79:18, 80:1, 80:21, 80:23, 118:6, 119:2, 119:7, 119:13, 120:13, 122:6, 122:13, 128:2

Sam's [3] - 61:14, 79:23, 95:12
Sameh [6] - 60:14, 60:23, 61:4, 61:15, 62:15, 67:14
SAMEH [1] - 60:14
Sameh's [1] - 95:12
Sammy [5] - 65:21, 65:23, 66:13, 66:16, 284:25
sat [7] - 70:16, 128:16, 212:3, 258:17, 259:7, 263:9, 274:15
saw [40] - 53:21, 54:2, 54:6, 54:8, 66:4, 68:6, 68:8, 70:24, 76:11, 78:2, 108:7, 129:23, 138:24, 139:20, 139:21, 154:9, 155:2, 159:12, 159:22, 179:8, 179:9, 180:25, 195:7, 202:16, 221:6, 225:13, 232:11, 233:18, 258:18, 258:24, 259:3, 259:19, 261:9, 263:3, 271:22, 272:10, 272:15, 273:3, 273:7, 280:14
scale [1] - 144:4
scan [2] - 48:12, 48:18, 48:21, 48:22, 48:23
scene [19] - 61:9, 66:14, 90:22, 91:1, 113:18, 123:13, 158:19, 216:4, 217:18, 218:3, 218:24, 219:16, 224:4, 224:13, 225:4, 225:16, 231:9, 231:13, 278:8
school [13] - 8:20, 13:24, 14:1, 15:13, 15:14, 16:12, 16:14, 16:20, 102:12, 102:20, 144:7, 147:7, 170:3
School [6] - 15:15, 15:20, 15:22, 16:1, 16:3, 16:6
schooling [2] - 16:15, 16:16
schools [1] - 15:18
Scott [2] - 108:15, 108:18
scream [3] - 74:8, 74:11, 74:20
screaming [9] - 72:2, 73:19, 73:20, 73:21, 73:22, 74:2, 74:16, 75:1, 75:6
screams [2] - 74:17, 75:23

screeching [1] - 194:20
seat [4] - 163:20, 167:13, 168:1, 219:20
seated [3] - 5:8, 10:11, 275:7
seats [1] - 100:8
second [19] - 9:2, 23:2, 24:23, 28:8, 50:19, 52:8, 57:2, 188:21, 191:3, 192:13, 193:22, 201:20, 212:13, 224:1, 224:17, 231:19, 240:20, 255:12, 260:12
seconds [4] - 156:14, 193:23, 201:22, 267:15
section [2] - 185:9, 225:22
security [3] - 77:11, 77:15, 77:22
Security [1] - 7:8
see [69] - 18:4, 33:10, 43:16, 47:11, 52:22, 66:18, 68:2, 70:6, 70:9, 70:22, 70:24, 76:25, 79:3, 79:6, 83:8, 91:3, 128:14, 144:22, 150:4, 155:1, 160:11, 160:21, 164:18, 166:5, 167:15, 168:11, 168:14, 186:14, 186:16, 186:18, 189:3, 189:4, 189:5, 189:21, 190:10, 190:11, 193:4, 193:16, 193:18, 194:25, 204:9, 205:9, 205:10, 216:3, 216:13, 216:24, 217:10, 226:8, 226:9, 226:20, 232:3, 242:8, 244:1, 251:8, 257:11, 257:18, 257:25, 258:11, 258:20, 258:21, 258:23, 259:5, 259:6, 259:21, 262:20, 267:2, 272:20, 273:5, 277:14
See [4] - 11:13, 59:4, 167:24, 186:13
seeing [3] - 62:14, 66:12, 66:14
seek [1] - 278:24
seeking [1] - 266:1
seem [1] - 82:18
sell [1] - 39:24
selling [3] - 28:6, 31:4,

32:10
semester [2] - 14:24, 102:16
senlority [1] - 216:23
sense [4] - 145:3, 201:21, 203:5, 210:23
sent [6] - 43:21, 44:4, 44:5, 45:24, 160:15, 281:6
sentence [2] - 117:24, 122:1
separate [4] - 34:24, 35:1, 84:14, 223:4
separated [2] - 34:8, 132:20
separately [3] - 30:1, 261:12, 261:16
separation [8] - 29:18, 31:3, 31:11, 31:17, 33:11, 33:19, 34:19, 35:3
September [6] - 1:20, 2:8, 37:16, 37:17, 37:22, 111:6
Sergeant [18] - 4:14, 66:6, 66:7, 67:2, 67:11, 76:10, 77:20, 78:25, 79:18, 279:8, 279:17, 280:10, 280:13, 281:22, 282:4, 283:10, 284:20, 284:22
SERGEANT [1] - 1:11
sergeant [14] - 72:15, 74:23, 77:2, 77:4, 78:10, 78:14, 78:22, 78:24, 163:22, 217:9, 279:12, 280:10, 280:13, 282:19
sergeants [1] - 51:5
series [2] - 126:25, 203:25
seriously [1] - 281:18
serve [1] - 87:19
served [1] - 107:14
service [4] - 28:7, 30:1, 30:2, 174:22
services [1] - 176:23
set [19] - 209:11, 239:23, 239:25, 240:1, 240:8, 240:13, 240:16, 240:20, 264:8, 267:21, 275:20, 275:25, 276:2, 276:6, 277:2, 277:4, 286:9
sets [7] - 239:16, 239:18, 268:2, 275:4, 275:22, 275:23, 276:25
Seven [1] - 162:6
seven [10] - 140:1, 140:16, 163:9,

182:14, 192:7, 260:11, 260:16, 261:24, 270:17, 270:18
seventy [1] - 39:18
sex [2] - 176:15, 176:22
SHABIA [1] - 80:18
Shadia [1] - 80:17
SHADIA [1] - 80:19
shaking [1] - 280:14
shape [2] - 140:24, 141:24
Shaw [5] - 101:4, 108:18, 108:20, 131:10, 139:9
SHAW [1] - 101:4
Shell [72] - 136:7, 136:9, 136:12, 137:13, 137:16, 138:20, 138:23, 138:25, 139:19, 139:21, 140:3, 140:8, 140:17, 140:19, 140:23, 141:3, 141:7, 141:21, 142:3, 142:8, 142:12, 142:15, 142:20, 142:24, 143:3, 143:17, 143:22, 144:1, 144:17, 144:19, 145:2, 145:7, 146:6, 146:11, 147:12, 147:24, 148:6, 148:14, 148:15, 149:12, 149:16, 150:11, 150:14, 151:4, 151:9, 152:20, 152:24, 153:3, 153:6, 153:7, 153:12, 153:13, 153:14, 153:17, 160:24, 178:24, 184:16, 184:21, 184:25, 186:6, 186:9, 189:16, 189:17, 191:24, 193:3, 194:12, 196:24, 196:25, 222:9, 232:10, 272:25
shell [1] - 141:2
sheriff's [1] - 229:17
Sheriff's [3] - 112:25, 221:12, 221:16
shirt [2] - 217:2, 217:3
shirts [1] - 217:6
shock [2] - 92:20, 283:4
Shongum [3] - 16:3, 16:4, 16:5
SHONGUM [1] - 16:5
shook [1] - 282:11
shooting [1] - 75:9

short [4] - 141:22, 156:5, 253:19, 253:25
shorter [3] - 147:20, 189:9, 250:6
SHORTHAND [1] - 1:26
shot [2] - 74:9, 104:1
shoulder [15] - 45:19, 46:13, 46:15, 46:16, 46:24, 47:1, 47:2, 47:14, 47:18, 47:24, 48:3, 66:8, 211:14, 211:15, 250:5
shoulders [8] - 47:20, 47:25, 248:1, 248:2, 248:10, 248:12, 251:21, 251:22
shoved [1] - 72:1
show [9] - 88:14, 186:5, 188:25, 189:4, 189:21, 190:3, 191:18, 242:19, 242:20
showed [1] - 44:25
shower [1] - 98:11
showered [1] - 99:20
shows [1] - 190:4
Shut [1] - 282:8
siblings [1] - 80:5
side [84] - 48:7, 63:13, 65:25, 76:20, 76:22, 92:18, 114:18, 133:11, 134:12, 136:7, 136:13, 136:15, 136:19, 137:12, 137:14, 138:23, 141:6, 142:3, 144:17, 150:5, 150:6, 150:7, 151:17, 151:20, 151:23, 151:24, 153:2, 153:12, 153:23, 155:3, 155:9, 162:4, 162:8, 163:23, 164:1, 164:10, 164:14, 164:19, 167:23, 182:19, 182:20, 183:13, 184:16, 185:2, 185:15, 186:19, 186:20, 187:1, 187:3, 187:7, 189:19, 194:14, 194:24, 195:19, 196:4, 196:11, 196:22, 197:5, 197:8, 199:10, 202:5, 202:25, 203:10, 205:5, 215:1, 215:5, 220:15, 226:19, 241:5, 243:23, 247:12, 247:25, 251:25, 252:3, 253:7, 253:12,

255:2, 255:6, 255:8, 268:2, 282:5
sides [6] - 225:22, 247:12, 247:14, 248:2, 248:4, 248:11
sidewalk [43] - 132:14, 132:21, 142:14, 153:2, 153:9, 153:11, 161:5, 161:14, 161:15, 161:18, 183:21, 183:22, 183:23, 184:1, 184:6, 187:19, 187:24, 188:7, 188:9, 188:13, 188:15, 192:8, 206:13, 220:23, 221:3, 222:1, 222:3, 222:5, 222:11, 222:16, 222:20, 222:23, 223:6, 225:6, 231:11, 232:12, 240:23, 240:24, 241:1, 242:9, 243:4, 243:25
Sign [1] - 32:22
sign [7] - 30:23, 31:12, 31:23, 32:16, 32:17, 33:2
signed [5] - 29:18, 29:23, 30:20, 30:23, 31:10, 33:15, 36:7, 36:8
significance [1] - 34:8
signing [3] - 30:15, 32:23, 33:18
simple [2] - 80:11, 227:12
simpler [1] - 44:18
sirens [5] - 226:21, 226:22, 226:24, 227:1, 227:3
sister [2] - 80:3, 80:6
sit [3] - 273:8, 283:9, 284:5
sitting [8] - 55:11, 122:22, 122:24, 123:1, 123:4, 123:6, 203:19, 274:16
situation [6] - 11:4, 27:21, 31:15, 39:20, 119:4, 270:4
Six [1] - 244:19
six [27] - 11:2, 11:3, 20:8, 20:12, 35:15, 39:15, 105:15, 180:7, 213:9, 216:10, 216:11, 216:12, 218:24, 244:16, 244:18, 256:14, 256:17, 259:4, 259:20, 263:24, 264:19, 264:20, 265:7, 268:23, 269:24,

270:2, 278:17
six-foot [1] - 244:16  20
six-four [1] - 216:12
six-mlnute [1] - 278:17
six-two [1] - 216:11
sixth [2] - 8:10, 9:5
Sixty [1] - 61:2
sixty [2] - 39:17, 156:14
Sixty-two [1] - 61:2
size [5] - 105:17, 213:3, 213:7, 216:8, 228:25
size-wise [1] - 228:25
sizes [2] - 228:23, 228:25
slammed [1] - 67:21
slamming [1] - 67:16
sleeping [1] - 61:16
sleeves [1] - 213:14
slip [1] - 80:9
Slow [1] - 125:24
slow [2] - 171:18, 258:7
slurs [5] - 88:7, 112:17, 116:5, 116:9, 124:2
small [1] - 242:9
smart [1] - 53:17
smell [4] - 112:7, 112:12, 112:13, 112:15
smelled [2] - 111:24, 112:2
smells [2] - 111:23, 112:11
smoke [3] - 223:19, 233:3, 233:13
smoking [5] - 225:11, 232:25, 233:11, 233:14, 242:6
snapped [1] - 197:14
snatched [1] - 221:16
snuck [1] - 285:2
Social [1] - 7:8
sold [1] - 34:3
sole [2] - 42:3, 42:4
someone [6] - 53:9, 74:5, 88:8, 112:3, 148:14, 164:25
someplace [1] - 8:14
Somerset [1] - 94:9
Sometimes [3] - 85:13, 103:18, 175:13
Somewhere [1] - 65:12
somewhere [5] - 37:25, 144:8, 145:6, 150:11, 150:16
somewheres [5] - 49:22, 70:23, 135:23, 152:25, 163:7

**soon** [5] - 127:2, 133:10, 137:24, 196:3, 196:19
**Sorella** [1] - 81:17
**sorry** [20] - 5:13, 10:20, 14:10, 16:10, 30:16, 48:21, 49:16, 97:3, 104:18, 133:19, 151:22, 160:1, 163:7, 168:13, 226:24, 226:25, 235:8, 246:21, 249:15, 280:2
**sort** [6] - 14:24, 140:24, 219:24, 262:14, 277:20, 279:6
**sound** [1] - 10:2
**Spagnola** [1] - 4:10
**SPAGNOLA** [3] - 2:18, 2:19, 198:25
**speaking** [11] - 92:20, 111:16, 126:3, 126:4, 126:13, 137:5, 137:8, 165:25, 168:15, 168:16, 262:16
**speaks** [1] - 75:20
**Special** [1] - 40:22
**specialist** [2] - 44:5, 45:25
**specialists** [2] - 43:23, 44:14
**specific** [2] - 47:21, 216:8
**specifically** [2] - 211:19, 238:13
**specifics** [3] - 119:5, 153:20, 230:15
**spell** [1] - 16:4
**Spell** [2] - 29:3, 96:6
**spelled** [1] - 60:15
**spells** [1] - 96:10
**spite** [1] - 125:8
**spoken** [5] - 88:4, 165:11, 168:19, 183:2, 199:17
**spot** [2] - 206:17, 206:18
**spun** [1] - 72:1
**squeal** [3] - 195:1, 195:3
**squealing** [2] - 194:18, 195:5
**staff** [5] - 20:25, 21:1, 21:16, 35:20, 36:11
**stair** [3] - 241:8, 242:8, 242:10
**stairs** [1] - 243:18
**stand** [6] - 73:8, 75:4, 188:15, 222:1, 230:25, 257:15
**standard** [1] - 105:16
**standing** [52] - 66:1,

66:2, 66:18, 68:5, 68:20, 68:22, 74:24, 76:12, 76:15, 77:5, 123:2, 123:4, 123:7, 123:9, 123:11, 149:15, 149:20, 152:5, 155:5, 155:24, 162:16, 163:25, 165:17, 166:1, 168:3, 173:22, 203:9, 203:14, 203:21, 204:1, 204:2, 204:4, 210:4, 215:4, 219:7, 220:14, 225:6, 225:11, 228:8, 238:4, 241:8, 242:25, 243:7, 243:22, 249:1, 257:13, 257:15, 259:14, 259:16, 269:21, 275:19
**staring** [1] - 167:2
**start** [9] - 13:24, 21:9, 23:6, 23:24, 23:25, 140:8, 143:12, 174:15, 263:22
**started** [44] - 14:2, 14:12, 14:17, 17:18, 22:6, 39:9, 86:10, 86:12, 87:16, 111:1, 114:22, 116:16, 116:23, 117:3, 129:19, 138:1, 149:2, 150:25, 152:6, 152:8, 154:5, 177:12, 178:18, 179:4, 179:24, 194:10, 194:13, 195:15, 202:23, 211:16, 215:23, 221:15, 223:18, 252:23, 253:16, 254:6, 267:13, 272:19, 281:15
**starting** [2] - 80:9, 110:23
**starts** [3] - 90:6, 174:22, 214:19
**State** [2] - 2:5, 286:4
**STATE** [1] - 286:21
**state** [3] - 72:1, 72:4, 93:13
**statement** [12] - 54:17, 54:20, 117:20, 118:10, 118:14, 121:14, 199:24, 201:2, 201:15, 202:3, 283:12, 283:19
**statements** [1] - 203:7
**States** [2] - 24:23, 97:21
**STATES** [1] - 1:1
**states** [16] - 31:3, 31:25, 33:25, 67:13,

69:2, 89:22, 89:24, 90:4, 90:15, 91:21, 91:24, 94:16, 111:5, 117:24, 118:25, 120:23
**stating** [8] - 71:17, 93:25, 116:25, 117:10, 126:11, 132:8, 199:24, 277:24
**station** [11] - 61:22, 61:24, 93:1, 129:24, 129:25, 139:6, 145:7, 185:13, 196:2, 203:16, 232:5
**Station** [56] - 136:7, 136:9, 136:12, 137:13, 137:16, 138:20, 138:24, 138:25, 139:19, 140:3, 140:9, 140:17, 140:20, 140:23, 141:4, 141:7, 141:22, 142:3, 142:8, 142:12, 142:15, 142:20, 143:3, 143:17, 143:23, 144:1, 144:18, 144:19, 146:7, 146:11, 147:12, 148:6, 148:14, 148:16, 149:13, 150:11, 151:4, 151:10, 152:25, 153:3, 153:7, 153:12, 153:13, 153:14, 160:24, 178:24, 184:16, 184:22, 184:25, 186:6, 186:10, 191:24, 194:13, 222:9, 232:10, 272:25
**statute** [2] - 219:25, 220:3
**statutes** [1] - 219:24
**stay** [7] - 7:19, 9:10, 9:18, 24:13, 24:15, 193:6, 223:4
**Stay** [2] - 24:17, 195:24
**stayed** [3] - 9:12, 223:9, 229:24
**staying** [2] - 27:19, 228:9
**STEIN** [2] - 2:6, 2:13
**stemmed** [1] - 22:4
**Stenger** [2] - 38:24, 38:25
**step** [4] - 171:19, 171:20, 171:21, 268:17
**Stephen** [4] - 7:16, 8:20, 8:23, 9:2
**stepped** [2] - 119:15,

243:4
**stepping** [5] - 74:23, 76:8, 76:18, 76:21, 214:19
**steps** [2] - 194:11, 215:25
**stereo** [1] - 198:15
**STEVEN** [1] - 7:17
**Still** [1] - 220:16
**still** [41] - 4:24, 8:19, 9:2, 15:9, 18:11, 28:22, 37:19, 42:4, 57:22, 112:5, 123:22, 124:24, 128:4, 141:16, 142:20, 162:8, 162:11, 163:5, 191:7, 194:5, 202:11, 203:3, 203:9, 203:14, 204:1, 204:2, 204:4, 204:5, 204:15, 205:22, 206:5, 206:9, 215:1, 215:7, 216:18, 220:18, 225:14, 237:17, 249:23, 276:13, 276:20
**stomach** [1] - 62:24
**stomped** [1] - 245:15
**Stone** [1] - 4:11
**STONE** [21] - 2:21, 2:22, 11:6, 68:4, 58:7, 64:25, 89:3, 89:7, 89:10, 96:8, 100:10, 100:13, 175:7, 175:11, 198:12, 198:18, 262:21, 263:7, 263:11, 279:19, 280:2
**Stood** [2] - 212:5, 235:25
**stood** [7] - 73:5, 76:16, 212:4, 222:2, 222:15, 257:13, 259:13
**stop** [7] - 138:4, 193:15, 205:3, 257:9, 282:14, 283:8
**stopped** [35] - 94:21, 138:24, 145:1, 147:25, 154:5, 179:10, 179:20, 195:24, 195:25, 196:4, 196:19, 196:20, 196:21, 196:22, 197:1, 197:2, 197:3, 202:10, 202:15, 202:16, 203:3, 203:9, 203:10, 203:23, 203:24, 205:14, 206:1, 216:17, 231:18, 263:24, 263:25

**story** [7] - 20:22, 114:18, 246:24, 249:2, 282:5, 283:18, 283:23
**straight** [5] - 69:25, 70:1, 154:3, 253:21
**straight-on** [1] - 253:21
**straighten** [1] - 145:14
**Street** [5] - 7:16, 8:20, 8:23, 9:3, 81:22
**street** [108] - 8:4, 81:21, 134:3, 134:5, 134:8, 136:7, 136:13, 136:16, 136:19, 137:14, 138:23, 141:6, 141:8, 141:23, 142:3, 142:6, 142:22, 143:1, 143:2, 143:4, 143:22, 144:6, 144:9, 144:10, 144:12, 144:17, 144:18, 145:5, 145:6, 145:16, 145:21, 145:23, 146:1, 146:2, 146:15, 146:17, 146:22, 146:24, 147:5, 147:12, 147:14, 148:8, 153:5, 153:12, 153:17, 160:22, 161:11, 161:12, 161:15, 162:1, 178:19, 178:21, 178:24, 179:3, 179:5, 179:7, 182:23, 183:12, 183:13, 183:17, 183:20, 183:24, 184:2, 184:3, 185:2, 185:4, 185:15, 186:9, 186:19, 186:20, 187:1, 187:3, 187:8, 187:19, 187:22, 188:1, 188:3, 188:8, 188:9, 188:11, 188:18, 189:19, 190:4, 191:8, 191:24, 192:4, 192:8, 193:16, 194:10, 196:11, 202:1, 202:7, 202:19, 202:23, 204:15, 206:2, 206:5, 206:11, 225:22, 226:6, 232:5, 241:2, 241:3, 243:9
**streets** [6] - 134:12, 143:16, 143:20, 144:24, 145:15, 148:7

strike [4] - 192:11, 200:25, 202:13, 227:14
Strike [3] - 33:8, 183:8, 224:6
strikes [1] - 279:24
strip [2] - 102:24, 242:21
stripes [1] - 213:14, 216:24
strong [1] - 111:15
struck [1] - 280:6
struggle [11] - 72:8, 241:7, 241:12, 241:18, 243:13, 243:16, 243:21, 243:24, 244:15, 278:8, 278:10
student [3] - 16:21, 106:19, 107:8
stuff [17] - 32:21, 37:9, 46:21, 84:14, 108:1, 110:5, 110:7, 141:10, 149:10, 175:14, 211:19, 227:8, 272:3, 277:10, 278:6, 281:17, 284:24
subsequently [1] - 139:17
Succasunna [2] - 1:20, 2:7
sudden [1] - 214:17
sued [2] - 40:18, 42:16
suggested [1] - 117:21
suggesting [1] - 125:25
suggestion [1] - 193:21
suit [7] - 80:24, 81:4, 81:7, 84:6, 84:12, 93:5, 93:7
summer [1] - 36:24
summons [5] - 116:17, 219:22, 224:24, 227:12, 229:8
superior [2] - 217:7, 279:3
SUPERIOR [1] - 1:26
supervise [1] - 135:3
SUPERVISING [1] - 1:15
supervisor [2] - 28:24, 38:10
supplied [1] - 90:11
supposed [5] - 22:3, 23:6, 23:24, 150:15, 173:7
surprise [2] - 115:21, 227:10
SUSAN [1] - 2:24
Susan [2] - 4:8, 4:13
sworn [2] - 4:2, 286:8

symbol [1] - 161:8
sync [2] - 203:23, 210:16
synopsis [1] - 90:4
system [1] - 30:5

## T

table [1] - 122:24
talkie [2] - 211:15, 211:16
talks [1] - 89:15
tall [4] - 214:7, 214:8, 214:20, 216:16
taller [5] - 214:4, 214:5, 214:24, 216:22, 219:8
taste [2] - 104:19, 105:1
tasted [1] - 105:2
tastes [1] - 104:22
Tavern [39] - 94:14, 101:17, 134:9, 134:15, 135:18, 135:22, 136:3, 136:12, 136:13, 136:16, 137:12, 137:17, 142:13, 143:18, 144:2, 152:3, 152:17, 153:22, 179:14, 181:11, 183:13, 183:25, 184:10, 184:22, 185:1, 185:16, 186:7, 186:10, 187:8, 187:15, 188:1, 188:12, 188:16, 188:18, 191:14, 191:25, 192:16, 193:9, 243:20
tavern [5] - 138:9, 181:13, 181:17, 184:16, 186:16
taverns [3] - 184:12, 184:21, 184:25
teach [2] - 214:21, 215:15
Teach [2] - 219:10, 219:11
temperature [2] - 64:22, 133:12
template [1] - 32:5
ten [27] - 32:7, 32:24, 35:10, 65:12, 65:18, 70:19, 91:20, 98:10, 99:19, 99:23, 155:14, 180:7, 188:22, 191:11, 193:22, 231:21, 246:8, 246:14, 246:16, 246:19, 246:20, 247:1, 266:24, 267:3, 281:12

tenant [5] - 40:15, 40:18, 42:11, 42:12
Tenant [1] - 40:23
terminated [4] - 21:14, 34:14, 34:15, 35:5
termination [2] - 21:20, 35:7
terms [4] - 16:18, 224:11, 228:6, 244:16
Terrace [1] - 41:24
terrible [1] - 104:23
testify [1] - 259:18
testimony [2] - 182:11, 182:22
THE [25] - 2:21, 10:21, 11:9, 27:25, 58:10, 67:7, 80:13, 89:6, 89:8, 89:12, 96:10, 100:12, 100:15, 150:25, 169:22, 175:10, 175:13, 189:17, 210:20, 230:25, 263:5, 263:9, 263:17, 280:1, 286:21
theme [1] - 281:7
thereafter [1] - 45:11
therefore [20] - 13:7, 39:17, 70:9, 90:20, 100:17, 100:19, 105:18, 128:10, 131:5, 140:1, 153:1, 153:8, 158:5, 159:25, 168:15, 174:2, 197:17, 207:15, 224:10, 254:17
Therefore [9] - 45:10, 66:20, 67:20, 108:2, 139:23, 152:10, 172:15, 208:2, 243:24
they've [1] - 203:18
thicker [1] - 251:14
thighs [1] - 248:5
thinking [4] - 27:3, 27:13, 114:9, 127:11
thinks [2] - 26:2, 26:4
third [6] - 8:9, 8:11, 62:2, 105:19, 189:12, 189:15
Third [1] - 189:14
thirty [1] - 267:15
thirtyish [1] - 98:4
thousand [4] - 39:16, 39:18, 40:2, 40:11
thousands [1] - 90:14
threaten [1] - 218:4
threats [1] - 116:12
Three [3] - 254:25, 255:16, 255:20
three [24] - 49:20, 50:1, 51:16, 61:24, 77:12, 77:25,

105:12, 122:19, 140:14, 156:16, 189:7, 189:11, 217:17, 234:18, 234:19, 237:24, 249:10, 255:15, 255:19, 256:25, 257:2, 264:13, 266:19, 267:5
three-minute [1] - 264:13
threw [2] - 117:25, 118:9
throw [2] - 99:9, 268:18
throwing [1] - 269:14
thrown [1] - 67:17
Thursday [3] - 98:15, 98:19, 98:21
ticket [2] - 223:16, 232:14
tie [3] - 91:17, 93:5, 93:7
tight [1] - 275:1
timeframe [1] - 77:16
timeframe-wise [1] - 77:16
Tina [1] - 19:19
TINA [1] - 19:21
tires [4] - 155:6, 194:18, 194:21, 195:5
title [4] - 19:16, 25:14, 25:19, 25:21
today [3] - 109:21, 197:8, 273:8
together [22] - 12:16, 12:24, 13:2, 13:3, 13:8, 13:13, 29:16, 60:21, 97:12, 100:20, 132:5, 132:19, 139:24, 141:5, 149:9, 157:15, 181:14, 187:23, 261:20, 262:15, 262:17
tone [3] - 74:1, 230:12, 230:14
tonic [11] - 103:10, 105:1, 105:5, 105:8, 109:6, 109:12, 109:16, 109:20, 109:23, 110:3, 112:3
took [28] - 28:21, 39:11, 52:17, 58:1, 92:19, 104:1, 106:15, 118:20, 118:25, 120:23, 121:20, 122:1, 123:16, 127:4, 208:9, 215:1, 215:6, 221:23, 232:16, 240:6, 240:10, 249:11, 264:11, 275:12, 276:7, 285:2
top [5] - 8:2, 71:22,

150:13, 227:8, 256:3
torso [9] - 44:17, 45:20, 45:23, 62:24, 65:5, 65:24, 69:16, 248:9, 248:11
total [3] - 20:9, 256:15, 256:17
totally [1] - 205:16
touched [3] - 71:20, 118:5, 118:6
touching [1] - 224:16
Tough [1] - 41:10
towards [27] - 69:20, 112:18, 134:18, 136:10, 140:6, 140:18, 142:20, 152:2, 152:16, 161:3, 179:13, 179:15, 180:6, 180:12, 183:25, 184:1, 188:1, 188:17, 191:25, 192:15, 195:2, 234:9, 234:10, 234:15, 243:20, 279:5, 279:22
town [4] - 17:10, 23:12, 23:20, 83:24
Townhouse [2] - 41:18, 41:19
townhouse [3] - 42:9, 42:10, 42:11
Toyota [50] - 17:7, 17:9, 18:4, 18:6, 18:9, 18:12, 18:14, 18:15, 18:18, 18:21, 18:22, 20:5, 21:7, 21:22, 22:19, 22:21, 22:22, 23:1, 23:2, 23:3, 23:10, 23:13, 24:20, 24:21, 25:6, 25:11, 25:25, 26:1, 26:3, 26:8, 26:13, 26:14, 27:23, 28:3, 35:19, 36:2, 36:14, 36:23, 37:10, 38:9, 38:14, 38:19, 98:25, 99:17, 100:12, 101:5, 172:4, 172:8, 172:16, 172:24
Toyota/Hummer [1] - 18:13
trade [1] - 100:15
trade-in [1] - 100:15
traffic [1] - 185:7
trailing [2] - 132:1, 132:5
transactions [1] - 22:11
transcript [1] - 286:7
transpired [1] - 94:2
transported [1] - 273:14
travel [3] - 185:21, 204:25, 205:11
treated [3] - 50:18,

Case 2:06-cv-04701-DMC-MF   Document 99-13   Filed 01/07/10   Page 47 of 49 PageID: 1537
Deposition of BASSEM KANDIL, taken on September 24, 2008
Page 23 to 23 of 25

23

50:22, 52:25
**treatment** [2] - 42:25, 73:15
**trial** [2] - 6:18, 271:18
**triangle** [4] - 142:1, 150:17, 182:5, 182:6
**tried** [7] - 47:19, 66:10, 84:16, 105:6, 105:8, 107:2, 282:2
**tries** [1] - 26:22
**trouble** [1] - 281:24
**true** [6] - 118:10, 118:14, 119:11, 127:23, 167:6, 286:6
**trunk** [1] - 220:5
**trust** [1] - 55:19
**Try** [2] - 38:17, 241:10
**try** [10] - 6:11, 6:14, 26:14, 63:7, 84:3, 84:11, 107:10, 137:25, 140:11, 140:23
**trying** [27] - 22:6, 31:14, 31:19, 35:21, 41:8, 69:13, 74:13, 74:20, 75:8, 75:15, 75:16, 85:17, 121:16, 131:8, 147:23, 150:13, 150:15, 150:21, 154:15, 161:13, 168:12, 221:18, 253:14, 264:19, 264:21, 271:17, 283:15
**Tuesday** [2] - 35:17, 39:4
**Turn** [1] - 194:23
**turn** [13] - 193:6, 193:20, 193:25, 194:13, 195:10, 195:12, 196:10, 196:16, 197:2, 202:18, 202:24, 231:24, 237:2
**turned** [7] - 119:20, 147:14, 167:12, 169:13, 195:2, 202:24, 222:2
**turning** [2] - 195:8, 231:24
**twelve** [2] - 98:3, 98:4
**twelve-thirtyish** [1] - 98:4
**twenty** [4] - 63:25, 64:1, 188:23, 191:11
**twice** [2] - 102:13, 107:9
**twist** [1] - 235:10
**twisted** [3] - 66:8, 235:9, 236:21
**twisting** [1] - 236:21
**Two** [9] - 175:2, 175:18, 234:19, 236:11, 239:17, 239:18, 257:2,

266:19, 267:5
**two** [130] - 8:14, 9:12, 10:9, 14:21, 18:8, 24:2, 24:3, 24:7, 24:13, 25:11, 28:9, 29:10, 29:13, 32:9, 32:14, 38:15, 40:2, 40:12, 42:8, 42:9, 42:11, 44:10, 61:2, 72:14, 77:9, 77:13, 77:25, 84:13, 94:3, 94:21, 95:11, 97:8, 102:18, 105:12, 106:20, 108:21, 112:3, 134:17, 135:17, 139:25, 140:14, 141:15, 141:22, 142:21, 143:21, 144:11, 145:15, 146:8, 146:10, 146:21, 146:25, 148:15, 150:12, 155:25, 156:2, 156:12, 156:13, 156:15, 156:16, 157:4, 157:12, 158:16, 158:21, 159:15, 159:20, 161:19, 162:18, 163:2, 163:5, 163:10, 167:4, 170:24, 173:5, 173:6, 175:25, 180:11, 181:6, 185:5, 188:14, 201:9, 205:11, 207:20, 212:6, 212:21, 213:1, 213:21, 216:11, 217:22, 218:13, 218:18, 218:20, 218:21, 218:23, 219:1, 219:2, 219:3, 219:5, 221:17, 231:8, 231:9, 234:18, 237:11, 239:21, 239:24, 240:3, 240:17, 255:24, 256:24, 256:25, 264:10, 264:12, 267:25, 268:1, 273:23, 275:4, 275:22, 275:23, 276:5, 276:6, 276:16, 276:25, 277:17, 277:23, 278:2, 280:21, 280:24
**two-family** [1] - 42:8
**two-minute** [1] - 158:16
**two-year** [1] - 14:21
**type** [9] - 22:23, 25:1, 38:11, 43:3, 74:6, 104:14, 104:15,

218:3, 274:2
**types** [1] - 107:3
**typographical** [1] - 94:19

---

## U

**U-turn** [9] - 193:6, 193:20, 193:25, 195:10, 195:12, 196:10, 197:2, 202:18, 231:24
**U.S** [3] - 97:15, 97:17, 97:24
**ultimately** [2] - 58:14, 59:22
**Um-hum** [10] - 18:19, 20:19, 67:4, 71:21, 85:24, 94:11, 116:19, 117:11, 218:21, 266:14
**unable** [1] - 176:25
**under** [12] - 5:1, 18:12, 52:19, 53:23, 54:12, 72:6, 116:18, 120:19, 236:23, 255:7, 268:3
**Underneath** [1] - 251:22
**underneath** [1] - 208:14
**undersigned** [2] - 71:15, 72:2
**understood** [3] - 5:6, 76:2, 132:16
**Understood** [2] - 6:20, 85:4
**undertaken** [1] - 89:23
**unemployment** [1] - 35:12
**unfair** [1] - 126:15
**unfold** [1] - 86:12
**uniform** [5] - 93:4, 93:8, 213:16, 217:4, 277:18
**uniforms** [1] - 217:8
**Union** [2] - 36:20, 37:12
**unison** [1] - 198:15
**Unit** [1] - 114:14
**unit** [3] - 160:21, 213:18, 217:15
**UNITED** [1] - 1:1
**United** [2] - 24:23, 97:21
**units** [2] - 217:17, 217:20
**University** [1] - 14:6
**unless** [3] - 5:6, 100:20, 271:10
**unresponsive** [1] - 47:11
**unsuccessful** [1] - 84:12
**unwarranted** [2] -

84:4, 84:5
**up** [180] - 8:9, 8:17, 9:19, 11:14, 13:24, 15:8, 19:2, 23:17, 23:19, 26:10, 26:24, 27:19, 28:6, 36:17, 39:6, 45:17, 61:17, 63:10, 66:3, 66:10, 66:16, 68:8, 68:25, 69:10, 70:25, 71:9, 72:17, 73:3, 73:5, 73:8, 74:25, 75:4, 76:12, 76:15, 76:16, 77:5, 77:6, 81:12, 87:22, 90:8, 91:1, 99:20, 99:21, 100:6, 100:7, 101:8, 101:22, 120:22, 124:3, 124:13, 124:16, 127:12, 127:24, 128:21, 131:20, 133:3, 136:23, 137:20, 137:25, 138:5, 140:23, 141:2, 141:3, 141:4, 142:1, 142:25, 143:3, 143:5, 143:16, 147:14, 148:2, 148:12, 152:23, 155:10, 155:23, 156:6, 156:11, 158:20, 159:17, 159:18, 159:23, 161:5, 161:20, 162:12, 162:15, 162:17, 163:3, 163:24, 164:9, 168:11, 182:10, 182:25, 183:2, 184:9, 185:1, 187:8, 188:15, 193:10, 193:20, 194:6, 194:24, 195:14, 196:15, 197:3, 197:4, 197:20, 201:18, 202:1, 202:21, 202:25, 203:18, 203:20, 212:6, 212:8, 212:17, 213:20, 214:9, 217:14, 218:19, 219:24, 220:23, 222:9, 223:6, 223:14, 226:8, 226:10, 226:12, 226:13, 226:18, 227:8, 227:16, 230:13, 231:1, 231:8, 231:18, 231:25, 232:12, 240:6, 240:9, 240:10, 243:9, 246:20, 248:8, 249:16, 250:1, 250:3, 251:2,

251:18, 251:19, 252:5, 252:16, 254:6, 256:13, 257:13, 257:14, 257:15, 259:13, 260:4, 264:9, 264:10, 264:24, 268:1, 268:3, 268:8, 268:16, 270:22, 271:13, 272:19, 274:3, 277:25, 279:3, 279:9, 279:12, 279:13, 279:14, 279:21, 281:23, 282:8, 282:17, 283:23
**Up** [6] - 10:6, 20:4, 220:25, 258:13, 258:14, 270:8
**upper** [4] - 63:2, 65:5, 69:16, 248:19
**uttered** [3] - 165:9, 177:7, 177:21

---

## V

**vacation** [6] - 156:24, 157:1, 157:10, 157:11, 157:12, 157:15
**Valentine's** [1] - 17:20
**variety** [1] - 256:11
**various** [2] - 39:24, 277:8
**vehicle** [12] - 35:22, 100:5, 100:18, 117:9, 150:15, 152:21, 168:5, 199:11, 202:10, 202:11, 204:23
**vehicles** [2] - 31:5, 163:2
**verbalized** [1] - 86:21
**verbally** [1] - 177:14
**version** [2] - 117:11, 218:9
**vicinity** [1] - 153:7
**view** [5] - 158:3, 167:21, 167:25, 168:8, 168:10
**views** [1] - 260:24
**Village** [1] - 36:23
**violate** [1] - 6:14
**visa** [1] - 97:20
**visiting** [1] - 97:18
**voice** [4] - 71:7, 178:11, 230:14, 265:13
**VOLUME** [1] - 1:8
**volume** [2] - 23:4, 24:24
**voluntarily** [1] - 94:6
**volunteer** [3] - 16:25, 37:5, 37:6
**vouch** [1] - 219:4

vs [1] - 1:8

**W**

waist [8] - 47:20, 195:20, 203:20, 248:7, 248:12
Wait [2] - 193:21, 196:24
wait [3] - 196:1, 196:2, 196:10
waited [1] - 24:10
waiting [12] - 116:16, 132:2, 132:22, 198:7, 198:8, 198:11, 199:20, 201:16, 201:18, 202:6, 202:8, 210:11
walk [29] - 68:2, 134:24, 138:13, 140:6, 140:18, 141:1, 141:9, 144:19, 147:17, 148:5, 151:15, 152:23, 153:8, 153:11, 155:10, 178:15, 178:17, 178:19, 179:2, 180:11, 183:16, 183:21, 188:14, 188:20, 192:15, 203:16, 204:5, 223:6, 270:22
Walked [1] - 268:7, 279:13
walked [37] - 65:17, 65:21, 66:3, 69:10, 131:24, 131:25, 132:4, 132:6, 132:12, 132:18, 135:17, 140:24, 140:25, 144:12, 144:14, 147:13, 147:25, 148:3, 148:9, 155:23, 169:3, 178:3, 180:12, 182:19, 182:20, 183:17, 207:6, 214:9, 219:18, 232:6, 234:9, 234:15, 235:13, 269:12, 279:14, 279:21, 284:2
walkie [2] - 211:15, 211:16
walkie-talkie [2] - 211:15, 211:16
walking [64] - 134:21, 138:1, 138:3, 138:17, 139:15, 142:6, 142:14, 142:24, 144:22, 148:1, 152:13, 153:1, 154:4,

154:16, 154:22, 154:24, 155:2, 158:20, 159:3, 159:4, 177:12, 183:24, 183:25, 184:7, 185:8, 185:16, 185:20, 187:19, 187:22, 187:23, 188:1, 188:3, 188:17, 191:21, 191:23, 192:4, 194:11, 194:13, 194:24, 195:18, 196:21, 197:2, 202:23, 202:24, 203:2, 203:3, 203:6, 214:19, 215:20, 215:24, 216:2, 222:4, 225:14, 234:10, 236:2, 236:3, 268:8, 268:13, 268:22, 277:19, 282:21
walks [1] - 228:10
wall [1] - 120:20
wants [2] - 265:9, 265:19
warranted [3] - 158:8, 224:12, 233:23
wash [1] - 281:15
waste [1] - 282:23
watching [4] - 195:13, 220:9, 254:20, 269:23
water [11] - 51:3, 51:4, 51:8, 51:9, 51:10, 51:11, 51:15, 51:19, 51:21, 51:25, 56:3
waved [1] - 181:3
Wayne [5] - 38:4, 38:13, 39:8, 39:13, 39:21
wedding [7] - 11:16, 11:20, 11:21, 11:23, 12:4, 13:9, 260:2
Wednesday [4] - 2:8, 39:5, 98:14, 98:16
week [5] - 24:5, 24:10, 98:12, 173:8, 174:10
weekends [1] - 37:8
weeks [6] - 24:2, 24:3, 24:13, 25:11, 40:12
weigh [1] - 213:10
weighs [1] - 216:12
weight [3] - 228:6, 238:8, 238:10
wheels [3] - 161:19, 162:1, 205:18
whichever [2] - 146:15, 147:4
whispered [1] - 278:6
white [9] - 67:14, 214:11, 214:12, 214:25, 216:21, 217:2, 217:6,

228:23, 229:1
Whoa [2] - 181:1
whole [25] - 20:9, 20:22, 21:8, 25:17, 35:20, 36:11, 51:14, 57:25, 80:10, 100:18, 102:24, 126:16, 161:17, 161:18, 182:14, 203:25, 242:21, 246:24, 251:7, 256:12, 264:18, 264:20, 265:7, 283:3
wife [62] - 1:6, 10:8, 10:9, 10:11, 11:8, 13:20, 79:23, 80:3, 80:24, 84:21, 85:5, 85:8, 85:11, 94:10, 94:18, 95:2, 99:21, 99:22, 99:25, 107:20, 128:4, 132:9, 134:21, 135:6, 137:21, 140:18, 154:4, 154:15, 156:6, 158:21, 159:17, 159:18, 179:8, 180:6, 192:17, 192:22, 195:16, 195:24, 196:20, 197:20, 201:18, 201:19, 201:25, 202:7, 202:15, 203:4, 203:10, 203:11, 203:13, 203:15, 231:23, 257:11, 257:18, 257:24, 258:10, 259:3, 259:5, 259:12, 259:13, 268:12, 270:19
wife's [4] - 97:6, 140:6, 196:10
William [3] - 2:22, 4:5, 79:12
WILLIAM [3] - 1:11, 1:11, 2:16
wind [3] - 27:18, 81:12, 101:22
Window [1] - 166:6
window [15] - 164:10, 164:14, 164:17, 165:16, 165:17, 165:19, 166:1, 166:4, 166:8, 166:9, 166:10, 166:24, 167:23, 195:20, 197:5
windows [2] - 21:25, 31:25
winds [1] - 36:17
wise [9] - 24:16, 24:18, 77:16, 81:10, 189:13, 191:19, 214:6, 214:7, 228:25
wish [1] - 93:17

withdraw [2] - 211:7, 260:14
witness [7] - 90:23, 139:18, 259:10, 260:5, 261:1, 265:17, 271:13
Witness [11] - 144:15, 145:12, 148:4, 150:9, 151:7, 163:8, 163:11, 164:5, 190:24, 191:1, 244:8
WITNESS [24] - 3:6, 10:21, 11:9, 27:25, 58:10, 67:7, 80:13, 89:6, 89:8, 89:12, 96:10, 100:12, 100:15, 150:25, 169:22, 175:10, 175:13, 189:17, 210:20, 230:25, 263:5, 263:9, 263:17, 280:1
witnessed [1] - 263:14
witnesses [5] - 87:1, 87:2, 263:23, 271:7, 271:19
woke [1] - 61:17
women [2] - 175:9, 175:11
Wood [16] - 49:8, 49:11, 49:12, 49:15, 49:16, 50:21, 55:20, 58:9, 58:15, 58:16, 58:24, 59:13, 59:22, 60:2, 60:10, 62:9
word [13] - 32:25, 62:21, 94:13, 94:15, 96:2, 96:9, 96:11, 100:25, 101:1, 200:25, 221:16, 278:10, 283:21
words [32] - 40:8, 66:15, 74:12, 85:4, 104:19, 147:3, 148:24, 157:12, 165:9, 165:10, 165:24, 166:22, 168:5, 168:16, 168:19, 168:23, 169:4, 169:7, 169:10, 173:13, 173:24, 177:5, 177:8, 177:21, 180:25, 182:24, 183:2, 201:7, 202:20, 218:24, 230:17
worker [1] - 101:3
workers [1] - 262:19
works [1] - 221:11
worried [1] - 216:18
worry [3] - 11:8, 223:15, 268:11
wound [1] - 39:5
wrist [12] - 45:15, 45:17, 46:7, 236:7,

239:22, 239:23, 240:4, 240:17, 266:11, 276:13, 277:1, 277:3
write [14] - 32:25, 36:4, 116:17, 129:11, 145:10, 151:3, 210:17, 210:18, 210:19, 210:20, 210:24, 211:8, 211:10, 219:23
writes [1] - 54:16
writing [1] - 221:6
wrongfully [1] - 88:13
wrote [3] - 31:21, 160:16, 160:18

**X**

X-ray [21] - 45:1, 45:5, 46:5, 46:9, 47:18, 48:3, 48:22, 51:6, 52:17, 52:21, 53:2, 53:15, 53:22, 54:1, 54:11, 56:18, 56:24, 57:14, 58:15, 59:22, 60:1
X-rayed [10] - 43:24, 45:16, 45:19, 46:13, 46:25, 47:2, 47:14, 47:21, 47:24, 48:7
X-rays [20] - 43:21, 44:4, 44:5, 44:6, 44:8, 44:12, 44:21, 44:25, 45:11, 45:24, 45:25, 46:2, 54:2, 54:9, 58:1, 58:24, 59:15, 59:18, 59:19, 60:6
XI01128 [1] - 286:5

**Y**

year [15] - 12:7, 12:8, 14:9, 14:13, 14:21, 14:24, 15:16, 19:1, 32:3, 39:18, 40:6, 40:7, 40:10, 102:16
year-to-date [1] - 40:10
years [21] - 7:22, 8:8, 8:12, 8:13, 8:21, 9:13, 10:10, 11:2, 11:3, 17:16, 18:8, 18:25, 35:10, 102:14, 102:15, 106:18, 107:1, 172:6, 172:9, 172:11, 175:24
yell [4] - 180:18, 180:21, 215:25, 216:1
yelling [4] - 181:4, 230:13, 257:6, 257:8

25

yellow [3] - 205:1,
  205:6, 205:10
York [1] - 23:3
you's [1] - 19:16
younger [3] - 78:16,
  78:25, 79:12
yourself [14] - 52:4,
  52:9, 60:1, 128:3,
  198:4, 198:5,
  198:22, 199:4,
  199:14, 201:2,
  233:6, 233:7,
  257:24, 277:22
yourselves [5] -
  157:6, 262:11,
  262:14, 262:25,
  263:1
Yurkovic [87] - 2:16,
  4:7, 78:3, 79:3, 79:6,
  163:21, 199:16,
  200:14, 200:16,
  200:24, 201:4,
  207:6, 207:13,
  207:16, 207:22,
  208:2, 208:7,
  208:21, 210:13,
  210:16, 211:14,
  213:4, 213:21,
  214:9, 214:15,
  214:20, 215:1,
  215:5, 216:1,
  216:16, 216:21,
  216:22, 217:14,
  217:23, 219:16,
  219:18, 221:7,
  221:14, 223:2,
  225:3, 226:11,
  226:14, 226:16,
  227:17, 227:22,
  227:25, 228:16,
  229:3, 229:16,
  229:20, 230:10,
  230:17, 232:8,
  232:19, 234:2,
  234:12, 234:17,
  235:7, 237:5, 238:3,
  238:14, 244:10,
  248:25, 249:8,
  249:23, 252:4,
  252:8, 252:23,
  255:21, 266:9,
  267:12, 273:12,
  273:17, 275:17,
  275:18, 277:16,
  279:4, 279:9,
  279:11, 280:10,
  280:13, 280:21,
  280:25, 283:23,
  284:21
YURKOVIC [1] - 1:10
Yurkovic's [6] - 212:7,
  220:6, 225:19,
  231:17, 237:16,
  278:14

## Z

Zizo [4] - 95:21, 95:22,
  100:6, 268:12