NUSBAUM, STEIN, GOLDSTEIN
BRONSTEIN & KRON, P.A.
20 Commerce Blvd., Suite E
Succasunna, New Jersey 07876
(973)584-1400
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BASSEM KANDIL AND FLORA
KANDIL, his spouse,
   Plaintiff(s)
  v.

Civil Action No. 06-cv-4701

POLICE OFFICER GARY
YURKOVIC, POLICE OFFICER
ANTHONY MARK ABODE, et al.
   Defendant(s)

:CERTIFICATION OF ROBERT D. KOBIN, ESQ.

I, Robert D. Kobin, of full age, hereby certifies and says:

1. I am an Attorney at Law of the State of New Jersey and a member of the firm of Nusbaum, Stein, Goldstein, Bronstein & Kron, P.A., counsel for the Plaintiffs in the captioned matter. I make this Certification as to the Exhibits attached hereto as follows:

2. Ex. "A" is a true, complete and accurate copy of the Transcript of Proceedings in the Middlesex County Courthouse on 9/22/05.

3. Ex. "B" is a true, complete and accurate copy of the reciprocal discovery that was provided by the Plaintiff to the office of the Middlesex County Prosecutor on 9/22/05.

4. Ex. "C" is a true, complete and accurate copy of the transmittal correspondence dated 9/22/05 by which the reciprocal discovery, i.e., Ex. "B" was provided.

Case 2:06-cv-04701-DMC -MF   Document 101-3   Filed 01/07/10   Page 2 of 2 PageID: 1622

5. Ex. "D" is a true, complete and accurate copy of the transmittal correspondence by which Plaintiff made discovery requests.

6. Ex. "E" is a true, complete and accurate copy of the correspondence dated 8/22/05 from A.P. Sheree V. Pitchford.

7. Ex. "F" is a true, complete and accurate copy of Police Officer Gary Yurkovic's answers to interrogatories #17, 18 and 19.

8. Ex. "G" is a true, complete and accurate copy of pages 1-4; 17-20; 41-44 and 113,114 of the deposition of Marcia L. Silva dated 12/17/08.

9. Ex. "H" is a true, complete and accurate copy of the Affidavit of Bassem Kandil dated 1/6/10 together with attachments marked as "H-1" and "H-2".

10. Ex. "I" is a true, complete and accurate copy of the entire Volume I of the transcript of the deposition of Bassem Kandil dated 9/24/08.

11. Ex. "J" is a true, complete and accurate copy of the entire Volume 2 of the transcript of the deposition of Robert D. Kobin dated 5/28/09.

12. Ex. "K" is a true, complete and accurate copy of Opinion 661.

13. Ex. "L" is a true, complete and accurate copy of Opinion 714.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: January 6, 2010

_____
Robert D. Kobin