NUSBAUM, STEIN, GOLDSTEIN
BRONSTEIN & KRON, P.A.
20 Commerce Blvd., Suite E
Succasunna, New Jersey 07876
(973)584-1400
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASSEM KANDIL AND FLORA KANDIL, his spouse,<br>　　　　Plaintiff(s)<br>　　v.<br><br>POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ABODE, et al.<br>　　　　Defendant(s) | Civil Action No. 06-cv-4701<br><br>REQUEST FOR ORAL ARGUMENT |

　　Plaintiffs Bassem Kandil and Flora Kandil hereby request oral argument in the captioned matter.

　　　　　　　　　　　　　　　　Nusbaum, Stein, Goldstein,
　　　　　　　　　　　　　　　　Bronstein & Kron, P.A.

　　　　　　　　　　　　　　　　By_____
　　　　　　　　　　　　　　　　　　Robert D. Kobin

Date: January 6, 2010