NUSBAUM, STEIN, GOLDSTEIN
BRONSTEIN & KRON, P.A.
20 Commerce Blvd., Suite E
Succasunna, New Jersey 07876
(973)584-1400
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BASSEM KANDIL AND FLORA
KANDIL, his spouse,
    Plaintiff(s)
  v.

Civil Action No. 06-cv-4701

POLICE OFFICER GARY
YURKOVIC, POLICE OFFICER
ANTHONY MARK ABODE, et al.
    Defendant(s)

CERTIFICATION OF SERVICE
AND MAILING

I, Robert D. Kobin, of full age, hereby certifies and says:

1. On January 7, 2010, I filed electronically the following:

Notice of Motion to File Plaintiff's Opposition to Defendants' Summary Judgment Motions Nunc Pro Tunc;

Plaintiff's Reply to Defendants' Statement of Facts;

Plaintiff's Statement of Undisputed Facts;

Certification of Robert D. Kobin, Esq.

Plaintiff's Brief in Opposition to Defendants' Motions for Summary Judgment; and

Request for Oral Argument.

2.     On January 7, 2010, I sent via regular mail, courtesies copies of all of the foregoing to the following:

    Hon. Joseph A. Greenaway, USDJ
    US District Court
    MLK Federal Courthouse & Building
    50 Walnut Street
    Newark, NJ 07102

    Hon. Madeline Cox Arleo, USMJ
    US District Court
    MLK Federal Courthouse & Building
    50 Walnut Street
    Newark, NJ 07102

    William T. Connell, Esq.
    Dwyer, Connell & Lisbona
    100 Passaic Avenue
    Fairfield, NJ 07004-3573

    Michael John Stone, Esq.
    The Stone Law Group
    20 Glenview Drive
    Warren, NJ 07059

    Gary S. Spagnola, Esq.
    Golden, Rothschild, Spagnola,
    Lundell, Levitt & Boylan
    1011 Route 22 West, Suite 300
    PO Box 6881
    Bridgewater, NJ 08807

    Susan K. O'Connor, Esq.
    Hoagland, Longo, Moran,
    Dunst & Doukas
    40 Paterson Street
    PO Box 480
    New Brunswick, NJ 08903

    Lawrence Y. Bitterman, Esq.
    47 Livingston Avenue
    New Brunswick, NJ 08901

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

Date: January 7, 2010

_____
Robert D. Kobin