4-5900.039498
**DWYER, CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant POLICE OFFICER GARY YURKOVIC

| | |
|---|---|
| Plaintiff, : | UNITED STATES DISTRICT COURT |
| BASSEM KANDIL and FLORA : | DISTRICT OF NEW JERSEY |
| KANDIL, his wife : | |
| : | |
| vs. : | Civil Action Number: |
| : | 06-4701(JAG-MCA) |
| Defendants, : | |
| POLICE OFFICER GARY YURKOVIC, | |
| POLICE OFFICER ANTHONY MARK | ORDER |
| ADOBE, POLICE OFFICER : | |
| WILLIAM C. OELS, III, : | |
| SERGEANT WILLIAM OELS, : | |
| CHIEF OF POLICE, CITY OF : | |
| NEW BRUNSWICK, CITY OF NEW | |
| BRUNSWICK POLICE DEPARTMENT, | |
| MIDDLESEX COUNTY PROSECUTOR'S | |
| OFFICE, MIDDLESEX COUNTY : | |
| CORRECTIONAL FACILITY, JOHN | |
| DOE SUPERVISING OFFICERS : | |
| 1-10, JOHN DOES 1-10, ABC : | |
| CORPORATIONS 1-10 : | |
| : | |

This matter having come before the Court on the Order to Show Cause dated December 22, 2009 initiated by the Court; and all counsel having appeared before the Court on January 8, 2010; and for good cause shown;

It is on this 15th day of January, 2010:

ORDERED that Robert Kobin, Esq. is hereby sanctioned due to his failure to abide by the terms of the Orders of this Court; and it is further

ORDERED that Mr. Kobin shall pay fees and costs to counsel for Defendants associated with their preparation, travel and appearance on January 8, 2010; and it is further

ORDERED that each attorney for Defendants shall submit an Affidavit and a proposed form of Order to the undersigned within thirty (30) days relative to the expenses and fees incurred as a result of the January 8, 2010 court appearance.

_____
THE HONORABLE MADELINE COX-ARLEO, U.S.M.J.