4-5900.039498
**DWYER, CONNELL AND LISBONA**
100 Passaic Avenue
Fairfield, New Jersey 07004
(973)276-1800
Attorneys for Defendant POLICE OFFICER GARY YURKOVIC

| | |
|---|---|
| Plaintiff, <br> BASSEM KANDIL and FLORA KANDIL, his wife <br><br> vs. <br><br> Defendants, <br> POLICE OFFICER GARY YURKOVIC, POLICE OFFICER ANTHONY MARK ADOBE, POLICE OFFICER WILLIAM C. OELS, III, SERGEANT WILLIAM OELS, CHIEF OF POLICE, CITY OF NEW BRUNSWICK, CITY OF NEW BRUNSWICK POLICE DEPARTMENT, MIDDLESEX COUNTY PROSECUTOR'S OFFICE, MIDDLESEX COUNTY CORRECTIONAL FACILITY, JOHN DOE SUPERVISING OFFICERS 1-10, JOHN DOES 1-10, ABC CORPORATIONS 1-10 | UNITED STATES DISTRICT COURT <br> DISTRICT OF NEW JERSEY <br><br> Civil Action Number: <br> 06-4701(JAG-MCA) <br><br> ORDER |

This matter having come before the Court on the application of Plaintiffs to file Plaintiffs' Opposition to Defendants' Motions for Summary Judgment nunc pro tunc (Document Number 99); and for good cause shown;

It is on this 15th day of January, 2010:

ORDERED that Plaintiffs' application (Document Number 99) is hereby granted; and it is further

ORDERED that Defendants shall file their Reply Brief no later than February 5, 2010.

_____
THE HONORABLE MADELINE COX-ARLEO, U.S.M.J.