# EXHIBIT "2"

Silva - 12/17/2008      *5900 39498*

### SHEET 1 PAGE 1

```
                 UNITED STATES DISTRICT COURT
                    DISTRICT OF NEW JERSEY

BASSEM KANDIL and FLORA    :
KANDIL, his wife,          :
                           :   Case Number:
         Plaintiffs,       :   06CV4701 (JAG)
                           :
     V.                    :
                           :   CIVIL ACTION
POLICE OFFICER GARY        :
YURKOVIC, POLICE OFFICER   :   Deposition of:
ANTHONY MARK ABODE,        :
POLICE OFFICER WILLIAM     :   MARCIA L. SILVA
C. OELS, III, SERGEANT     :
WILLIAM OELS, CHIEF OF     :
POLICE, CITY OF NEW        :
BRUNSWICK, CITY OF NEW     :
BRUNSWICK POLICE           :
DEPARTMENT, MIDDLESEX      :
COUNTY PROSECUTOR'S        :
OFFICE, MIDDLESEX COUNTY   :
CORRECTIONAL FACILITY,     :
JOHN DOE SUPERVISING       :
OFFICERS 1-10, JOHN DOES   :
1-10, ABC CORPS. 1-10,     :
                           :
         Defendants.       :
X--------------------------X
```

*27-33, 37*

     T R A N S C R I P T of the stenographic notes of the proceedings in the above-entitled matter, as taken by and before TRACY LYNN NEILSON, License No. 30XI00202400, a Certified Court Reporter and Notary Public of the State of New Jersey, held at the offices of HOAGLAND, LONGO, MORAN, DUNST & DOUKAS, 40 Paterson Street, New Brunswick, New Jersey, on Wednesday, December 17, 2008, commencing at 10:40 in the forenoon.

### PAGE 2

A P P E A R A N C E S:

NUSBAUM, STEIN, GOLDSTEIN, BRONSTEIN & KRON
Attorneys for the Plaintiffs, Bassem Kandil and Flora Kandil
  20 Commerce Boulevard
    Succasunna, New Jersey  07876
By: SUSAN BIELANOWSKI REED, ESQUIRE

DWYER, CONNELL & LISBONA
Attorneys for the Defendant, Police Officer Gary Yurkovic
  100 Passaic Avenue
    Fairfield, New Jersey 07004
By: WILLIAM T. CONNELL, ESQUIRE

GOLDEN, ROTHSCHILD, SPAGNOLA, LUNDELL, LEVITT & BOYLAN, P.C.
Attorneys for the Defendant, Police Officer Anthony Abode, Jr.
  1011 Route 22 West, Suite 300
    P.O. Box 6881
    Bridgewater, New Jersey 08807
By: JEFFREY S. BELL, ESQUIRE

THE STONE LAW GROUP
Attorneys for the Defendant, Police Officer William C. Oels, III
  20 Glenview Drive
    Warren, New Jersey 07059
By: MICHAEL JOHN STONE, ESQUIRE

LAWRENCE Y. BITTERMAN, ESQUIRE
Attorney for the Defendants, Police Officer William C. Oels, III and Police Officer Gary Yurkovic regarding punitive damages
  247 Livingston Avenue
    New Brunswick, New Jersey 08901

### PAGE 3

A P P E A R A N C E S (continued):

HOAGLAND, LONGO, MORAN, DUNST, & DOUKAS, LLP
Attorneys for the Defendants, Sergeant William Oels, Chief of Police, City of New Brunswick, City of New Brunswick Police Department
  40 Paterson Street
    P.O. Box 480
    New Brunswick, New Jersey  08903
By: SUSAN K. O'CONNOR, ESQUIRE

BENJAMIN D. LEIBOWITZ, ESQUIRE
DEPUTY COUNTY COUNSEL, COUNTY OF MIDDLESEX
Attorneys for the Defendant, Middlesex County Prosecutor's Office
  County Administration Building
    John F. Kennedy Square - Room 230
    New Brunswick, New Jersey 08901

### PAGE 4

                 I N D E X   O F   W I T N E S S E S

| WITNESS | DIRECT | CROSS | REDIRECT | RECROSS |
|---|---|---|---|---|
| MARCIA L. SILVA | | | | |
| By Ms. O'Connor | 6, 58 | | 110 | |
| By Mr. Bitterman | | 57 | | |
| By Ms. Reed | | 66 | 111 | |
| By Mr. Connell | | 93 | | |
| By Mr. Bell | | 110 | | |

                            *       *       *

VARHLEY ASSOCIATES   (732) 246-4334

Silva - 12/17/2008

SHEET 4  PAGE 13

M. Silva - direct - Ms. O'Connor    13

1  A   Correct.
2     Q   And at that time were you responsible
3  for the handling of cases?
4  A   Yes, new and old. Some were transferred to
5  me, and some were assigned to me new.
6     Q   Okay. Who was your team leader when
7  you were on the trial team with Judge Gelade?
8  A   Manny Sameiro.
9     Q   While you were on the trial team with
10 Judge Gelade beginning in September of 2005, did you
11 have any involvement in the criminal matter of State
12 vs. Bassem Kandil?
13 A   Yes.
14    Q   Okay. Was that a file that was
15 transferred to you, or was that newly assigned to --
16 a new case that was assigned to you by Mr. Sameiro?
17 A   It was an old file. This was one I took
18 over.
19    Q   And you took it over from
20 Ms. Pitchford?
21 A   Correct.
22    Q   When the file was transferred from
23 Ms. Pitchford to you when you were assigned to Judge
24 Gelade's trial team, when was your first appearance?
25 A   September 22nd of 2005.

PAGE 14

M. Silva - direct - Ms. O'Connor    14

1     Q   And what was the nature of that
2  appearance that you made on September 22nd?
3  A   I believe the matter was scheduled for a
4  status conference that day.
5     Q   And did you have the opportunity to
6  meet Mr. Kandil's counsel at that time?
7  A   One of them, yes.
8     Q   And who was that?
9  A   I don't recall. I believe it was Mr. Kobin,
10 but I don't recall.
11    MS. O'CONNOR: Could you mark
12 that.
13    (Exhibit DMS-1, Transcript of
14 Proceedings of a September 22, 2005 Status
15 Conference, marked for identification.)
16    Q   Ms. Silva, I am going to show you
17 what's been marked as DMS-1.
18 A   Okay.
19    Q   I will represent to you that it
20 indicates that it is a transcript of the proceedings
21 dated September 22nd, 2005; is that correct?
22 A   That's correct.
23    Q   Okay. Under Appearances, can you tell
24 me, please, who made the appearances on that date.
25 A   Robert Kobin, ESQ.

PAGE 15

M. Silva - direct - Ms. O'Connor    15

1     Q   And did you also make an appearance on
2  that date?
3  A   Yes, I did.
4     Q   Okay. So it would have been Mr. Kobin
5  that actually made the appearance on September 22nd,
6  2005, based upon your review of that transcript?
7  A   Yes.
8     Q   Okay. Did you have discussions with
9  Mr. Kobin on December 22nd, 2005 [sic]?
10 A   Yes.
11    Q   And what were those discussions that
12 you had with Mr. Kobin?
13    MR. LEIBOWITZ: Pardon me. Did
14 you say December or September?
15    MS. O'CONNOR: I'm sorry.
16 September, thank you.
17    MR. LEIBOWITZ: Okay.
18 A   Mr. Kobin handed me a new package of
19 discovery and I believe made some reference to me
20 that this is something that I need to look into, and
21 that was it.
22    He probably introduced himself to me when he
23 first came up. I pulled the file out of the cart.
24 It was probably -- it was the first time I had ever
25 seen the file. And we probably had some discussions

PAGE 16

M. Silva - direct - Ms. O'Connor    16

1  briefly about it that I don't recall exactly what
2  they were.
3     Q   When he handed you this package of
4  discovery, did you have the opportunity to review it
5  while you were in court before you made any
6  appearance before the judge?
7  A   No.
8     Q   Okay. Did he explain to you what was
9  in the package of discovery that he was handing to
10 you?
11 A   He may have made a reference to there being
12 two witnesses, because I recall that. But nothing
13 specifically.
14    Q   Did he tell you what this discovery
15 contained that he was handing you?
16 A   I don't recall.
17    Q   After you left the court on September
18 22nd, 2005, did you have the opportunity to review
19 that discovery?
20 A   I did.
21    Q   And what was contained in that
22 discovery packet that was first handed to you by
23 Mr. Kobin on September 22nd, 2005?
24 A   I believe that it contained a report by a
25 private investigator with regards to a female by the

VARHLEY ASSOCIATES   (732) 246-4334

Silva - 12/17/2008

SHEET 5 PAGE 17

M. Silva - direct - Ms. O'Connor   17

1 name of Pam, a female by the name of Lindsey; I
2 believe that there was a recorded conversation with
3 one of those women, I don't recall which one; and
4 there may have been some statements or some
5 information from other witnesses other than those
6 two girls, but I remember the two females.
7   Q   After court on September 22nd, 2005,
8 did you review your file to determine whether or not
9 you had received that discovery from Defense Counsel
10 prior to September 22nd, 2005?
11   A   Meaning did I look in the file to see if it
12 was already in there?
13   Q   Correct.
14   A   I don't recall doing that, no.
15   Q   Okay. Was this discovery new that was
16 handed to you on September 22nd, 2005?
17   A   Yes, I believe so.
18   Q   Once you received that discovery on
19 September 22nd, 2005, and had the opportunity to
20 review it, did you have any conversations with
21 anyone from the Middlesex County Prosecutor's Office
22 concerning that discovery?
23   A   Yes.
24   Q   Who did you have conversations with?
25   A   Ron Abramowitz.

PAGE 18

M. Silva - direct - Ms. O'Connor   18

1   Q   And can you tell me when you spoke with
2 Mr. Abramowitz concerning that discovery?
3   A   September 22nd -- September 27th of 2005.
4   Q   Okay.
5   A   Five days later.
6   Q   And what was your purpose for going to
7 see Assistant Prosecutor Abramowitz on September
8 27th, 2005?
9   A   I had a chance to review the file. I had
10 seen Assistant Prosecutor Pitchford's notes in
11 there, I had seen that there was some requests or
12 some discussion or some issue about these two female
13 witnesses being there, I had seen that there were
14 conversations with the officers regarding this, and
15 I now had discovery which seemed to indicate, from
16 Defense Counsel, that one of these girls may have
17 been there or not been there.
18   And my question -- my issue in going to Ron
19 was that because of his position in our office of
20 dealing with "special" prosecutions or special -- or
21 anything involving IA or anything of that nature,
22 and there was some reference in here to an IA that
23 may or may not have been filed, I went to talk to
24 Ron about this discovery and to discuss it with him,
25 is there an issue here, is this a concern.

PAGE 19

M. Silva - direct - Ms. O'Connor   19

1   Q   And did you provide Mr. Abramowitz with
2 the discovery?
3   A   I don't know if I actually handed it to him
4 or if I, as we often do, stood next to his desk,
5 opened it up and flipped through and showed him
6 where I was referring to or what I thought was
7 important in it.
8   Q   As a result of that discussion with
9 Mr. Abramowitz, did he direct you to do anything?
10   A   I don't recall if he directed me to do it. I
11 called the officer, one of the officers, but I don't
12 know if that was at the direction of Ron, or if it
13 was...
14   It may have been.
15   Q   Did Mr. Abramowitz tell you anything
16 after he reviewed the discovery with you?
17   A   He said there doesn't seem to be a problem
18 here, continue on with the case, or something to
19 that effect.
20   Q   Okay. When is the next time that you
21 had to appear in court?
22   A   October 18th of 2005.
23   Q   Prior to that time, did you speak with
24 anyone else in the Prosecutor's -- strike that.
25   Between September 22nd, 2005, when you

PAGE 20

M. Silva - direct - Ms. O'Connor   20

1 first received this information, and October 18,
2 2005, when you next had to appear in court, did you
3 speak with anyone else in the Prosecutor's Office
4 other than Mr. Abramowitz relative to this new
5 discovery?
6   A   I don't believe so.
7   Q   Okay. Did you speak with the officer
8 between September 22nd, 2005, and October 18, 2005?
9   A   Yes, I did.
10   Q   What officer did you speak with?
11   A   Officer Yurkovic.
12   Q   And did you learn any information from
13 Officer Yurkovic which gave you pause in terms of
14 determining whether there was a problem with this
15 case?
16   A   No.
17   Q   Now, on October 18th, 2005, you again
18 appeared before Judge Gelade?
19   A   No.
20   Q   Who did you appear before on October
21 18th, 2005?
22   A   Judge DeVesa.
23   Q   So although you were still assigned to
24 Judge Gelade's trial team, you appeared before Judge
25 DeVesa on this case?

VARHLEY ASSOCIATES   (732) 246-4334