NOT FOR PUBLICATION                                                                      **CLOSED**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| BASSEM KANDIL and FLORA KANDIL, *et al.* :<br>:<br>Plaintiffs,     :<br>:<br>v.                 :<br>:<br>POLICE OFFICER GARY YURKOVIC, :<br>*et al*.               :<br>:<br>Defendants.    : | **Hon. Dennis M. Cavanaugh**<br><br>**ORDER**<br><br>Civil Action No. 06-CV-4701 |

DENNIS M. CAVANAUGH, U.S.D.J.:

This matter comes before the Court upon motion by Police Officer Gary Yurkovic, Police Officer Anthony Mark Abode, Police Officer William C. Oels, III, Sergeant William Oels, Jr., Police Director (improperly pled as "Police Chief") Edward T. Bobadilla, City of New Brunswick and City of New Brunswick Police Department (collectively, "Defendants") for summary judgment pursuant to Fed. R. Civ. P. 56.  Pursuant to Fed. R. Civ. P. 78, no oral argument was heard.  After considering the submissions of the parties, and based upon the Court's Opinion filed this day;

IT IS this   8   day of April, 2010;

**ORDERED** Defendants' motion to for summary judgment is **granted**.

                                                                               S/ Dennis M. Cavanaugh
                                                                               Dennis M. Cavanaugh, U.S.D.J.

Original:     Clerk's Office
cc:              All Counsel of Record
                  The Honorable Mark Falk, U.S.M.J.
                  File