UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NUSBAUM, STEIN, GOLDSTEIN,
BRONSTEIN & KRON, P.A.
20 Commerce Boulevard, Suite E
Succasunna, New Jersey  07876
(973) 584-1400
Fax: (973) 584-8747
E-mail litigation.nsgb@verizon.net
Attorneys for Plaintiffs

| | |
|---|---|
| BASSEM KANDIL and<br>FLORA KANDIL, his wife,<br>    Plaintiffs/Appellants<br><br>vs.<br><br>POLICE OFFICER GARY<br>YURKOVIC, POLICE OFF.<br>ANTHONY MARK ADOBE,<br>POLICE OFFICER WILLIAM<br>C. OELS, III, SGT. WILLIAM<br>OELS, CHIEF OF POLICE,<br>CITY OF NEW BRUNSWICK,<br>CITY OF NEW BRUNSWICK<br>POLICE DEPT.,<br>MIDDLESEX COUNTY<br>PROSECUTOR'S OFFICE,<br>MIDDLESEX COUNTY<br>CORRECTIONAL FACILITY,<br>JOHN DOE SUPERVISING<br>OFFICERS 1-10, JOHN DOES<br>1-10, ABC CORP. 1-10,<br>    Defendants/Respondents | CIVIL ACTION<br><br>LOWER COURT CASE NO. 06-4701<br><br><br><br>NOTICE OF APPEAL |

Please take notice that Plaintiffs' hereby notify the Court of their intent to appeal the decision of Dennis M. Cavanaugh, U.S.D.J., signed and filed on April 8, 2010.  The within matter in controversy is not the subject of any other action pending in any other court or any pending arbitration proceeding.

         NUSBAUM, STEIN, GOLDSTEIN
         BRONSTEIN & KRON, P.A.

        By: /s/ Robert D. Kobin
          Robert D. Kobin

Date:  May 7, 2010

F:\ATTORNEY\KOBIN\Federal Court\Kandil Third Circuit Appeal\Notice of Appeal.doc